Exhibit A

# AGREEMENT

# BETWEEN

# SCHWEBEL BAKING COMPANY

# AND

# INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL NOS. 40, 52, 92, 284, 377 AND 957

# EFFECTIVE JULY 24, 2023 THROUGH JULY 20, 2026

TABLE OF CONTENTS

PAGE

ARTICLE 1      EMPLOYMENT AND UNION MEMBERSHIP ............................................ 1

ARTICLE 2      WAGES ............................................................................................. 3

ARTICLE 3      VACATIONS ...................................................................................... 4

ARTICLE 4      BENEFIT PLANS ................................................................................ 7

ARTICLE 5      FUNERAL LEAVE .............................................................................. 11

ARTICLE 6      SUNDAYS, HOLIDAYS AND PERSONAL DAYS .................................... 12

ARTICLE 7      COMPANY EQUIPMENT ..................................................................... 13

ARTICLE 8      ARBITRATION AND GRIEVANCE ........................................................ 14

ARTICLE 9      CREDIT ACCOUNTS ........................................................................... 16

ARTICLE 10     JURISDICTION .................................................................................. 16

ARTICLE 11     COMPANY MEETINGS ....................................................................... 16

ARTICLE 12     ALCOHOL AND DRUG TESTING POLICY ............................................. 17

ARTICLE 13     RESIGNATIONS AND DISMISSALS ...................................................... 20

ARTICLE 14     ROUTE BIDDING SENIORITY .............................................................. 21

ARTICLE 15     HOURS OF WORK .............................................................................. 22

ARTICLE 16     ABSENCE FROM WORK ...................................................................... 24

ARTICLE 17     SENIORITY ....................................................................................... 25

ARTICLE 18     UNIFORMS ........................................................................................ 26

ARTICLE 19     STEWARDS ....................................................................................... 27

ARTICLE 20     CONTACTING MEMBERS ................................................................... 27

ARTICLE 21     SYMPATHETIC ACTION ..................................................................... 27

ARTICLE 22     INDIVIDUAL CONTRACTS .................................................................. 28

ARTICLE 23     JURY DUTY ...................................................................................... 28

ARTICLE 24     BULLETIN BOARD ............................................................................ 29

ARTICLE 25     SALE OR TRANSFERS ....................................................................... 29

ARTICLE 26     ROBBERY ......................................................................................... 29

ARTICLE 27     COMPLIANCE ................................................................................... 29

ARTICLE 28     METHOD OF DELIVERY ..................................................................... 30

ARTICLE 29     COMPETITION .................................................................................. 30

ARTICLE 30     SEVERANCE PAY .............................................................................. 31

i.

TABLE OF CONTENTS
(CONTINUED)

PAGE

ARTICLE 31     HOURLY EMPLOYEES ................................................................ 32

ARTICLE 32     PULL-UP WORK................................................................ 32

ARTICLE 33     TRANSPORT DRIVERS ................................................................ 33

ARTICLE 34     DURATION................................................................ 34

ii.

## AGREEMENT

THIS AGREEMENT, made and entered into on the date hereinafter set forth but effective as of July 24, 2023, by and between SCHWEBEL BAKING COMPANY, located in the State of Ohio, hereinafter referred to as the "Employer" and the INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL NOS. 40, 52, 92, 284, 377 AND 957, hereinafter referred to as the "Union."

WITNESSETH: This Agreement as to wages, hours and working conditions is entered into and shall be binding on the parties hereto from July 24, 2023 to July 20, 2026. The terms and provisions of this Agreement shall be superseded by any terms and conditions on the same subject contained in any Local Addenda between the Employer and a Local Union signatory hereto.

### ARTICLE 1
### EMPLOYMENT AND UNION MEMBERSHIP

1. The Employer recognizes the Union as the sole and exclusive collective bargaining agent of all employees working in the classifications set forth in this Agreement and Addendum thereto.

2. All work presently being performed under and by virtue of the job classifications herein shall continue to be performed by the employees in the bargaining unit herein.

3. It shall be a condition of employment that all such employees who are members of the Union on the effective date of this Agreement shall remain members in good standing and those who are not members shall become and remain members on the thirty-first (31st) day following the effective date of this Agreement. All such employees hired on and after its effective date shall become and remain members on the thirty-first (31st) day following the beginning of their employment.

1

4.      The Employer agrees to give equal consideration to Union members when hiring new employees.

5.      New employees shall be considered as probationary employees for a period of ninety (90) calendar days and during this period the Employer may transfer, lay off or discharge said employee without notice or termination pay.  Such probationary period may be extended by mutual agreement of the Company and the Union on a case by case basis.  At the completion of the probation period, employees shall be placed on the regular seniority roster, and seniority shall date from the first (1st) day of hire.  The Employer agrees to provide the Union with the name and hiring date of all new employees.

6.      Upon the receipt of a duly executed authorization assignment, the Employer agrees to deduct from the pay of all employees the established monthly dues, initiation fees and uniformly levied legal assessments of the Union.  If is further agreed that the Employer shall remit deductions to the Union prior to the end of the month for which such deduction is made.

7.      Expenses of physical examination of employees required as a condition of employment or any annual physical required by law shall be paid by the Employer.  Physician shall be selected by Employer.

8.      In accordance with individual signed authorizations, the Employers shall deduct once each year from the employees' earnings five dollars ($5.00) and remit the amount so deducted to Ohio D.R.I.V.E.

9.      The Employer agrees to deduct from the paycheck of all employees covered in this Agreement voluntary contributions to D.R.I.V.E.  D.R.I.V.E. shall notify the Employer the amounts designated by each contributing employee that are to be deducted from his/her paycheck on a weekly basis for all weeks worked.  The phrase "weeks worked" excludes any week other

2

than a week in which the employee earned a wage. The Employer shall transmit to D.R.I.V.E. National Headquarters on a monthly basis, in one check, the total amount deducted from the employee's paycheck, along with the name of each employee on whose behalf a deduction is made. The International Brotherhood of Teamsters shall reimburse the Employer annually for the Employer's actual costs for the expenses incurred in administering the weekly payroll deduction plan.

**ARTICLE 2**
**WAGES**

1.  Effective July 24, 2023, Wholesale Sales-Drivers, Route Pullers, and Extra Drivers shall be paid a guaranteed minimum of $800 per week.

2.  Effective July 24, 2023 the base weekly scale of wages for Wholesale Sales-Drivers, Route Pullers, and Extra Drivers shall be $345.00 per week and the prevailing commission on net sales per week. Effective July 21, 2024, the base scale will be increased to $350 per week; effective July 20, 2025, it will be increased to $355 per week.

3.  The commission rate on mainline product shall be 9%. Purchased products commission rate is 8% as of July 24, 2023 and newly-added purchased products (products not currently in-house as of ratification of this collective bargaining agreement, unless otherwise agreed by the Union) will be subject to a commission as follows:

Effective July 24, 2023:               8%

All other existing commission structures contained in local addenda and applicable letters of understanding shall continue, except for the commission on Giant Eagle private label product, which shall be as follows:

Effective July 24, 2023:               5.5%

4.  Whenever weekly earnings, computed in accordance with the scale of wages, are in excess of the guaranteed minimum, such earnings shall replace the guaranteed minimum.

3

5.      Newly hired Wholesale Sales-Drivers, Route Pullers, and Extra Drivers shall be subject to a $400.00 drag (no commissions shall be earned or paid on the first $400.00 of sales each week). Employees subject to this drag shall have the drag eliminated on a prospective basis from his date of hire, pursuant to the following schedule:

| | |
|---|---|
| First year: | $400.00 |
| Second year: | $200.00 |
| After second year: | No drag |

Current employees subject to the drag shall be credited with time served since their date of hire.

6.      When the Employer charges a customer a reduced price for any reason, the applicable rate of commission shall be calculated as per the actual price charged to the customer.

7.      The Company will provide additional information concerning commission payments as part of a mandatory direct deposit program on its electronic website, including the commission earned by drivers for each customer.

8.      Immediately following ratification, the Company paid a one-time payment of $2,000.00 to each employee as appreciation pay for work during the extraordinary circumstances of 2020.

## ARTICLE 3
## VACATIONS

1.      All employees who qualify shall be entitled to a vacation with full pay during each year this Agreement remains in effect.

The basis for qualification and the amount of yearly vacation given shall be as follows:

Upon completion of one (1) year of continuous
employment ............................. One (1) week

4

Upon completion of two (2) years of continuous
employment .............................. Two (2) weeks

Upon completion of five (5) years of continuous
employment .............................. Three (3) weeks

Upon completion of ten (10) years of continuous
employment .............................. Four (4) weeks

Upon completion of fifteen (15) years of continuous
employment .............................. Five (5) weeks

Upon completion of twenty (20) years of continuous
employment .............................. Six (6) weeks

2.      Employees shall select their vacations by seniority. Departmental or divisional seniority shall not be used except by mutual agreement between the Employer and the Union. Vacations may be selected by employees over the entire year including holiday weeks. The maximum number of vacations which the Employer shall be required to grant during the same weeks shall not exceed one vacation for each twelve (12) employees or major fraction thereof in the bargaining unit.

3.      Vacations may be taken in full week segments. Available vacation weeks will be selected by employees in order of seniority by location and department on a round-by-round basis. In any round, an employee may select one week or additional weeks (up to the employee's full entitlement) provided that all such additional weeks are consecutive with the original week selected. For example, an employee with five weeks of vacation entitlement could select three consecutive weeks in the first round, a week in the second round, and a week in the third round. Alternatively, an employee with six (6) weeks of vacation could select one week in each round up to a maximum of six (6) segments. The rounds will continue until all available weeks of vacation have been selected. It is agreed that on the first selection all weeks including Holidays can be selected for vacation. It is also agreed that in the second round of vacation selection the employees

5

shall not be able to select vacation in the weeks prior to (build up week) Memorial Day and Labor Day. In the week for the term of this Agreement when the July 4th holiday occurs on Thursday, Friday, Saturday, or Sunday the build- up week can be selected for a vacation week. When the July 4th holiday occurs on Monday, Tuesday, or Wednesday, the build- up will be the week prior to the holiday and vacation cannot be selected.

4.      Any employees who have qualified for a vacation shall, upon resignation or dismissal, be paid for any and all full months of accumulated unpaid vacation earned on a pro-rata basis, based upon 1/12 for each full month worked.

5.      The vacation schedule list shall be posted and all vacation selections shall be completed by January 1 of each year. Employees shall have not more than two (2) days to select their vacations when requested by the Employer.

6.      Vacations may not be accumulated but shall be taken at the time selected each year. Employees who have more than five (5) weeks of vacation may, upon mutual agreement between the Employer and Employee, be granted vacation pay in lieu of time off for the sixth week.

7.      The vacation pay shall be based upon the average wages earned by the employee during the preceding calendar year, or the twelve (12) months prior to the qualification date if an employee was not employed during the entire preceding calendar year. Weeks in which an employee received less than a full week's wages shall be excluded from the computation of the average amount payable. Vacation wages shall be paid in advance of the vacation period.

8.      Employees who are temporarily absent due to illness or injury shall not be charged with an interruption of employment. If such absence exceeds six (6) months, however, the employee shall accumulate credit only for the number of months worked during the twelve (12) month qualification period.

6

9. For employees who are temporarily absent during the year due to layoff, vacations shall be pro-rated on a monthly basis for each full month of absence.

10. Employees who return from military service shall receive credit for all continuous employment during the qualification period based on the seniority regulations specified in applicable federal laws.

## ARTICLE 4
## BENEFIT PLANS

1. Health and Welfare/Medical Insurance.

(a) All active bargaining unit employees.

The Employer will provide health and welfare insurance for all regular employees effective on the first day of the month following two (2) months of continuous employment according to the terms, benefit levels, and contributions that are described in Appendix A. The Employer will offer an opt-out option with a payment of $2,000.00 each year beginning with the open enrollment in 2021 (for 2022).

      i. The Company will increase the sickness and accident weekly indemnity pay to $325 per week.

(b) Wellness Program

The Company implemented a wellness program on March 1, 2014. Contribution amounts for those employees and spouses who fully participate in the program are shown in Appendix A

Except as provided in Appendix A, the terms for participation in the program will change from year to year as established by the Company for its salaried employees.

(c) Working Spouse Rule

Spouses who have access to group-sponsored coverage through their employers will not be eligible for coverage under the Schwebel plan.

7

(d)    Retiree Health Plan

All current and future Retirees will be covered under an Employer-sponsored Retiree Health Plan with 80/20 co-insurance for medical benefits, subject to the terms and conditions set forth in this subparagraph (c).

(1)    Retirees with a minimum 30 years of service shall be eligible for Retiree Health Plan coverage with a minimum age of 57 at the time of retirement. At age 57 the retiree will have a one-time election to receive coverage under the Retiree Health Plan.

(2)    An employee who retires under age 57 after July 16, 2005, will have a one-time election at age 57 to receive coverage under the Retiree Health Plan. The monthly co-payment will be the prevailing rate as of the date the retiree turns 57.

(3)    Schedule of Benefits: The Retiree Health Plan will provide the same benefits as provided under the Retiree plan on July23, 2017.

(4)    Retiree and Spouse Contributions:  The monthly contributions for the Retiree Health Plan will be based on the retiree's age at the time of retirement.  Each retiree covered under the Retiree Health Plan will pay monthly contributions in accordance with the following schedule:

| Age at Retirement | Monthly Contribution Member Only | Monthly Contribution Couple |
|---|---|---|
| Age 57 | $455.00 | $910.00 |
| Age 58 | $430.00 | $860.00 |
| Age 59 | $410.00 | $810.00 |
| Age 60 | $380.00 | $780.00 |
| Age 61 | $355.00 | $710.00 |
| Age 62 or older | $330.00 | $660.00 |

2.    Pension Fund

For employees who are members of Local Nos. 40, 92 and 377, and for employees in the Akron area who are members of Local 52, the pension fund shall be the Central States, Southeast and Southwest Areas Pension Fund.  For employees in the Cleveland area who are members of Local No. 52, the pension fund shall be the Teamsters Local 52 Pension Fund.

For employees who are members of Local Nos. 40, 92 and 377, and for employees in the Akron area who are members of Local 52, the Employer agrees to contribute per week for each employee in the bargaining unit to the Central States, Southeast and Southwest Areas Pension Fund ("the Pension Fund") and further agrees to make remittances of such contributions in accordance with the rules established by the Fund Trustees and the Declaration of Trust. The Employer's contribution to such Pension Fund shall be as follows:

| | |
|---|---|
| Effective July 24, 2023 | $285.04 per week |
| Effective July 21, 2024 | $285.04 per week |
| Effective July 20, 2025 | $285.04 per week |

Contributions to the Pension Fund must be made for each week on each regular or extra employee, even though such employee may work only part-time under the provisions of this contract, including weeks where work is performed for the Employer but not under the provisions of this contract, and although contributions may be made for those weeks into some other pension fund. Employees who work either temporarily or in cases of emergency under the terms of this contract shall not be covered by the provisions of this paragraph.

Contributions will be remitted to the Central States Pension Fund on behalf of each employee, other than a part-time employee, covered by the collective bargaining agreement after they have been on the Employer's payroll for thirty (30) calendar days, regardless of probationary or seniority status. Contributions will be remitted for all compensated periods, including paid vacations, paid holidays, and actual time worked. Part-time employees will have pension contributions according to the language specified in the last accepted collective bargaining agreement.

9

The Company will begin making contributions to the Pension Fund on behalf of part-time employees once those employees first work 1,000 hours in any twelve-month period. If the Pension Fund Trustees ever permit calculation of the 1,000 hours to be made by reference to the first day of a plan year, as permitted by federal regulation, or any other calculation period, the Employer may, at its option, adopt such calculation period. At the option of the Employer, contributions for part-time employees will be made on a weekly basis or on a daily basis to be capped at five (5) days per week, provided that one basis be selected by the Employer for all of its part-time employees and that basis be maintained for the duration of the collective bargaining agreement.

The Company will continue to make such contributions unless and until a part-time employee incurs a Break-in-Service, as defined in the Pension Plan. Once the Break-in-Service occurs, all contribution obligations shall terminate and the Company shall not be required to contribute to the Pension Fund on that employee's behalf unless and until that employee again works 1,000 hours in any twelve-month period.

Action for delinquent contributions may be instituted by either the Local Union, the Area Conference, or the Trustees. Employers who are delinquent must also pay all attorney's fees and costs of collections.

By the execution of this Agreement, the Employer authorizes the Employers Association who are signatories to similar collective bargaining agreements signed with Teamster Unions, to enter into appropriate trust agreements necessary for the administration of such fund, and to designate the Employer trustees under such trust agreements, hereby waiving all notice thereof and ratifying all actions taken or to be taken by such trustees within the scope of their authority.

10

3.    Continuation of Contributions

If an employee is absent because of illness or off-the-job injury and notifies the Employer of such absence, the Employer shall continue to make the required Pension contributions for a period of four (4) weeks. If an employee is injured on the job, the Employer shall continue to pay the required Pension contributions until such employee returns to work; however, such contributions shall not be paid for a period of more than six (6) months. If an employee is granted a leave of absence, the Employer shall collect from said employee, prior to the leave of absence being effective, sufficient monies to pay the required contributions into the Pension Fund during the period of absence.

4.    401(k) Plan

The Employer shall maintain a 401(k) Plan with no Employer contributions.

## ARTICLE 5
## FUNERAL LEAVE

In the event of a death in the employee's immediate family, i.e., father, mother, step-parents, brother, sister, child, step-child, spouse, mother-in-law, father-in-law, grandparents, spouses' grandparents, grandchild, it is recognized that three consecutive days and/or nonconsecutive days shall be given when the Funeral/Celebration of Life is scheduled. Requested days will be agreed to between the Company, Member and Union. The Company agrees to not unreasonably withhold their consent. The employee shall suffer no loss in pay. The day's pay shall be, in the case of Sales-Driver, the earnings of their route, and in the case of hourly rated employees, the straight time hourly rate for a normal scheduled workday and in the case of salaried employees, one-fifth (1/5th) of the weekly salary, all exclusive of any premium pay or overtime. In the event of the death of the employee's brother-in-law or sister-in-law, one day with pay shall be granted to the employee to attend the funeral services.

11

## ARTICLE 6
## SUNDAYS, HOLIDAYS AND PERSONAL DAYS

1.     Sales employees shall not work on New Year's Day, Memorial Day, July 4th, Labor Day, Thanksgiving Day, Christmas Day, or Sundays except as otherwise provided. The Employer shall provide two (2) weeks' notice of the designated day off relative to each holiday.

2.     Deliveries of restaurant merchandise to restaurants will be permitted on the second day of a double holiday.

3.     In holiday weeks, as specified above, sales employees shall be compensated an additional payment of sixty dollars ($60.00) for each holiday in a holiday week during which the sales employee works four (4) days, or one hundred twenty ($120.00) for each holiday in a holiday week during which the sales employee works five (5) days.

4.     Each employee who has completed one (1) year of continuous service shall be granted two (2) Personal Days to be taken anytime during the year. Personal days must be applied for at least seven (7) days in advance of the requested day off and will be given on a first-come first-served basis, subject to approval by the Employer. If scheduling difficulties arise due to a number of employees requesting the same day off, requests shall be approved based upon the respective seniority of the employees involved. The employee shall be compensated for Personal Days the same monies he would have received if he had worked those days. Employees will not be compensated for any unused Personal Days.

5.     In order to be eligible for holiday pay, the employee must work the last scheduled working day before and the first scheduled working day following the holiday. If absence during part of the holiday workweek is due to illness or accidents, such absence shall not disqualify the

12

employee for holiday pay, however, an employee who is absent the entire week of the holiday is not eligible for holiday pay.

## ARTICLE 7
## COMPANY EQUIPMENT

### Accidents

1.     The Employer shall supply equipment and maintain all vehicles used in the distribution of bakery products. The Employer further agrees that he will not employ any owner-drive equipment for the sale or distribution of bakery products to wholesale or retail outlets.

2.     The employees shall not be fined or required to pay damages because of accidents. Each employee, however, must be capable of operating his vehicle in a safe manner and in the event of a bad accident record, proof of uninsurability, or gross neglect may be subject to discipline or dismissal.

3.     The vehicles shall be maintained in a safe mechanical condition in compliance with all laws and ordinances governing the operation of such vehicles and shall be equipped with heaters and defrosters in proper working condition.

4.     The Company may install a Drive Cam Camera for any employee who has had an accident and/or driving infraction that has come to the Company's attention timely. The purpose of such a camera is to improve the driver's skills and habit for a period of not more than three (3) months. Neither the Drive Cam video nor any information obtained therefrom will be used for disciplinary action and/or purposes.

5.     (a) When a hand-held device or printer is damaged or lost due to a Driver's proven negligence, the Driver will pay for the cost of a replacement.

13

(b) The replacement cost of the computer/tablet will depreciate 10% each year, starting value at $200 beginning July 24, 2023. The replacement cost of the printer will depreciate 5% each year, starting value at $550 beginning July 24, 2023.

## ARTICLE 8
## ARBITRATION AND GRIEVANCE

1.    Should any matter of difference or grievance arise with respect to the meaning or application of any provision of this Agreement, such matters shall be settled and determined in accordance with the following procedure.

2.    The employee with the grievance shall first take it up with his Employer within five (5) days from the knowledge occurrence upon which grievance is based. Should no settlement be agreed upon, he shall then reduce his grievance to writing and take it to his steward. The steward shall then meet with the Employer and the employee involved. If no settlement is reached within five (5) days after the date it is presented to the Employer, then the steward shall call the Business Agent of the Union and the Business Agent will then meet with the involved people outlined above. By presenting the grievance, the employee grants to the Union complete authority to present, negotiate, and bargain regarding this grievance and agrees to be bound by such disposition of the grievance as may be made or agreed to by the Union or its delegated representative. The employee may be present at any and all steps of the grievance procedure.

3.    If the matter is not settled pursuant to the above paragraphs, within three (3) days after it shall have been presented to the Business Agent of the Local Union, then within not more than ten (10) days thereafter, the matter shall be submitted to arbitration by a single arbitrator selected by mutual agreement between the Employer and the Union.

14

4.     If the Employer and the Union shall be unable to agree upon such arbitrator, the Union or the Employer may request the Federal Mediation and Conciliation Service to submit a panel of arbitrators and the impartial arbitrator shall then be selected in accordance with FMCS rules.  The compensation and expense of such arbitrator shall be paid by the Employer and the Union in equal shares.  All other expenses of such arbitration shall be paid by the party incurring the same.

5.     Any arbitrator shall not be empowered in any way to change, modify, add to or subtract from provisions of this Agreement.  Any settlement arrived at in accordance with the provisions of the above paragraphs, or the decision of the arbitrator made pursuant to the provisions of the above paragraphs, shall be final and binding upon all parties to such matter.

6.     No aggrieved party shall have any right to invoke the grievance procedure provided above, or the arbitration procedure provided above, nor shall any grievance or difference be valid unless the matter of such grievance or difference shall have been presented as provided above.

7.     The grievance and arbitration procedure hereinbefore provided shall also be available to the Employer in processing any Employer grievances.


### ARTICLE 9
### CREDIT ACCOUNTS

Sales-Driver employees shall not be held responsible for credit accounts which have been authorized by the Employer or any person other than himself.  If Sales-Driver employees continue to extend credit to any customer after being notified to discontinue same, they then shall be responsible for such credit granted.

### ARTICLE 10
### JURISDICTION

15

1.     Employees shall not perform any work that properly comes under the jurisdiction of another craft.

2.     The collection and compiling of statistics, or information concerning a competitor's business and activities shall not be considered a duty of route Sales-Driver, nor shall they be compelled to gather and compile information concerning other industries.

3.     Periodic counts for scanned based trading true ups must be completed accurately by all RSR's.

## ARTICLE 11
## COMPANY MEETINGS

The Employer agrees to limit sales meetings to no more than twelve (12) per year, nor more than two (2) at any one (1) month. Meetings will not be held on any day when employees are not scheduled to work or continue for more than one (1) hour except by agreement with the Union. One (1) weeks' notice will be given in advance of the date selected (except in case of emergencies) and when possible, such meetings will be divided into groups for the convenience of employees who may check in at different hours. The Company may schedule one (1) of the twelve (12) Company meetings as a Safety meeting on either a Tuesday for Transport Drivers or a Wednesday for Route Sales. No safety meeting will be scheduled on a Holiday week and each employee will be paid $75.00 for attendance at this safety meeting. Safety meetings will not be scheduled for more than four (4) hours with refreshments provided.

16

## ARTICLE 12
## ALCOHOL AND DRUG TESTING POLICY

1.    Purpose.

The Employer and Union are concerned about the safety and welfare of all employees or members and their families.  There is a major problem of drugs and alcohol abuse in our society and it is recognized that the issue must be addressed within that scope.  The state of a member's physical and emotional health affects the safety of all employees and their job performance, and may affect opportunities for continued employment.  Therefore, this policy will address these issues.

2.     Company Responsibility.

The Employer will strive to maintain a safe and secure environment for each employee. Counseling and guidance regarding benefits available to employees and their families will be provided.  This policy will be consistently adhered to and administered.  An Awareness Program, a fund of information to be made available to all employees, will be developed and maintained using the Bulletin Board, the Employer newspaper, the maintenance of a subject materials library in the personnel office, and scheduling of presentations by knowledgeable, authorized people.

It is felt that knowledge and awareness by each employee as to the risks, dangers, and signs of drug and alcohol abuse will help make each employee and their family aware of the issue.

3.     Standards of Conduct.

Good attendance and arrival on time and consistent production levels, quality of work, and responsible behavior are standards of conduct that are expected of all employees.  Deviation from these standards will be used to document suspected substance abuse.

4.     Testing.

17

Testing for illegal substance abuse will be done on all non-employee applicants who qualify for an open position.

Testing will be done on employees after drug/alcohol rehabilitation at the company's discretion. Testing will be done on any employee if a supervisor, after consultation with the Personnel Manager and Union, believe such employee is under the influence of alcohol and/or illegal drugs. Also, random testing may be performed on all employees subject to DOT regulations. All testing will be done by an accredited laboratory at the company's expense and upon prior written consent of the employee except that such consent will not be required for testing of the employees after such drug and/or alcohol rehabilitation.

Testing shall also be performed on all employees involved in an on-the-job or work related accident. For purposes of this policy, "accident" shall be defined as an unplanned, unexpected and unintended event which occurs on Company-owned or Company-leased property; on Company business, or during working hours; or which involves Company vehicles; and which results in any of the following:

(a) personal injury to the employee or others which requires medical attention;

(b) property damage reasonably believed to be in excess of $1,000; or

(c) the employee's receipt of a citation for a moving violation.

The Company may require employees to submit to such testing at any time within 24 hours following the time of the accident.

5. Compensation

Employees will not lose compensation for any drug or alcohol tests that are required during the employee's regularly scheduled hours. All employees will be paid $25.00 for any drug or alcohol tests required outside the employee's regular work hours. The Employer shall not be

18

required to make any payments under this section if the employee tests positive for drugs or alcohol.

    6.    <u>Disciplinary Action</u>.

If an employee's test results indicate alcohol and/or illegal drug use and/or an adulterated sample, the employee may be summarily discharged. However, employees subject to random testing under DOT regulations who admit substance abuse before being tested will be granted disability leave to seek authorized medical treatment. Furthermore, employees who are subject to post-accident testing and who are involved in accidents which do not involve personal injury and which result in property damage of less than $2,000.00 who admit substance abuse before the final test results will be granted disability leave to seek authorized medical treatment. All other employees subject to testing under this Article will be granted disability leave to seek authorized medical treatment only if he admits substance abuse before being selected for testing.

Disability leave will be granted for drug and/or alcohol rehabilitation one time only and will be for a maximum of sixty (60) days unless extended by mutual agreement. If an employee completes such rehabilitation and subsequently tests positively for drug and/or alcohol use, the employee will be discharged.

Refusal of an employee to undergo testing for alcohol and/or illegal drugs will result in discharge. Refusal of a non-employee applicant who qualifies for an open position to undergo testing for alcohol and/or illegal drugs will eliminate them from consideration for employment.

Any employee found possessing or using illegal drugs and/or alcohol, or purchasing or transferring illegal drugs on company premises or while on company business will be discharged.

19

## ARTICLE 13
## <u>RESIGNATIONS AND DISMISSALS</u>

1. When an employee quits he shall give his employer notice in writing one (1) week in advance of the date of termination. Failure to provide such notice shall result in forfeiture of one (1) week's guaranteed minimum pay. This shall not apply to probationary employees.

2. The Employer shall not discharge nor suspend any employee without just cause, but in respect to discharge or suspension, no member shall be discharged or taken out of service by the Employer except for dishonesty, being under the influence of intoxicating beverages, drugs or fighting, or carrying unauthorized passengers, without first being given a hearing by the Employer. At such hearing, an officer of the Local Union shall be present and if a decision has been reached, it shall be final and binding on both parties. When an employee is immediately taken out of service without a warning notice, the Employer and the Local Union will meet to determine the employee's future status. Any employee may request an investigation as to his discharge within seven (7) days and should such investigation prove that an injustice has been done an employee, he shall be reinstated with full back pay.

3. A Sales-Driver shall not solicit, sell or deliver competitive products directly or indirectly in the territory which he previously serviced within a period of six (6) months from date of termination. This section shall not be applied if the Employer ceases business.

4. The Employer agrees to abide by the principle of progressive discipline, except as set forth under Section 2, above. Such progressive disciplinary measures will generally consist of a written verbal warning, a written warning, and a suspension prior to discharge. However, where the degree of seriousness of the offense and/or the employee's past records warrants, as determined by the Employer, the Employer may deviate from such progressive steps and may repeat steps or may invoke the penalty of immediate discharge, where appropriate. In furtherance of this

principle, the Employer will provide the Union with copies of all disciplinary notices and/or warnings, including documented verbal warnings. The Employer will issue warning notices within 14 calendar days of occurrence.

5.      Warning notices as herein provided shall remain in effect for a period of not more than eight (8) months from the date of said warning, provided that warning notices associated with a suspension will remain in effect for twelve (12) months from the date of the infraction.

### ARTICLE 14
### ROUTE BIDDING SENIORITY

1.      Whenever a permanent vacancy occurs on a route, or a new route is established, all permanent employees in the sales department shall be eligible to bid for such routes on the basis of: (1) seniority earned in the sales department; and (2) skill, ability and efficiency. Route vacated by bid shall be subject to bid. This shall be limited to the first route vacated by bid only.

2.      Within one (1) week after such vacancies occur, written notice containing area location and sales averages shall be posted in the sales room. After the route is posted no adjustments or route cuts will be made.

3.      All bids shall be given in writing to the steward within three (3) working days after the notice has been posted and the steward shall then submit them to the Company. It is agreed that vacancies will be filled within two (2) weeks after notice is posted whenever possible.

4.      Any eligible employee who is absent or on vacation while a route is open for bid shall be entitled to exercise an option to bid for said route if selected by an employee who has less seniority, provided the option is exercised within five (5) weeks after the route is posted.

5.      Employees shall not be entitled to change routes by bidding more than once during any one (1) year period. All routes vacated by successful bidders may be filled in accordance with the terms of Article 1 of this Agreement.

6. An employee whose route has been eliminated shall replace the least senior route Sales-Driver, provided his seniority prevails.

7. Whenever a permanent vacancy occurs on a Route Puller's trip or run, it shall be put up for bid and subject to Article 14-2.

8. If for any reason the successful bidder is not assigned the route within four (4) weeks of the closing date of the bid, he shall receive the commission of whichever is greater.

9. The following information shall be posted with all route bids:

    (1) Total route sales.
    (2) Number of stops.
    (3) Number of miles on route.
    (4) Starting and finishing time of route.
    (5) General location of route.

10. An employee shall not withdraw his bid on such routes after bid notice expires.

11. If two employees are hired on the same day, the employee whose birthday is earlier in the year shall have the higher seniority.

## ARTICLE 15
## HOURS OF WORK

1. Five (5) days shall constitute the normal workweek for employees and such days need not be consecutive. However, the Employer may schedule some or all route drivers in a particular Local Union or agency to work a 4-day workweek, Monday through Saturday, upon mutual agreement between the Employer and the respective Local Union.

2. The maximum hours of work for sales employees shall be ten (10) hours per day, including lunch period. In addition thereto, an additional hour shall be permitted as follows:

    (a) To sales employees operating suburban routes, outside the metropolitan area.

    (b) To city sales employees on Saturdays and the workday previous to a drop out day or a holiday.

22

It is agreed that under no circumstances shall such employees work more than eleven (11) hours per day.

3. Route sales deliveries shall not be made before 2:00 a.m. or after 4:00 p.m. The schedule of route working hours shall be consistent with the service hours of customers.

4. It shall be the duty of the Sales-Driver to report to the Employer and Union Steward if his work cannot be completed with the maximum hours specified herein. The Employer shall adjust the routes within thirty (30) days of said report (unless such period is extended by mutual agreement) whenever such reports are proper and authentic.

5. No employee covered by this Agreement shall be required to make delivery on drop out days to grocery stores.

6. During a holiday week the Employer may schedule either four (4) or five (5) days of work including the normal drop out. In either case there shall be no reduction in rates of pay or weekly guarantees.

(a) In holiday weeks, as specified in Article 6, it shall be the prerogative of Management to decide whether or not it wishes to operate four (4) or five (5) days during the holiday week.

(b) It is understood should one of the six (6) holidays occur during an employee's vacation, the employee shall be entitled to holiday pay.

7. When Sales-Drivers or Route Pullers are absent from work one (1) or more days during the week, they shall be compensated for such partial week on the following basis: One-fifth (1/5th) of the applicable base pay for each day worked plus the applicable commissions rate on the net sales for days worked, or one-fifth (1/5th) of the weekly guarantee for each day worked, whichever is greater. Extra Drivers working on a fixed weekly rate shall be paid one-fifth (1/5th)

23

of such rate for each day worked.  Hourly paid employees shall be paid for the total number of hours worked during the week.

## ARTICLE 16
## ABSENCE FROM WORK

1.     An employee, when absent due to bona fide illness or injury for less than three (3) months, shall be reinstated to his regular job.  Longer periods shall be granted if the employee presents written medical verification to Employer.  If any such absence becomes indefinite the Employer and Union may mutually agree on the employee's future status.  Employees returning to work must be capable of performing the duties regularly or usually required on the job. Seniority shall be continued for a maximum of 12 months for any absence due to a non-work related injury or illness.  This period can be extended an additional six (6) months, provided the employee is in a verifiable work hardening, occupational therapy or return to work program.

2.     This section shall not apply where employees have taken other employment, engaged in business of any nature, or leave the area to seek other employment or work.

3.     When employees are granted a leave of absence the Employer shall provide them with written permission and a copy forwarded to the Union.

4.     In the event of any employee enlisting or being drafted for military service, he shall retain his entire seniority with the Employers and shall be given his former job back upon his return, in line with the provisions of any applicable federal laws.

5.     If an employee is granted a leave of absence the Employer shall collect from said employee prior to leave of absence being effective sufficient monies to pay the required contributions into the Health & Welfare Funds, Pension Fund and other benefit plans during the period of absence.

6.      In the event that an employee's driver's license is suspended, the Employer and the Local Union will meet to discuss the employee's job status. The employee may be granted a Leave of Absence not to exceed ninety (90) days, with the mutual agreement of the Employer and the Local Union. Such matters will be handled on a case-by-case basis and will not be precedent setting.

7.      When an employee is taking leave to which he is entitled under the provisions of the Family and Medical Leave Act (FMLA), he shall not be required by the Employer to substitute any paid leave earned under this Agreement for unpaid leave without his consent when the employee can show good cause.

### ARTICLE 17
### SENIORITY

1.      For purposes of this contract, seniority shall mean job classification seniority unless otherwise set forth in this contract. Job Classification seniority shall be the period of continuous employment in a classification at an Employer. Job classification seniority shall govern in all cases except as otherwise set forth in this contract. The Employers shall maintain separate job classification seniority lists except to the extent such is modified by local agreement. Seniority of any kind is not transferable between Employers. Job classification seniority is not transferable between bargaining units except that when an employee is transferred from one bargaining unit to another bargaining unit due to the transfer of a route, and both units are covered by this Statewide Agreement, the employee will retain the employee's job classification seniority and be dovetailed in the unit to which the employee is transferred.

2.      Seniority by classification shall govern in all cases of layoff and recall. Thus, employees last hired shall be laid off first, and in recalling after layoffs, employees shall be recalled in reverse order to that in which they were laid off.

25

3.      Any employee who is laid off or transferred out of the bargaining unit shall retain accrued seniority but shall not accumulate seniority while the employee is out of the unit.

4.      When an employee is recalled the Employer shall give written notice by registered mail forwarded to the employee's last known address, and shall hold the job available for a period of one (1) week from the date of notice.  Employees recalled shall notify the Employer of their intention within three (3) days of date of notice.  Employees recalled must be capable of performing the normal work.

5.      An employee shall lose seniority for any of the following reasons:

(1)      Voluntary resignation or discharge for just charge.

(2)      Failure to comply with the provisions of Section 3 of this Article.

(3)      A layoff period in excess of one (1) year.

6.      Whenever employees are laid off the Employer shall give those involved at least three (3) days' written notice in advance of the layoff.

## ARTICLE 18
## UNIFORMS

1.      Where the Employer and the employees each pay one-half (½) of the cost of uniforms, the Employer shall provide summer uniforms of up to five (5) shirts, three (3) trousers and three (3) pairs of shorts and winter uniforms of up to five (5) shirts, three (3) trousers, and one (1) lined jacket.  The Employer also shall provide proof of the cost of the uniforms upon request by the Union.

2.      The Company and Union recognize that the presentation of employees in the workplace contributes to a professional environment and the public image that has contributed to the success and viability of the Company.  Therefore, the Company expects employees to be well

groomed and professional in appearance when at work. Under these circumstances, employees are allowed to wear facial hair in accordance with the following guidelines:

    (a)    The facial hair must be kept trimmed and neat at all times; and

    (b)    The facial hair must be kept short and not excessive in length.

## ARTICLE 19
## STEWARDS

1.    The Union shall have the right to select and appoint Stewards from among the employees at the place or places of business of the Employer. The Employer shall not be required to assume any expense in connection with such activities.

2.    The Stewards shall administratively serve the Membership and Union under this Agreement. Such services shall not interfere with the regular duties of the Stewards.

3.    The Stewards, however, shall not have the right to call or cause to be called strikes or work stoppages of any kind whatsoever. The Stewards shall not have the right to make any substantive decisions under this Agreement affecting the Membership of the Union. All of which said decisions shall be and they hereby are vested in and shall remain with the duly authorized and official Representatives of the Union.

## ARTICLE 20
## CONTACTING MEMBERS

The Business Representative of the Local shall be permitted to enter the Employer's premises, when necessary, to interview members of the Union on Union business. He will not unduly interfere with the operation or progress of the work.

## ARTICLE 21
## SYMPATHETIC ACTION

1.    It shall not be considered a violation of this Agreement for the Union to take sympathetic action if a legal strike exists between the Employer and any other craft in his employ.

27

Forty-eight (48) hours' prior notice in writing shall be given by the Union to the Employer whenever such action is contemplated.

2.　　It shall not be a violation of this Agreement, and it shall not be cause for discharge or disciplinary action in the event an employee refuses to enter upon any property involved in a lawful primary labor dispute, or refuses to go through or work behind any lawful primary picket line, including the lawful primary picket line of the union party to this Agreement, and including lawful primary picket lines at the Employer's place or places of business.

## ARTICLE 22
## INDIVIDUAL CONTRACTS

1.　　The Employer agrees that he will not make any other verbal or written agreements with any of his employees which may conflict with this Agreement.

2.　　In the event that any Article or Section of this Agreement is held invalid or enforcement of compliance with which has been restrained, the parties hereto shall enter into immediate collective bargaining negotiations, upon the request of either party, for the purpose of arriving at a mutually satisfactory replacement for such Article or section during the period of invalidity or restraint.  If the parties hereto cannot agree on a mutually satisfactory replacement then the issue shall be resolved in accordance with the Arbitration and Grievance procedure contained in this Agreement.

## ARTICLE 23
## JURY DUTY

When a permanent employee is called for Jury Duty, the Employer shall pay the difference between the amount received as jury pay and the amount he would otherwise have been entitled to if worked, for a period not to exceed three (3) weeks.  The employee must notify the employer immediately upon receipt of such notice and must report for work on those days the court is not in

28

session. If an employee is selected for and must involuntarily serve on a federal Grand Jury, the Company will pay the employee the difference between his or her jury duty pay and his or her regular earnings for time actually missed from the work due to active jury duty for up to twenty (20) days for the duration of such service.

## ARTICLE 24
## BULLETIN BOARD

The Employer agrees to provide a bulletin board in a suitable place for Union information.

## ARTICLE 25
## SALE OR TRANSFERS

1.     This Agreement shall be binding upon the Employer, its successors and assigns, upon his heirs, executors, administrators, personal representatives and assigns.

2.     In the event the Employer sells, assigns or otherwise transfers the business of the Company, whether by sale of stock or assets or otherwise, during the term of this Agreement, the prospective purchaser shall be informed of this Agreement and the sale made contingent upon his or its agreeing to accept or be bound by its terms in the event such purchaser continues the business.

## ARTICLE 26
## ROBBERY

The Employer agrees to reimburse employees for loss of Company funds and merchandise, and for personal money up to forty dollars ($40.00), due to robbery, provided the proper police reports are filed.

## ARTICLE 27
## COMPLIANCE

There shall be no concerted failure to report to work, cessation or interruption of work, slowdown, strike, picketing or lockout during the term of this Agreement.

29

## ARTICLE 28
## METHOD OF DELIVERY

1.     In the event that the Local Union receives a proposal for a new method of delivery or different commission payment from any Bakery under their jurisdiction, the Local Union agrees to notify all other Bakeries under their jurisdiction of the aforesaid proposal so that, if they desire, they will be able to make similar proposals to their employees.

2.     The Employer agrees that the Local Union has fulfilled its obligation to the Employer when it carries out the obligations of aforesaid mentioned paragraph.

Any of the above changes must be mutually agreed to between the Company and the Union.

3.     Existing methods of delivery in effect presently shall remain the same. All other proposals shall remain the same. All other proposals shall be consistent with Article 2.

4.     In the event either party violates any of the terms herein the other party shall have the right to terminate by giving sixty (60) days' notice to the party in violation.

## ARTICLE 29
## COMPETITION

1.     When it becomes necessary to protect existing private labels and bulk business or to regain such business from outside competition not covered by this Agreement, the Employer and the Union shall meet and discuss a solution to such problems. Any change in delivery or compensation must be mutually agreed to between the Company and the Union. The Union shall not unreasonably withhold their consent.

2.     The Company and the Union Locals affected will form a committee to determine how to retain or to regain private label and bulk business. The Union members of the committee shall consist of one officer or Business representative from each affected Local signatory to this

Agreement.  Such representatives shall have the authority to agree to changes that are needed to protect or to retain the private label and/or bulk business and jobs in the bargaining units covered by this Agreement.  Any agreements reached under this Article will be reduced to writing and signed by the parties.

3.      Any violation by the Company of any agreements reached under Paragraph 2 above may be addressed through the grievance and arbitration procedure of this Agreement.

## ARTICLE 30
## SEVERANCE PAY

1.      It is agreed that each employee who is displaced from his employment by reason of the closing of the entire plant, branch or department thereof shall be compensated for such displacement provided he has been actively employed by the Employer for a period of at least three (3) years.  An eligible employee's compensation for his displacement shall be on the basis of one-half weeks' normal pay for sales drivers or twenty (20) hours of pay at the prevailing straight time rate for the hourly paid employee classification for each full year of employment commencing with the fourth year thereof.  Maximum severance pay shall be ten (10) weeks for sales drivers and 400 hours for hourly paid employees.

2.      The above-described severance pay will not be paid to any employee who is offered equivalent employment with the Company within a seventy-five (75) mile radius, any employee who is eligible for a normal pension and any employee who voluntarily quits or is discharged for cause before they are separated from service.

3.      In the event an eligible employee wishes to remain on the plant seniority list for the purpose of possible recall, he may elect to defer acceptance of his severance pay for a period of twelve (12) months.  At any time during such period, however, the employee may request such severance pay and his seniority shall terminate as of that date.  If such employee has not been

31

recalled by the end of such period, he shall be paid severance pay and his seniority shall terminate as of that date.

## ARTICLE 31
## HOURLY EMPLOYEES
## (EXCEPT TRANSPORT DRIVERS)

Effective on the date set forth below, all hourly-rated employees (non-transport drivers) shall receive the following general wage increases:

| | |
|---|---|
| Effective July 24, 2023 | $.50/hour |
| Effective July 21, 2024 | $.50/hour |
| Effective July 21, 2025 | $.50/hour |

## ARTICLE 32
## PULL-UP WORK

The Employers will agree on a local basis to adopt understandings to provide the following options for pull-up work:

(a)     Bargaining Unit Employees:  Pull-up work shall be performed by bargaining unit employees and shall be offered to them on the basis of seniority.  The Employer may require bargaining unit employees to perform such work based on inverse seniority, with the bottom 25% of the seniority roster rotating for purposes of performing such work on a mandatory basis.  Bargaining Unit employees performing such work shall be paid a flat rate of ($95.00) per day for 0-5 hours of such work , and ($150.00) per day for more than 5 hours, through 8 hours of work.  Bargaining Unit pull-up work shall include pull-ups and deliveries on drop days.

(b)     Part-time Merchandisers:  Pull-up work shall be performed by part-time merchandisers, who shall be paid an hourly rate of $8.15, with annual wage increases at $.50 per hour, per year as provided under Article 32.  Part-time merchandisers shall receive overtime pay for work performed in excess of eight (8) hours per day or forty (40) hours per week, but shall not

32

be entitled to receive any other contract or fringe benefits, except to the extent that they may be eligible to have pension contributions made on their behalf pursuant to Article 4, Section 2. Such merchandisers will normally work less than twenty-four (24) hours per week.

(c)     Supervisors: Pull-up work shall be performed by supervisors, consistent with the Employer's past practice.

## ARTICLE 33
## TRANSPORT DRIVERS

1.     Wages:   Effective on the dates set forth below, the hourly classification rate of pay for all transport drivers shall be as follows:

| | |
|---|---|
| Effective July 24, 2023: | $25.13 |
| Effective July 21, 2024: | $26.16 |
| Effective July 20, 2025: | $28.13 |

2.     Hours of Work:

(a)     Weekly guarantees are specified in the Local Addendum's signatory to the Wholesale Bakery Agreement.

(b)     All other guidelines and practices of hours not contained herein are set forth in the Local Addendums.

3.     Lay-Overs:  Layover time shall not exceed eight (8) hours in any twenty-four (24) hour period.

4.     Sundays and Holidays:  Payment for Sundays and Holidays will be in accordance with Article 6 of this Agreement and the Local Addendums.

5.     Layoffs and Recall: In case of layoffs, the last driver hired in their respective classifications shall be laid-off first.

6.     Bidding Runs:

33

(a)     Bid sheets shall include the number of miles on the run, time estimate for the run, the number of stops and the location of the stops.

(b)     All runs shall be bid in accordance with the procedures set forth in the Local Addendums.

7.     Alcohol and Drug Testing: All alcohol and drug testing of transport drivers shall be in compliance with applicable Federal and State Department of Transportation regulations.

**ARTICLE 34**
**DURATION**

THIS AGREEMENT shall become effective on the 24th day of July, 2023, and shall be and continue in full force and effect from the aforementioned date to and including the 20th day of July, 2026, and this Agreement shall continue in full force and effect from year to year thereafter unless written notice of desire to cancel or terminate this Agreement is served by either party upon the other at least sixty (60) days prior to the aforementioned expiration date or at least sixty (60) days prior to the annual expiration date of any subsequent year thereafter.

34

FOR THE UNION:

By:_____
　　Local No. 40　　　　　　　　Date

By: _____
　　Local No. 52　　　　　　　　Date

By: _____
　　Local No. 92　　　　　　　　Date

By: _____
　　Local No. 284　　　　　　　 Date

By: _____
　　Local No. 377　　　　　　　 Date

By: _____
　　Local No. 957　　　　　　　 Date

SCHWEBEL BAKING COMPANY:

By: _____  10/4/2013
　　　　　　　　　　　Date

35