# AGREEMENT

## BETWEEN

## SCHWEBEL BAKING COMPANY
## (BAKERY WHOLESALE DRIVERS
## AND TRANSPORT TRUCK DRIVERS)

## AND

## INTERNATIONAL BROTHERHOOD OF TEAMSTERS,
Local No. 20



Effective March 19, 2023 through March 18, 2026

# TABLE OF CONTENTS

**ARTICLE**                                                                      **PAGE**

| | | |
|---|---|---|
| Article 1 | Employment & Union Membership | 1 |
| Article 2 | Management Rights | 2 |
| Article 3 | Wages | 3 |
| Article 4 | Vacations | 4 |
| Article 5 | Benefit Plans | 6 |
| Article 6 | Funeral Leave | 7 |
| Article 7 | Sundays & Holidays | 8 |
| Article 8 | Company Equipment & Accidents | 8 |
| Article 9 | Arbitration & Grievance | 9 |
| Article 10 | Credit Accounts | 10 |
| Article 11 | Jurisdiction | 10 |
| Article 12 | Company Meetings | 10 |
| Article 13 | Alcohol & Drug Testing Policy | 11 |
| Article 14 | Resignations & Dismissals | 13 |
| Article 15 | Route Bidding – Seniority | 13 |
| Article 16 | Hours of Work | 15 |
| Article 17 | Absence from Work | 16 |
| Article 18 | Seniority | 17 |
| Article 19 | Uniforms & Appearance | 18 |
| Article 20 | Stewards | 18 |
| Article 21 | Non-Discrimination | 18 |
| Article 22 | Contacting Members | 19 |
| Article 23 | Sympathetic Actions | 19 |
| Article 24 | Individual Contracts | 19 |
| Article 25 | Jury Duty | 19 |
| Article 26 | Bulletin Board | 20 |
| Article 27 | Sale or Transfers | 20 |
| Article 28 | Robbery | 20 |
| Article 29 | Compliance | 20 |
| Article 30 | Method of Delivery | 20 |
| Article 31 | Competition | 21 |
| Article 32 | Severance Pay | 21 |
| Article 33 | Loader | 22 |
| Article 34 | Thrift Stores | 22 |
| Article 35 | Pull Up Work | 22 |
| Article 36 | Transport Drivers | 22 |
| Article 37 | Misc. Route Sales Drivers | 23 |
| Article 38 | Duration | 24 |
| MOU/Appendix 1 | Healthcare MOU & Benefits Summary | 25 |

# BAKERY WHOLESALE DRIVERS AND

# TRANSPORT TRUCK DRIVERS

# AGREEMENT

THIS AGREEMENT, made and entered into on the date hereinafter set forth but effective as of March 19, 2023 by and between SCHWEBEL BAKING CO., located in Teamsters Local 20 Jurisdiction, said Companies being hereinafter referred to as the "Employer" and the TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS UNION, LOCAL NO. 20, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS hereinafter referred to as the "Union."

WITNESSETH: This Agreement as to wages, hours and working conditions is entered into and shall be binding on the parties hereto from March 19, 2023 until terminated as hereinafter provided.

## ARTICLE 1
## EMPLOYMENT AND UNION MEMBERSHIP

1. The Employer recognizes the Union as the sole and exclusive collective bargaining agent of all employees working in the classifications set forth in this Agreement and Addendum thereto.

2. All work presently being performed under and by virtue of the job classifications herein shall continue to be performed by the employees in the bargaining unit herein.

3. It shall be a condition of employment that all such employees who are members of the Union on the effective date of this Agreement shall remain members in good standing and those who are not members shall become and remain members on the thirty-first (31st) day following the effective date of this Agreement. All such employees hired on and after its effective date shall become and remain members on the thirty-first (31st) day following the beginning of their employment.

4. The Employer agrees to give equal consideration to Union members when hiring new employees.

5. New employees shall be considered as probationary employees for a period of ninety (90) calendar days and during this period the Employer may transfer, lay off, or discharge said employee without notice or termination pay. At the completion of the probation period, employees shall be placed on the regular seniority roster, and seniority shall date from the first (1st) day of hire. The Employer agrees to provide the Union with the name and hiring date of all new employees.

6. Upon the receipt of a duly executed authorization assignment, the Employer agrees to deduct from the pay of all employees the established monthly dues, initiation fees and uniformly levied legal assessments of the Union. It is further agreed that the Employer shall remit deductions to the Union prior to the end of the month for which such deduction is made.

1

7. Examinations & Identification: Sales Drivers are required to have a current valid driver's license and DOT card.

8. In accordance with individual signed authorizations, the Employers shall deduct once each year from the employees' earnings five dollars ($5.00) and remit the amount so deducted to Ohio D.R.I.V.E.

9. The Employer agrees to deduct from the paycheck of all employees covered in this Agreement voluntary contributions to D.R.I.V.E. D.R.I.V.E. shall notify the Employer the amounts designated by each contributing employee that are to be deducted from his/her paycheck on a weekly basis for all weeks worked. The phrase "weeks worked" excludes any week other than a week in which the employee earned a wage. The Employer shall transmit to D.R.I.V.E. National Headquarters on a monthly basis, in one check, the total amount deducted from the employee's paycheck, along with the name of each employee on whose behalf a deduction is made. The International Brotherhood of Teamsters shall reimburse the Employer annually for the Employer's actual costs for the expenses incurred in administering the weekly payroll deduction plan. The Company will have payroll deduction, for Teamsters Federal Credit Union, Located at 435 South Hawley Street, Toledo, Ohio.

## ARTICLE 2
## MANAGEMENT RIGHTS

**Section l.**     Management Functions

(a) All inherent and common law management functions and prerogatives which the Employer has not expressly modified or restricted by a specific provision of this Agreement are retained and vested exclusively in the Employer and the Employer shall continue to have the exclusive right to take appropriate action in the management of the plant and direction of the work force in accordance with its judgment.

(b) The Employer retains the right to hire and discharge all Employees, but no Employee will be discharged or suspended without just cause.

(c) Except as provided herein, the Company shall retain the right to control and supervise all operations and direct its work force, including, but not limited to the right to discipline, layoff, promote, demote, to determine the scope of its operations, decide the number and locations of its facilities, regulate the use of all equipment and other property of the Company; to maintain discipline among its Employees, to establish policies, procedures and reasonable work rules, to determine the schedule of hours and shifts, to promote efficient, economic operation of the business, provided that the provisions of this paragraph shall not be used by the Company for the purpose of discrimination against the Employees contrary to the terms of this Agreement.

2

**Section 2.** Abide by Agreement

In the exercise of its rights under this Article, the Employer agrees to abide by the provisions of the other Articles of this Agreement.

## ARTICLE 3
## WAGES

1. Effective on the dates set forth below, Wholesale Sales Drivers, Route Pullers, and Extra Drivers shall be paid the following guaranteed minimums per week:

   Effective upon ratification        $700.00

2. Effective on the dates set forth below, and for the duration of this Agreement, the base weekly scale of wages for Wholesale Sales Drivers, Route Pullers, and Extra Drivers shall be the following amounts per week and the prevailing commission on net sales per week:

   | | |
   |---|---|
   | Effective upon ratification | $330.00 |
   | Effective year 2 | $335.00 |
   | Effective year 3 | $340.00 |

3. All employees shall be paid the commission rate in effect prior to the ratification of this contract. However, on all routes where mainline product was paid a commission rate of eight percent (8%) as of July 10, 1999, the commission rate on such mainline product only shall be increased as follows:

   | | |
   |---|---|
   | Premium products | Nine percent (9%) |
   | Private Label and secondary | Seven percent (7%) |
   | *Private Label and secondary business, with returns<br>    *(As of 4/29/2006) | Five percent (5%) |
   | Purchased product | Seven (7%) |
   | Fast Food and High-volume food service | Five percent (5%) |

All other existing commission structures contained in local addenda and applicable letters of understanding shall continue.

On all new private label and secondary business, the commission rate shall be five percent (5%) full service with returns (as of 4/29/2006).

4. Whenever weekly earnings, computed in accordance with the scale of wages, are in excess of the guaranteed minimum, such earnings shall replace the guaranteed minimum.

5. When the Employer charges a customer a reduced price for any reason, the applicable rate of commission shall be calculated as per the actual price charged to the customer.

3

6. In the event of the Sales Driver, being off duty during the week, he shall be compensated for such partial work week on the following basis:

One-fifth (1/5th) of the base pay for each day worked.

Plus: Appropriate commission on net sales for days worked with a minimum guarantee of one-fifth (1/5th) of the weekly guarantee for each day worked.

7. Union members must comply with mandatory direct deposit of paychecks.

8. It is agreed that all employees in the Sales Department shall be all one classification.

9. Extra Sales Drivers, when pulling routes in the absence of the Sales Driver shall be paid in accordance with the rate of pay for Sales Drivers as provided in this agreement.

10. Sales Drivers are required to do call-backs as needed and directed by management as long as they fall with their hours of service.

11. It is agreed that all Sales Drivers, as soon as their deliveries are made, shall be allowed to drive and settle their accounts without any unnecessary delay. In the event members of the Union feel they are being unnecessary delayed, it shall be brought to the attention of the Employer who agrees to amicably adjust such grievances.

## ARTICLE 4
## VACATIONS

1. All employees who qualify shall be entitled to a vacation with full pay during each year this Agreement remains in effect.

The basis for qualification and the amount of yearly vacation given shall be as follows:

| | |
|---|---|
| Upon completion of one (1) year of continuous employment | One (1) Week |
| Upon completion of two (2) years of continuous employment | Two (2) Weeks |
| Upon completion of five (5) years of continuous employment | Three (3) Weeks |
| Upon completion of ten (10) years of continuous employment | Four (4) Weeks |
| Upon completion of fifteen (15) years of continuous employment | Five (5) Weeks |
| Upon completion of twenty (20) years of continuous employment | Six (6) Weeks |

For all new employees hired after October 24, 2012, the basis for qualification and the amount of yearly vacation shall be as follows, with a maximum of four (4) weeks given:

| | |
|---|---|
| Upon completion of one (1) year of continuous employment | One (1) Week |
| Upon completion of two (2) years of continuous employment | Two (2) Weeks |
| Upon completion of five (5) years of continuous employment | Three (3) Weeks |
| Upon completion of ten (10) years of continuous employment | Four (4) Weeks |

4

2. Employees shall select their vacations by seniority. Departmental or divisional seniority shall not be used except by mutual agreement between the Employer and the Union.

   Employees may select vacations over the entire year excluding the weeks preceding Memorial Day, July Fourth, and Labor Day, unless mutually agreed to by the employee and Employer. The maximum number of vacations which the Employer shall be required to grant during the same weeks shall not exceed one (1) vacation for each twelve (12) employees or major fraction thereof in the bargaining unit.

3. Employees with two (2) or three (3) weeks of vacation may elect to split their vacations into two (2) segments, and employees with four (4) or more weeks of vacation may elect to split their vacations into three (3) segments. All such vacations must be taken in full week segments. For purposes of vacation scheduling, employees eligible for more than one (1) vacation segment shall not be eligible to make their second or third choice until all eligible employees have made their first and second selections, respectively.

4. Any employees who have qualified for a vacation shall, upon resignation or dismissal, be paid for any and all full months of accumulated unpaid vacation earned on a pro-rated basis, based upon 1/12 for each full month worked.

5. The vacation schedule list shall be posted and all vacation selections shall be completed by January 1st of each year. Employees shall have no more than two (2) days to select their vacations when requested by the Employer.

6. Vacations may not be accumulated but shall be taken at the time selected each year. Employees who have more than five (5) weeks of vacation may, upon mutual agreement between the Employer and employee, be granted vacation pay in lieu of time off for the sixth week.

7. The vacation pay shall be based upon the average wages earned by the employee during the preceding calendar year, or the twelve (12) months prior to the qualification date if an employee was not employed during the entire preceding calendar year. Weeks in which an employee received less than a full week's wages shall be excluded from the computation of the average amount payable. Vacation wages shall be paid in advance of the vacation period.

8. Employees who are temporarily absent due to illness or injury shall not be charged with an interruption of employment. If such absence exceeds six (6) months, however, the employee shall accumulate credit only for the number of months worked during the twelve (12) month qualification period.

9. For employees who are temporarily absent during the year due to layoff, vacations shall be prorated on a monthly basis for each full month of absence.

10. Employees who return from military service shall receive credit for all continuous employment during the qualification period based on the seniority regulations specified in applicable federal laws.

5

## ARTICLE 5
## BENEFIT PLANS

1. Health and Welfare Medical Insurance

   a. All active bargaining unit employees Health and Welfare Plan.

   All active bargaining unit employees will be covered under an Employer sponsored plan. See: Appendix 1

   The Employer will provide such health and welfare insurance for all regular employees effective on the first day of the month following two (2) months of continuous employment. Such insurance, which may, at the Company's option, be provided under a mandatory PPO plan where available.

   b. Retiree Health Plan

   All current and future retirees will have the option to be covered under an Employer sponsored Retiree Health Plan with 80/20 co-insurance for medical benefits, subject to the terms and conditions set forth in this subparagraph (b).

   1. Retirees with a minimum 30 years of service shall be eligible for Retiree Health Plan coverage with a minimum age of 57 at the time of retirement. At age 57 the retiree will have a one-time election to receive coverage under the Retiree Health Plan.

   2. An employee who retires under age 57 will have a one-time election at age 57 to receive coverage under the Retiree Health Plan. The monthly copayment will be prevailing rate as of the date the retiree turns 57.

   3. Retiree and Spouse Contributions: The monthly contribution for the Retiree Health Plan will be based on the retiree's age at the time of retirement. Each retiree covered under the Retiree Health plan will pay monthly contributions in accordance with the following schedule.

| Age at Retirement | Monthly Contribution* -Member Only- | Monthly Contribution* -Couple- |
|---|---|---|
| Age 57 | $355.00  $455.00 | $660.00  $910.00 |
| Age 58 | $330.00  $430.00 | $610.00  $860.00 |
| Age 59 | $305.00  $410.00 | $560.00  $810.00 |
| Age 60 | $280.00  $380.00 | $510.00  $780.00 |
| Age 61 | $255.00  $355.00 | $460.00  $710.00 |
| Age 62 or older | $230.00  $330.00 | $410.00  $660.00 |

2. 401(k) - Pension Fund

The Employer agrees to maintain a 401(k) plan for the benefit of the employees covered by this Agreement, now called "The Schwebel Baking Company 401(k) Plan." All aspects of the operation of the plan shall be as provided in the plan document, provided that the Employer shall make contributions to the plan on behalf of each eligible employee covered by this Agreement on the following basis:

The Employer will make contributions equal to four percent (4%) of eligible earnings; in addition, the Employer will make matching contributions equal to fifty percent (50%) of any contribution made by the employee up to six percent (6 %) of eligible earnings. In that manner, the Employer contributions will be a maximum of eligible earnings (four percent (4%) in direct contributions plus three percent (3%) in matching contributions). The Employer agrees that during the term of this Agreement, it shall notify the Union of its desire to make any changes and come to agreement with the Union prior to implementation.

The vesting schedule for the Employer contribution will be as follows:

| | |
|---|---|
| Less than two (2) years | 0% |
| Two (2) years | 20% |
| Three (3) years | 40% |
| Four (4) years | 60% |
| Five (5) years | 80% |
| Six (6) years | 100% |

The Plan shall follow all guidelines under Federal and State Law pertaining to 401(k) Pension Plans.

3. Continuation of Contributions

If an employee is absent because of illness or off-the-job injury and notifies the Employer of such absence, the Employer shall continue to provide Health and Welfare Insurance coverage for a period of four (4) weeks. If an employee is injured on the job, the Employer shall continue to provide Health and Welfare insurance coverage until such employee returns to work; however, such coverage shall not be provided for a period of more than six (6) months.

If an employee is granted a leave of absence, the employee may be offered COBRA.

4. Returning to work after a leave of absence will require a doctor's release.

## ARTICLE 6
## FUNERAL LEAVE

In the event of a death in the employee's immediate family, i.e., father, mother, step-parents, brother, sister, child, stepchild, spouse, mother-in-law, father-in-law, grandparents, grandchild, it is recognized that three (3) consecutive working days shall be granted to the employee to attend

7

the funeral services. The employee shall suffer no loss in pay. The day's pay shall be, in the case of Sales Driver, the earnings of their route, and in the case of hourly rated employees, the straight time hourly rate for a normal scheduled work day and in the case of salaried employees, one-fifth (1/5th) of the weekly salary, all exclusive of any premium pay or overtime. An employee must submit verification to receive this benefit.

## ARTICLE 7
## SUNDAYS, HOLIDAYS & PERSONAL DAYS

1.  Sales employees shall not work on New Year's Day, Memorial Day, July 4th, Labor Day, Thanksgiving Day, Christmas Day, or Sundays except as otherwise provided. The Employer shall provide two (2) weeks' notice of the designated day off relative to each holiday.

2.  Deliveries of restaurant merchandise to restaurants will be permitted on the second day of a double holiday.

3.  In holiday weeks, as specified above, sales employees shall be compensated an additional payment of forty dollars ($40.00) for each holiday in a holiday week during which the sales employee works four (4) days, or one hundred dollars ($100.00) for each holiday in a holiday week during which the sales employee works five (5) days. Pull-up days are not considered a day worked when calculating holiday pay.

4.  Each employee who has completed one year of continuous service shall be granted two (2) personal days to be taken throughout the year. Personal days must be applied for at least (7) days in advance of the requested days off and will be granted on a first come first served basis. Subject to approval by employer. The employee shall be compensated for personal days in the same monies he would have receive if he worked those days. These personal days must be used and any unused days will not be compensated or carried over. These days are on a first come first served basis and must be approved by the employer.

5.  In order to be eligible for holiday pay, the employee must work the last scheduled working day before and the first scheduled working day following the holiday. If absence during part of the holiday work week is due to illness or accidents, such absence shall not disqualify the employee for holiday pay; however, an employee who is absent the entire week of the holiday is not eligible for holiday pay.

## ARTICLE 8
## COMPANY EQUIPMENT & ACCIDENTS

1.  The Employer shall supply equipment and maintain all vehicles used in the distribution of bakery products. The Employer further agrees that he will not employ any owner-driver equipment for the sale or distribution of bakery products to wholesale or retail outlets.

2.  The employees shall not be fined or required to pay damages because of accidents. Each employee, however, must be capable of operating his vehicle in a safe manner and in the event

8

of a bad accident record, proof of uninsurability, or gross neglect may be subject to discipline or dismissal.

3. The vehicles shall be maintained in a safe mechanical condition in compliance with all laws and ordinances governing the operation of such vehicles and shall be equipped with heaters and defrosters in proper working condition.

4. RSR's are responsible for Company equipment. Damage to handhelds and printers shall be paid for by the RSR if due to blatant negligence. A form will be made available to report damage and/or equipment failure.

## ARTICLE 9
## ARBITRATION AND GRIEVANCE

1. Should any matter of difference or grievance arise with respect to the meaning or application of any provision of this Agreement, such matters shall be settled and determined in accordance with the following procedure.

2. The employee with the grievance shall first take it up with his Employer within five (5) days from the knowledge of occurrence upon which grievance is based. Should no settlement be agreed upon, he shall then reduce his grievance to writing and take it to his steward. The steward shall then meet with the Employer and the employee involved. If no settlement is reached within five (5) days after the date it is presented to the Employer, then the steward shall call the Business Agent of the Union and the Business Agent will then meet with the involved people outlined above. By presenting the grievance, the employee grants to the Union complete authority to present, negotiate, and bargain regarding this grievance and agrees to be bound by such disposition of the grievance as may be made or agreed to by the Union or its delegated representative. The employee may be present at any and all steps of the grievance procedure.

3. If the matter is not settled pursuant to the above paragraphs, within three (3) days after it shall have been presented to the Business Agent of the Local Union, then within not more than ten (10) days thereafter, the matter shall be submitted to arbitration by a single arbitrator selected by mutual agreement between the Employer and the Union.

4. If the Employer and the Union are unable to agree upon such arbitrator, the Union or the Employer may request the Federal Mediation and Conciliation Service to submit a panel of arbitrators and the impartial arbitrator shall then be selected in accordance with FMCS rules. The compensation and expense of such arbitrator shall be paid by the Employer and the Union in equal shares. All other expenses of such arbitration shall be paid by the party incurring the same.

5. Any arbitrator shall not be empowered in any way to change, modify, add to or subtract from provisions of this Agreement. Any settlement arrived at in accordance with the provisions of

9

the above paragraphs, or the decision of the arbitrator made pursuant to the provisions of the above paragraphs, shall be final and binding upon all parties to such matter.

6. No aggrieved party shall have any right to invoke the grievance procedure provided above, or the arbitration procedure provided above, nor shall any grievance or difference be valid unless the matter of such grievance or difference shall have been presented as provided above.

7. The grievance and arbitration procedure herein provided shall also be available to the Employer in processing any Employer grievances.

## ARTICLE 10
## CREDIT ACCOUNTS

1. Sales Driver employees shall not be held responsible for credit accounts which have been authorized by the Employer. If Sales Driver continues to extend credit to any customer after being notified to discontinue same, they then shall be responsible for such credit granted.

2. Route Drivers are required to collect all personal charges every Saturday and reconcile to a $0 balance. End of period weeks, there is to be NO uncollected funds or shortages. Failure to collect all accounts may result in disciplinary action.

## ARTICLE 11
## JURISDICTION

1. Employees shall not perform any work that properly comes under the jurisdiction of another craft.

2. The collection and compiling of statistics, or information concerning a competitor's business and activities shall not be considered a duty of Route Sales Drivers, nor shall they be compelled to gather and compile information concerning other industries.

3. Carry-over information will be entered into handhelds by the RSRs as required. Periodic counts for SBT accounts will be required to be completed accurately by RSRs.

## ARTICLE 12
## COMPANY MEETINGS

The Employer agrees to limit sales meetings to no more than twelve (12) per year, nor more than two (2) in any one (1) month. Meetings will not be held on any day when employees are not scheduled to work or continue for more than one (1) hour except by agreement with the Union. One (1) weeks' notice will be given in advance of the date selected (except in case of emergencies) and when possible, such meetings will be divided into groups for the convenience of employees who may check in at different hours.

## ARTICLE 13
## ALCOHOL AND DRUG TESTING POLICY

1. Purpose

The Employer and Union are concerned about the safety and welfare of all employees or members and their families. There is a major problem of drugs and alcohol abuse in our society and it is recognized that the issue must be addressed within that scope. The state of a member's physical and emotional health affects the safety of all employees and their job performance, and may affect opportunities for continued employment. Therefore, this policy will address these issues.

2. Company Responsibility

The Employer will strive to maintain a safe and secure environment for each employee. Counseling and guidance regarding benefits available to employees and their families will be provided. This policy will be consistently adhered to and administered. An Awareness Program, a fund of information to be made available to all employees, will be developed and maintained using the Bulletin Board, the Employer newspaper, the maintenance of a subject materials library in the personnel office, and scheduling of presentations by knowledgeable, authorized people. It is felt that knowledge and awareness by each employee as to the risks, dangers, and signs of drug and alcohol abuse will help make each employee and their family aware of the issue.

3. Standards of Conduct

Good attendance and arrival on time and consistent production levels, quality of work, and responsible behavior are standards of conduct that are expected of all employees. Deviation from these standards will be used to document suspected substance abuse.

4. Testing

Testing for illegal substance abuse will be done on all non-employee applicants who qualify for an open position.

Testing will be done on employees after drug/alcohol rehabilitation at the Company's discretion. Testing will be done on any employee if a supervisor, after consultation with the Personnel Manager and Union, believes such employee is under the influence of alcohol and/or illegal drugs. Also, random testing may be performed on all employees subject to DOT regulations. All testing will be done by an accredited laboratory at the Company's expense and upon prior written consent of the employee except that such consent will not be required for testing of the employees after such drug and/or alcohol rehabilitation.

Testing shall also be performed on all employees involved in an on-the-job or work-related accident. For purposes of this policy, "accident" shall be defined as an unplanned, unexpected and unintended event which occurs on Company-owned or Company-leased property; on

11

Company business, or during working hours; or which involves Company vehicles; and which results in any of the following:

(a) personal injury to the employee or others which requires medical attention;
(b) property damage reasonably believed to be in excess of $500; or
(c) the employee's receipt of a citation for a moving violation.

The Company may require employees to submit to such testing at any time within 24 hours following the time of the accident.

5. Compensation

Employees will not lose compensation for any drug or alcohol tests that are required during the employee's regularly scheduled hours. All employees will be paid $25.00 for any drug or alcohol tests required outside the employee's regular work hours. The Employer shall not be required to make any payments under this section if the employee tests positive for drugs or alcohol.

6. Disciplinary Action

If an employee's test results indicate alcohol and/or illegal drug use, the employee may be summarily discharged. However, employees subject to random testing under DOT regulations who admit substance abuse before being tested will be granted disability leave to seek authorized medical treatment. Furthermore, employees who are subject to post-accident testing and who are involved in accidents which do not involve personal injury and which result in property damage of less than $2,000.00 who admit substance abuse before the final test results will be granted disability leave to seek authorized medical treatment. All other employees subject to testing under this Article will be granted disability leave to seek authorized medical treatment only if he admits substance abuse before being selected for testing.

Employee shall be written up and given a last chance agreement.

Disability leave will be granted for drug and/or alcohol rehabilitation one time only and will be for a maximum of sixty (60) days unless extended by mutual agreement. If an employee completes such rehabilitation and subsequently tests positively for drug and/or alcohol use, the employee will be discharged.

Refusal of an employee to undergo testing for alcohol and/or illegal drugs will result in discharge. Refusal of a non-employee applicant who qualifies for an open position to undergo testing for alcohol and/or illegal drugs will eliminate them from consideration for employment.

Employees whose sample, indicates the use of an adulterant or the ingestion of compounds which have the purpose, or effect of making the detection of the illegal drug or alcohol use unreliable or impossible will constitute a presumption of impairment and the employee will be terminated, if the deception or fraud is indicated.

12

Any employee found possessing or using illegal drugs and/or alcohol, or purchasing or transferring illegal drugs on Company premises or while on Company business will be discharged.

## ARTICLE 14
## RESIGNATIONS AND DISMISSALS

1. When an employee quits, he shall give his employer notice, in writing, one (1) week in advance of the date of termination. Failure to provide such notice shall result in forfeiture of one (1) week's guaranteed minimum pay. This shall not apply to probationary employees.

2. The employer shall not discharge nor suspend any employee without just cause, but in respect to discharge or suspension, no member shall be discharged or taken out of service by the Employer except for dishonesty, being under the influence of intoxicating beverages, drugs, fighting, carrying unauthorized passengers, or insubordination without first being given a hearing by the Employer. At such hearing, an officer of the Local Union shall be present and if a decision has been reached, it shall be final and binding on both parties. When an employee is immediately taken out of service without a warning notice, the Employer and the Local Union will meet to determine the employee's future status. Any employee may request an investigation as to his discharge within seven (7) days and should such investigation prove that an injustice has been done an employee, he shall be reinstated with full back pay.

3. The Employer shall give the employee notice, in writing, one (1) week in advance or termination pay equal to one (1) week of the guaranteed minimum pay.

4. A Sales Driver shall not solicit, sell or deliver competitive products directly or indirectly in the territory, which he previously serviced within a period of six (6) months from date of termination. This section shall not be applied if the Employer ceases business.

5. The Employer agrees to abide by the principle of progressive discipline, except as set forth under Section 2, above. Such progressive disciplinary measures will generally consist of a verbal warning, a warning, and a suspension prior to discharge. However, where the degree of seriousness of the offense and/or the employee's past records warrant, as determined by the Employer, the Employer may deviate from such progressive steps and may repeat steps or may invoke the penalty of immediate discharge, where appropriate. In furtherance of this principle, the Employer will provide the Union with copies of all disciplinary notices and/or warnings, including documented verbal warnings.

6. Warning notices as herein provided shall remain in effect for a period of not more than ten (10) months from the date of said warning.

## ARTICLE 15
## ROUTE BIDDING – SENIORITY

1. Whenever a permanent vacancy occurs on a route, or a new route is established, all permanent employees in the sales department shall be eligible to bid for such routes on the basis of: (1)

13

seniority earned in the sales department; and (2) skill, ability and efficiency. Route vacated by bid shall be subject to bid. This shall be limited to the first route vacated by bid only.

2. Within one (1) week after such vacancies occur, written notice containing area location and sales averages shall be posted in the sales room. After the route is posted, no adjustments or route cuts will be made.

3. All bids shall be given in writing to the steward within three (3) working days after the notice has been posted and the steward shall then submit them to the Company. It is agreed that vacancies will be filled within two (2) weeks after notice is posted whenever possible.

4. Any eligible employee who is absent or on vacation while a route is open for bid shall be entitled to exercise an option to bid for said route if selected by an employee who has less seniority, provided the option is exercised within five (5) weeks after the route is posted.

5. Employees shall not be entitled to change routes by bidding more than once during any one (1) year period. All routes vacated by successful bidders may be filled in accordance with the terms of Article 1 of this Agreement.

6. An employee whose route has been eliminated shall replace the least senior route Sales Driver, provided his seniority prevails.

7. Whenever a permanent vacancy occurs on a Route Puller's trip or run, it shall be put up for bid and subject to Article 15.

8. If for any reason the successful bidder is not assigned the route within four (4) weeks of the closing date of the bid, he shall receive the commission of whichever is greater.

9. The following information shall be posted with all route bids:

   (1) Total route sales.
   (2) Number of stops.
   (3) Number of miles on route.
   (4) Starting and finishing time of route.
   (5) General location of route.

10. An employee shall not withdraw his bid on such routes after bid notice expires.

## Route Splitting

1. When a substantial amount of business is taken from a route, the Sales Driver affected shall have first (1st) choice as to which portion of the route he wishes to select.

2. When business is taken from a route a fair estimate shall be made of the net amount of sales taken from the route and the sales-driver affected shall be paid "guarantee" which shall be equal to the commission earnings on said amount of business. This "guarantee" shall be added to the weekly earnings of such Sales Driver for a period of twelve (12) weeks.

14

3. If a Sales Driver route is adjusted or consolidated in its entirety by distributing the business among other routes in any manner which would cause a reduction in his pay, the Sales Driver shall be guaranteed for sixteen (16) weeks against any reduction in his pay as compared with the pay which he would have received had such adjustment not been made. At the end of eight (8) weeks of said guaranteed period, the Employer shall review the situation in order to determine whether proper efforts to protect the earnings of the Sales Driver are being made by the Employer.

4. Prior to any route cuts or reapportioning of stops, the Employer shall advise the Union and the route sales-driver affected by the change of their intentions.

5. An employee whose route has been eliminated shall replace the least senior route sales driver or shall have the option of being the Extra Sales Driver, provided his seniority prevails.

## ARTICLE 16
## HOURS OF WORK

1. Five (5) days shall constitute the normal workweek for employees and such days need not be consecutive.

2. The maximum hours of work for sales employees shall be ten (10) hours per day, including lunch period. In addition, thereto, an additional hour shall be permitted as follows:

   a. To sales employees operating suburban routes, outside the metropolitan area.

   b. To city sales employees on Saturdays and the workday previous to a drop out day or a holiday.

   It is agreed that under no circumstances shall such employees work more than eleven (11) hours per day.

3. Route sales deliveries shall not be made before 2:00 AM or after 4:00 PM. The schedule of route working hours shall be consistent with the service hours of customers.

4. It shall be the duty of the Sales Driver to report to the Employer and Union Steward if his work cannot be completed with the maximum hours specified herein. The Employer shall adjust the routes within thirty (30) days of said report (unless such period is extended by mutual agreement) whenever such reports are proper and authentic.

5. No employee covered by this Agreement shall be required to make delivery on drop out days to grocery stores.

6. During a holiday week the Employer may schedule either four (4) or five (5) days of work including the normal drop out. In either case there shall be no reduction in rates of pay or weekly guarantees.

a. In holiday weeks, as specified in Article 6, it shall be the prerogative of Management to decide whether or not it wishes to operate four (4) or five (5) days during the holiday week.

b. It is understood should one of the six (6) holidays occur during an employee's vacation, the employee should be entitled to holiday pay.

7. When Sales Drivers or Route Pullers are absent from work one (1) or more days during the week, they shall be compensated for such partial week on the following basis: One-fifth ( 1/5th) of the applicable base pay for each day worked plus the applicable commissions rate on the net sales for days worked, or one-fifth (1/5th) of the weekly guarantee for each day worked, whichever is greater.

Extra Drivers working on a fixed weekly rate shall be paid one-fifth (1/5th) of such rate for each day worked. Hourly paid employees shall be paid for the total number of hours worked during the week.

The employer may schedule some or all route salespersons to work a 4-day work week, Monday through Saturday. Those employees scheduled to work 4 days would receive 4/5th of the base pay.

## ARTICLE 17
## ABSENCE FROM WORK

1. An employee, when absent due to bona fide illness or injury for less than three (3) months, shall be reinstated to his regular job. Longer periods not to exceed twelve (12) months shall be granted if the employee presents written medical verification to the Employer. If any such absence becomes indefinite, the Employer and Union may mutually agree on the employee's future status. Employees returning to work must be capable of performing the duties regularly or usually required on the job.

2. This section shall not apply where employees have taken other employment, engaged in business of any nature, or leave the area to seek other employment or work.

3. When employees are granted a leave of absence, the Employer shall provide them with written permission and a copy will be forwarded to the Union.

4. In the event of any employee enlisting or being drafted for military service, he shall retain his entire seniority with the Employers and shall be given his former job back upon his return, in line with the provisions of any applicable federal laws.

5. If an employee is granted a leave of absence the Employer shall collect from said employee, prior to leave of absence being effective, sufficient monies to pay the required contributions into the Health & Welfare Funds, Pension Fund and other benefit plans during the period of absence.

16

6. In the event that an employee's driver's license is suspended due to a medical condition, the Employer and the Local Union will meet to discuss the employee's job status. The employee may be granted a Leave of Absence not to exceed ninety (90) days, with the mutual agreement of the Employer and the Local Union. Such matters will be handled on a case-by-case basis and will not be precedent setting.

7. Employees are expected to report for work when scheduled. In the event an employee is sick and/or not able to work, they must CALL OFF (not text or message) to their immediate supervisor at least four (4) hours before their scheduled shift begins.

## ARTICLE 18
## SENIORITY

1. For purposes of this contract, seniority shall mean job classification seniority unless otherwise set forth in this contract. Job Classification seniority shall be the period of continuous employment in a classification with the Employer. Job classification seniority shall govern in all cases except as otherwise set forth in this contract. The Employers shall maintain separate job classification seniority lists except to the extent such is modified by local agreement. Seniority of any kind is not transferable between Employers. Job classification seniority is not transferable between bargaining units.

2. Seniority by classification shall govern in all cases of layoff and recall. Thus, employees last hired shall be laid off first, and in recalling after layoffs, employees shall be recalled in reverse order to that in which they were laid off.

3. Any employee who is laid off or transferred out of the bargaining unit shall retain accrued seniority but shall not accumulate seniority while the employee is out of the unit.

4. When an employee is recalled the Employer shall give written notice by registered mail forwarded to the employee's last known address, and shall hold the job available for a period of one (1) week from the date of notice. Employees recalled shall notify the Employer of their intention within three (3) days of date of notice. Employees recalled must be capable of performing the normal work.

5. An employee shall lose seniority for any of the following reasons:

   (1) Voluntary resignation or discharge for just charge.
   (2) Failure to comply with the provisions of Section 3 of this Article.
   (3) A layoff-period in excess of one (1) year.

6. Whenever employees are laid off the Employer shall give those involved at least three (3) days' notice in advance of the layoff.

17

## ARTICLE 19
## UNIFORMS & APPEARANCE

1. All employees must show up for work with a business appearance.

2. Uniforms must be clean.

3. Where the Employer and the employees each pay one-half (½) of the cost of uniforms, the Employer shall provide summer uniforms of up to five (5) shirts, three (3) trousers and three (3) pairs of shorts and winter uniforms of up to five (5) shirts, three (3) trousers, and one (1) lined Jacket. The Employer also shall provide proof of the cost of the uniforms upon request by the Union.

4. Facial hair will be allowed. It must be kept short, neat, and trimmed at all times.

## ARTICLE 20
## STEWARDS

1. The Union shall have the right to select and appoint Stewards from among the employees at the place or places of business of the Employer. The Employer shall not be required to assume any expense in connection with such activities.

2. The Stewards shall administratively serve the Membership and Union under this Agreement. Such services shall not interfere with the regular duties of the Stewards.

3. The Stewards, however, shall not have the right to call or cause to be called strikes or work stoppages of any kind whatsoever. The Stewards shall not have the right to make any substantive decisions under this Agreement affecting the Membership of the Union. All of which said decisions shall be and they hereby are vested in and shall remain with the duly, authorized and official Representatives of the Union.

## ARTICLE 21
## NON-DISCRIMINATION

1. No applicant or employee shall be discriminated against in hiring, promotions or continued employment because of race, color, age, religion, sex, national origin or disability. Determinations made to comply with the Americans with Disabilities Act of 1990 (ADA) will be handled on an individual, case-by-case basis and will be non-precedent setting.

2. When an employee is taking leave to which he is entitled under the provisions of the Family and Medical Leave Act (FMLA), he shall not be required by the Employer to substitute any paid leave earned under this Agreement for unpaid leave without his consent when the employee can show good cause.

18

## ARTICLE 22
## CONTACTING MEMBERS

The Business Representative of the Local shall be permitted to enter the Employer's premises, when necessary, to interview members of the Union, on Union business. He will not unduly interfere with the operation or progress of the work.

## ARTICLE 23
## SYMPATHETIC ACTION

1. It shall not be considered a violation of this Agreement for the Union to take sympathetic action if a legal strike exists between the Employer and any other craft in his employ. Forty-eight (48) hour prior notice, in writing, shall be given by the Union to the Employer whenever such action is contemplated.

2. It shall not be a violation of this Agreement, and it shall not be cause for discharge or disciplinary action in the event an employee refuses to enter upon any property involved in a lawful primary labor dispute, or refuses to go through or work behind any lawful primary picket line, including the lawful primary picket line of the Union party to this Agreement, and including lawful primary picket lines at the Employer's place or places of business.

## ARTICLE 24
## INDIVIDUAL CONTRACTS

1. The Employer agrees that he will not make any other verbal or written agreements with any of his employees which may conflict with this Agreement.

2. In the event that any Article or Section of this Agreement is held invalid or enforcement of compliance with which has been restrained, the parties hereto shall enter into immediate collective bargaining negotiations, upon the request of either party, for the purpose of arriving at a mutually satisfactory replacement for such Article or Section during the period of invalidity or restraint. If the parties hereto cannot agree on a mutually satisfactory replacement, then the issue shall be resolved in accordance with the Arbitration and Grievance procedure contained in this Agreement.

## ARTICLE 25
## JURY DUTY

When a permanent employee is called for Jury Duty, the Employer shall pay the difference between the amount received as jury pay and the amount he would otherwise have been entitled to if worked, for a period not to exceed three (3) weeks. The employee must notify the employer immediately upon receipt of such notice and must report for work on those days the court is not in session.

19

## ARTICLE 26
## BULLETIN BOARD

The Employer agrees to provide a bulletin board in a suitable place for Union information.

## ARTICLE 27
## SALE OR TRANSFERS

1. This Agreement shall be binding upon the Employer, its successors and assigns, upon his heirs, executors, administrators, personal representatives and assigns.

2. In the event the Employer sells, assigns or otherwise transfers the business of the Company, whether by sale of stock or assets or otherwise, during the term of this Agreement, the prospective purchaser shall, be informed of this Agreement and the sale made contingent upon his or its agreeing to accept or be bound by its terms in the event such purchaser continues the business.

## ARTICLE 28
## ROBBERY

The Employer agrees to reimburse employees for loss of Company funds and merchandise, and for personal money up to twenty dollars ($20.00), due to robbery, provided the proper police reports are filed.

## ARTICLE 29
## COMPLIANCE

There shall be no concerted failure to report to work, cessation or interruption of work, slowdown, strike, picketing or lockout during the term of this Agreement.

## ARTICLE 30
## METHOD OF DELIVERY

1. In the event that the Local Union receives a proposal for a new method of delivery or different commission payment from any Bakery under their jurisdiction, the Local Union agrees to notify all other Bakeries under their jurisdiction of the aforesaid proposal so that, if they desire, they will be able to make similar proposals to their employees.

2. The Employer agrees that the Local Union has fulfilled its obligation to the Employer when it carries out the obligations of aforesaid mentioned paragraph. Any of the above changes must be mutually agreed to between the Company and the Union.

3. Existing methods of delivery in effect presently shall remain the same. All other proposals shall remain the same. All other proposals shall be consistent with Article 2.

20

4. In the event either party violates any of the terms herein the other party shall have the right to terminate by giving sixty (60) days' notice to the party in violation.

5. Should the need arise to use a drop delivery system, the Union agrees to negotiate compensation at that time.

## ARTICLE 31
## COMPETITION

1. When it becomes necessary to protect existing private labels and bulk business or to regain such business from outside competition not covered by this Agreement, the Employer and the Union shall meet and discuss a solution to such problems. Any change in delivery or compensation must be mutually agreed to between the Company and the Union. The Union shall not unreasonably withhold their consent.

2. In the event either party violates any of the terms herein, the other party shall have the right to terminate Article 31 by giving sixty (60) days' notice to the party in violation.

## ARTICLE 32
## SEVERANCE PAY

1. It is agreed that each employee who is displaced from his employment by reason of the closing of the entire plant, branch or department thereof shall be compensated for such displacement provided he has been actively employed by the Employer for a period of at least three (3) years. An eligible employee's compensation for his displacement shall be on the basis of one-half (½) weeks normal pay for Sales Drivers or twenty (20) hours of pay at the prevailing straight time rate for the hourly paid employee classification for each full year of employment commencing with the fourth year thereof. Maximum severance pay shall be ten (10) weeks for Sales Drivers and 400 hours for hourly paid employees.

2. The above-described severance pay will not be paid to any employee who is offered equivalent employment with the Company within a seventy-five (75) mile radius, any employee who is eligible for a normal pension and any employee who voluntarily quits or is discharged for cause before they are separated from employment.

3. In the event an eligible employee wishes to remain on the plant seniority list for the purpose of possible recall, he may elect to defer acceptance of his severance pay for a period of twelve (12) months. At any time during such period, however, the employee may request such severance pay and his seniority shall terminate as of that date. If such employee has not been recalled by the end of such period, he shall be paid severance pay and his seniority shall terminate as of that date.

21

## ARTICLE 33
## LOADER

1. Effective upon ratification, the rate of pay for the Loader will be $17.00 per hour. $17.60 Upon ratification     3/17/2024 + .60                3/17/2025 + .60

## ARTICLE 34
## THRIFT STORES

Negotiate at time of hiring.

## ARTICLE 35
## PULL-UP WORK

The Employers will agree on a local basis to adopt understandings to provide the following options for pull-up work:

(a) Bargaining Unit Employees: Pull-up work shall be performed by bargaining unit employees and shall be offered to them on the basis of seniority. The Employer may require bargaining unit employees to perform such work based on inverse seniority, with the bottom 25% of the seniority roster rotating for purposes of performing such work on a mandatory basis. Employees performing such work shall be paid a flat rate of $80.00 per day for zero to five (0-5) hours of such work, and $120.00 per day for more than five (5), through eight (8) hours of work. Pull-up work shall include pull-ups and deliveries on drop days.

(b) Part-time Merchandisers: Pull-up work shall be performed by part-time merchandisers, who shall be paid an hourly rate of $6.75, with annual wage increases as provided under Article 33. Part-time merchandisers shall receive overtime pay for work performed in excess of eight (8) hours per day or forty (40) hours per week, but shall not be entitled to receive any other contract or fringe benefits, except to the extent that they may be eligible to have pension contributions made on their behalf pursuant to Article 4, Section 2. Such merchandisers will normally work less than twenty-four (24) hours per week.

(c) Supervisors: Pull-up work shall be performed by supervisors, consistent with the Employer's past practice.

## ARTICLE 36
## TRANSPORT DRIVERS

Negotiate at time of hiring.

22

## ARTICLE 37
## MISCELLANEOUS

### ROUTE SALES DRIVERS

1. No Sales Driver shall be required to pay for any returns brought back within established code.

2. If the employer determines to operate his routes on a six (6) day delivery basis by using route pullers, such route puller shall be paid at the pertaining weekly guarantee for Sales Drivers.

3. If the Employer determines to operate his routes on a five (5) day delivery basis, the drop day shall be determined by the Employer.

4. Special deliveries of restaurant products may be made outside the hours, but shall not be made by sales employees.

5. Upon ratification, Sales Drivers shall receive loading pay as follows when called upon to load their rail truck.

    March 18, 2023          $15.00 per day

6. No employee enjoying a wage or benefit above the terms and condition of this contract, will suffer any loss of any kind due to the signing of this agreement.

7. SIGNING BONUS
    a. $2000 paid in 2 installments
    b. Bonus paid to all RSRs and Shippers
    c. $1000 to be paid upon ratification
    d. $1000 to be paid with first check in January 2024
    e. Employee must be employed by the Schwebel Baking Company to receive bonus.

23

## ARTICLE 38
## DURATION

THIS AGREEMENT shall become effective on the 18th day of March 2023 and shall continue in full force and effect from the aforementioned date to and including the 18th day of March 2026, and this Agreement shall continue in full force and effect from year to year thereafter unless written notice of desire to cancel or terminate this Agreement is served by either party upon the other at least sixty (60) days prior to the aforementioned expiration date or at least sixty (60) days prior to the annual expiration date of any subsequent year thereafter.

FOR THE EMPLOYER
SCHWEBEL BAKING COMPANY

TEAMSTERS, CHAUFFEURS,
WAREHOUSEMEN AND HELPERS
UNION, LOCAL NO. 20

_____
James M. Behmer, VP Sales

_____
Mark Schmiehausen, President

_____
Scott Klingler, Business Representative

DATE: 9/9/23

DATE: 9-9-23

Date:   04/20/2023

Memorandum Of Understanding
Between
International Brotherhood of Teamsters, Local 20
and
Schwebel Baking Company
(Bakery Wholesale Drivers and Transport Drivers)

On April 11, 2023, the collective bargaining agreement between the above parties was ratified and legally enacted for the duration of the contract term as indicated in this 2023 agreement. Both parties above agree to the current terms and conditions set forth in the 2023 collective bargaining agreement between Teamsters Local 20 bargaining unit and Schwebel Baking Company. This includes the healthcare plan that was presented, voted on, and ratified in the 2023 collective bargaining agreement.

However, on a one-time, non-precedent setting basis, the parties mutually agree to re-open the 2023 collective bargaining agreement at the conclusion of the contract negotiations between Schwebel Baking Company and the Teamsters Ohio Combined Union(s), Teamsters 40, 52, 92, 284, 377 and local 957 that is set to expire on July 23, 2023 for the singular purpose of aligning healthcare packages for Toledo Local 20 to the terms agreed to between the Teamsters Ohio Combined union(s) and Schwebel Baking Company.

Any negotiations that may lead to a cost savings on health care insurance that is greater than the current ratified agreement contains will be enjoyed by the members of Teamster Local 20 that are employed by Schwebel Baking Company, Toledo, Ohio facility.

The following stipulations apply:
•      The contract will only be re-opened for the purpose of modifications to the current Healthcare packages. No other provisions or Articles as set forth in the 2023 agreement are covered by this Memorandum.
•      This will only apply to the upcoming 2023 contract renewal term between Schwebel Baking Company and the Teamsters Ohio Combined Union(s). Future contract negotiations are NOT subject to the terms and conditions of this letter.
•      The parties agree to modify the Healthcare agreement between Teamsters Local 20 and Schwebel Baking company pursuant to the terms agreed upon between the Schwebel Baking Company and Teamsters Ohio Combined 2023 collective bargaining Healthcare Agreement. The parties agree to review the final healthcare package between Schwebels-Teamsters Ohio combined and, if beneficial, will mutually agree to modifications to the Schwebels-Teamsters Local 20 current agreement.
•      Any modifications to the Schwebel Baking Company and Teamsters Local 20 agreement will be non retro-active at the time of change.


---------------------------------------------          ---------------------------------------------
Vice President of Sales Jim Behmer                        Business Agent, Scott Klingler
Schwebel Baking Company                                   Teamsters Local 20

25

Case: 4:26-cv-01532-JRA Doc #: 1-4 Filed: 07/06/26 28 of 28. PageID #: 80

## APPENDIX 1

| Benefits | CURRENT — Group 8 Network | CURRENT — Group 8 Non-Network | Post Ratification-remainder of 2023 — Group 8 Network | Post Ratification-remainder of 2023 — Group 8 Non-Network | YEAR 2-2024 — Group 8 Network | YEAR 2-2024 — Group 8 Non-Network | YEAR 3 fully transitioned-2025 — Group 8 Network | YEAR 3 — Group 8 Non-Network | *NEW Group 8 PPO ($2,500) (optional) Network | *NEW Group 8 PPO ($2,500) (optional) Non-Network | *NEW Group 8 HSA (optional) Network | *NEW Group 8 HSA (optional) Non-Network |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Waiting Period | 8 Weeks to the 1st of next month | | 8 Weeks to the 1st of next month | | 8 Weeks to the 1st of next month | | 8 Weeks to the 1st of next month | | 8 Weeks to the 1st of next month | | 8 Weeks to the 1st of next month | |
| Deductible (Single/Family) | $300/$600 | $300/$600 | $300/$600 | $300/$600 | $600/$1200 | $1000/$2000 | $1,000/$2,000 | $2,000/$4,000 | $2,500/$5,000 | $5,000/$10,000 | $3,000/$5,600 | $5,600/$11,200 |
| Out of Pocket Max. | $1,200/$2,400 | $1,200/$2,400 | $1,200/$2,400 | $1,200/$2,400 | $2,000/$4000 | $4,000/$8000 | $3,000/$6,000 | $6,000/$12,000 | $5,000/$10,000 | $10,000/$20,000 | $6,900/$13,800 | $13,800/$27,600 |
| Coinsurance | 90% | 80% | 90% | 80% | 90% | 80% | 90% | 80% | 80% | 60% | 100% | 50% |
| Office Visit Copay (PCP/SCP) | $30 copay | Ded; then 80% | $30 copay | Ded; then 80% | $30 copay | Ded; then 80% | $30 PCP/$30 SCP, then 90% no ded | Ded; then 80% | $30 PCP/$60 SCP, then 100% no ded | Ded; then 60% | Ded; then 100% | Ded; then 50% |
| Preventive | 90% | 80% | 90% | 80% | 90% | 80% | 100% | 80% | 100% | 80% | 100% | 50% |
| Emergency Room | Ded; then 90% | | Ded; then 90% | | Ded; then 90% | | $200 Copay; then 70% | | $200 Copay; then 70% | | Ded; then 100% | Ded; then 50% |
| Urgent Care | Ded; then 90% | | Ded; then 90% | | Ded; then 90% | | $75 Copay; then 90% | | $75 Copay; then 100% | | Ded; then 100% | Ded; then 50% |
| Prescription | Generic: $8 min. 15% copay; Brand Formulary: $10 min. 20% copay; Brand Non-Formulary: $25 min 25% copay; Mail Order: $8 min. 15% copay/ $15 min. 20% copay/ $45 min. 25% copay | | Generic: $8 min. 15% copay; Brand Formulary: $10 min. 20% copay; Brand Non-Formulary: $25 min 25% copay; Mail Order: $8 min. 15% copay/ $15 min. 20% copay/ $45 min. 25% copay | | Generic: $8 min. 15% copay; Brand Formulary: $10 min. 20% copay; Brand Non-Formulary: $25 min 25% copay; Mail Order: $8 min. 15% copay/ $15 min. 20% copay/ $45 min. 25% copay | | Generic: $5 min. 25% copay; Brand Formulary: $15 min. 25% copay; Brand Non-Formulary: $25 min 25% copay; Specialty: $100 min. or 25% copay; Mail Order: $10 20%/$25 20%/$60 20%/$100 25% | | Generic: $15 min. 25% copay; Brand Formulary: $25 min. 25% copay; Brand Non-Formulary: $30 min. 25% copay; Specialty: $200 min. or 25% copay; Mail Order: $30 20%/$50 20%/$60 20%/$200 25% | | Generic: $10 copay; Brand Formulary: $40 copay; Brand Non-Formulary: $70 copay; Specialty: 25% to $350 max Mail Order: | Ded; then 50% |

### Blue View Vision

| Benefits | Network | Non-Network | Network | Non-Network | Network | Non-Network | Network | Non-Network | Network | Non-Network | Network | Non-Network |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Exam | $10 copay | up to $35 | $10 copay | up to $35 | $10 copay | up to $35 | $25 copay | up to $42 | $25 copay | up to $42 | $25 copay | up to $42 |
| Lenses | | | | | | | | | | | | |
| Single | 100% | up to $30 | 100% | up to $30 | 100% | up to $30 | $25 copay | up to $40 | $25 copay | up to $40 | $25 copay | up to $40 |
| Bifocal | 100% | up to $40 | 100% | up to $40 | 100% | up to $40 | $25 copay | up to $60 | $25 copay | up to $60 | $25 copay | up to $60 |
| Trifocal | 100% | up to $55 | 100% | up to $55 | 100% | up to $55 | $25 copay | up to $80 | $25 copay | up to $80 | $25 copay | up to $80 |
| Frames | up to $100 (20% off balance) | up to $50 | up to $100 (20% off balance) | up to $50 | up to $100 (20% off balance) | up to $50 | up to $130 (20% off balance) | up to $45 | up to $130 (20% off balance) | up to $45 | up to $130 (20% off balance) | up to $45 |
| Contacts | | | | | | | | | | | | |
| Med. Necessary | 100% | up to $65 | 100% | up to $65 | 100% | up to $65 | 100% | up to $210 | 100% | up to $210 | 100% | up to $210 |
| Elective | up to $135 (15% off balance) | up to $65 | up to $135 (15% off balance) | up to $65 | up to $135 (15% off balance) | up to $65 | up to $130 (15% off balance) | up to $105 | up to $130 (15% off balance) | up to $105 | up to $130 (15% off balance) | up to $105 |
| Frequency (Exam/Lenses/Frames) | 12/12/12 | | 12/12/12 | | 12/12/12 | | 12/12/24 | | 12/12/24 | | 12/12/24 | |

### Dental

| Benefits | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Annual Deductible: $0 $25,000 EE | | Annual Deductible: $0 $25,000 EE | | Annual Deductible: $0 $25,000 EE | | Annual Deductible: $0/$0 $25,000 EE | | Annual Deductible: $0/$0 $25,000 EE | | Annual Deductible: $0/$0 $25,000 EE | |
| Life Insurance | $2,000 spc/$1,500 child | | $2,000 spc/$1,500 child | | $2,000 spc/$1,500 child | | $2,000 spc/$1,500 child | | $2,000 spc/$1,500 child | | $2,000 spc/$1,500 child | |
| STD | 66.67% up to $250 weekly max | | 66.67% up to $250 weekly max | | 66.67% up to $250 weekly max | | 66.67% up to $250 weekly max | | 66.67% up to $250 weekly max | | 66.67% up to $250 weekly max | |
| LTD | No | | No | | No | | No | | No | | No | |
| EE Weekly Contribution | $12.00 Single/$32.00 Family (Spousal Waiver) | | $22.00 Single/$42.00 Family (Spousal Waiver) | | $27.00 Single/$62.50 Family (Spousal Waiver) | | $49.50 Single/$135.50 Family; Wellness Premium: $32.00 Single/$83.00 Family/$115.50 One (Spousal Waiver) | | $34.00 Single/$96.00 Family; Wellness Premium: $19.50 Single/$52.50 Family/$74.00 One (Spousal Waiver) | | $30.00 Single/$88.50 Family; Wellness Premium: $11.00 Single/$31.00 Family/$60.50 One (Spousal Waiver) | |

26