Exhibit C

# Agreement Between

# Teamsters Local 637



# And

# Schwebel Baking Company

# January 9, 2024 through January 9, 2027

Article 1  Employment and Union Membership                          Page 1

Article 2 Wages                                                     Page 2

Article 3 Vacations                                                 Page 3

Article 4 Medical and related benefits                             Page 4

Article 5 Retirement benefits                                       Page 5

Article 6 Funeral Leave                                             Page 6

Article 7 Holiday Premium                                           Page 6

Article 8 Company Equipment and accidents                          Page 6

Article 9 Arbitration and grievance                                Page 7

Article 10 Alcohol and drug testing                                Page 8

Article 11 Resignations and dismissals                             Page 9

Article 12 Route bidding                                            Page 10

Article 13 Work week                                               Page 10

Article 14 Absence from work                                       Page 11

Article 15 Seniority                                               Page 11

Article 16 Uniforms                                                Page 12

Article 17 Stewards                                                Page 12

Article 18 Non discrimination                                      Page 12

Article 19 Contacting members                                      Page 13

Article 20 Individual contracts                                    Page 13

Article 21 Jury duty                                               Page 13

Article 22 Bulletin board                                          Page 13

Article 23 Robbery                                                 Page 13

Article 24 No strike                                               Page 13

Article 25 Competition                                             Page 14

Article 26 Management rights                                       Page 14

Article 27 Jurisdiction                                            Page 14

Article 28 Sympathetic action                                      Page 14

Article 29 Sale or transfers                                      Page 14

Article 30 Reopener                                              Page 15

Article 31 Credit union                                          Page 15

Article 32 Safety Meetings                                       Page 16

Article 33 Severance                                            Page 16

Article 34 Duration                                             Page 17

Appendix A Pay chart

# AGREEMENT

This Agreement, made and entered into on the date hereinafter set forth but effective as of the 7th day of January, 2024 by and between **Schwebel Baking Company,** located in Hebron, Ohio, said Company being hereinafter referred to as the "Employer" and **Teamsters Local Union No. 637, affiliated with the International Brotherhood of Teamsters,** hereinafter referred to as the "Union".

WITNESSETH:  This Agreement as to wages, hours and working conditions is entered into and shall be binding on the parties hereto from January 7th, 2024 until terminated as hereinafter provided.

## ARTICLE 1. EMPLOYMENT AND UNION MEMBERSHIP

1.  The Employer recognizes the Union as the sole and exclusive collective bargaining agent of all employees working in the classifications set forth in this Agreement at the Hebron, Ohio bakery.

2.  It shall be a condition of employment that all such employees who are members of the Union on the effective date of this Agreement shall remain in good standing and those who are not members shall become and remain members on the thirty-first (31st) day following the effective date of this Agreement. All such employees hired on and after its effective date shall become and remain members on the thirty-first (31st) day following the beginning of their employment.

3.  The Employer agrees to give equal consideration to Union members when hiring new employees.

4.  New employees shall be considered as probationary employees for a period of ninety (90) calendar days and during this period the Employer may transfer, lay off or discharge said employee without notice or termination pay. At the completion of the probation period, employees shall be placed on the regular seniority roster, and seniority shall date from the first (1st) day of hire. The Employer agrees to provide the Union with the name and hiring date of all new employees.

5.  Upon the receipt of a duly executed authorization assignment, the Employer agrees to deduct from the pay of all employees the established monthly dues, initiation fees and uniformly levied legal assessments of the Union.  It is further agreed that the Employer shall remit deductions to the Union prior to the end of the month for which such deduction is made.

6.  Expenses of physical examination of employees required as a condition of employment or any annual physical required by law shall be paid by the Employer. Physician shall be selected by Employer.

7.  In accordance with individual signed authorizations, the Employer shall deduct once each year from the employees' earnings five dollars ($5.00) and remit the amount so deducted to the Ohio D.R.I.V.E. (Democratic, Republican, Independent Voter Education).

The Employer agrees to deduct from the paycheck of all employees covered in this Agreement voluntary contributions to D.R.I.V.E.  D.R.I.V.E. shall notify the Employer the

1

amounts designated by each contributing employee that are to be deducted from his/her paycheck on a weekly basis for all weeks worked. The phrase "weeks worked" excludes any week other than a week in which the employee earned a wage. The Employer shall transmit to D.R.I.V.E. National Headquarters on a monthly basis, in one check, the total amount deducted from the employee's paycheck, along with the name of each employee on whose behalf of a deduction is made. The International Brotherhood of Teamsters shall reimburse the Employer annually for the Employer's actual costs for the expenses incurred in administering the weekly payroll deduction plan.

8. Temporary drivers, who are not covered under the terms of this Agreement, shall not be used to prevent Transport Drivers from working a normal workweek or to avoid hiring a regular, full-time Transport driver when the need for such an additional, regular Transport driver has been established over an extended period as reasonably determined by the Employer. Furthermore, if a temporary driver is employed on a full-time basis for fifteen (15) or more consecutive weeks, the Employer will hire an additional Transport Driver under the terms of this Agreement, provided that the need for such driver is expected to continue. The Employer also agrees that when hiring they will hire from the Schwebel casual list until the list is exhausted.

## ARTICLE 2. WAGES

Transport Drivers shall be paid at the following rates: See Appendix A.

At any time, the Permanent Bid Run List may include up to twenty-five (25) permanent runs. The Employer and Union, represented by the appointed Union Steward, can add runs to the permanent list only if the run qualifies as a permanent run. To qualify as a permanent run, the run must be on the bid board at least once a week for twenty-six (26) weeks.

If a stop is added to a permanent run causing it to be an occasional run the driver will receive the higher rate of pay of either the permanent run rate or the occasional run rate.

For any new runs that are established, or for existing runs that are occasional, the pay shall be comparable to the present runs listed in the contract, taking into consideration time, distance, and conditions.

If there is a call-off by a driver who has a bid run for that day, the run will be offered to the next available driver by seniority. The employees will have 30 minutes to select their run, if the open run is not selected by the next senior driver, then the selection process will continue through the full-time Transport drivers. If the open run is selected by a full-time driver, then his/her run is assigned by the Employer. The call off has to be reported before the three (3) hour report off period.

Over-the-road work that is on a bulk truck shall be offered to the route relief/yard man prior to being offered to a casual employee.

Upon Ratification of contract Yard work and Delay Time:

| | |
|---|---|
| January 7, 2025 | $20.00 |
| January 7, 2026 | $21.00 |
| January 7, 2027 | $22.00 |

2

## ARTICLE 3. VACATIONS

1.  All employees who qualify shall be entitled to a vacation with full pay during each year this Agreement remains in effect.  The basis for qualification and the amount of yearly vacation given shall be as follows:

Upon completion of one (1) year of continuous employment.....................................One (1) Week

Upon completion of two (2) years of continuous employment................................... Two (2) Weeks

Upon completion of five (5) years of continuous employment.................................. Three (3) Weeks

Upon completion of ten (10) years of continuous employment................................. Four (4) Weeks

Upon completion of fifteen (15) years of continuous employment............................. Five (5) Weeks

Upon completion of twenty (20) years of continuous employment ............................Six (6) Weeks

2.  Choice as to time of vacation shall be given by seniority. The Employer shall reasonably determine the vacation periods available (including, for example, even distribution of all vacation time throughout the calendar year) and the number of employees in each department and classification who can be on vacation at any one time, provided that not less than one (1) employee in each classification will be allowed to be on vacation at any one time. The Employer may designate up to five (5) weeks in each year when no employees will be allowed to be off. Vacation time must be taken each year and may not be accumulated or postponed from one vacation year to another.

3.  All employees shall have the right to split one (1) week of vacation into five (5) individual days.  These vacation days can be used individually or in groups and shall be scheduled at least one (1) week in advance on a date or dates mutually agreeable to the Employer and the employee.  Any employee who splits any vacation into individual or groups of days can pick those days by seniority by February 15th each year to secure the dates. After February 15th, single days or group of days will be on a first come basis. Employees who split a week of vacation but do not use these individual vacation days shall be compensated for unused days at the end of the calendar year. Days of vacation provided under this paragraph shall be paid at one-fifth (1/5) of the employees' normal week's pay.

4.  The vacation pay shall be based upon the average earnings by the employee during the preceding calendar year, or the twelve (12) months prior to the qualification date if an employee was not employed during the entire preceding calendar year. Weeks in which an employee received less than a full week's wage shall be excluded from the computation of the average amount payable. The employee's full-time seniority date shall be used to calculate vacation eligibility.

5.  Any employee who is either dismissed by the Employer or who terminates his or her employment of his or her own volition shall be paid such amount as due for vacation earned but not yet received, computed to the date of separation.  If an employee is separated or quits before his first anniversary, he shall not receive any pro-rata vacation pay. If an employee is separated or quits after his first anniversary, he shall receive 1/12th of his earned vacation pay for each full month worked since his last anniversary.

3

6. The Employer shall post a vacation schedule on the Employer Bulletin Board, on or about December 1st for the following year, and shall forward a written copy of the vacation selections to the Union office by mail on or about January 1st of each year. The vacation selection shall contain the following: the member's name, date of hire, length of vacation, starting date and ending date of vacation.

7. Employees who are temporarily absent due to illness or injury shall not be charged with an interruption of employment. If such absence exceeds six (6) months, however, the employee shall accumulate credit only for the number of months worked during the twelve (12) month qualification period.

8. For employees who are temporarily absent during the year due to layoff, vacations shall be pro-rated on a monthly basis for each full month of absence.

9. Employees shall be paid their vacation pay in the payroll preceding the weeks in which the vacation is to be taken.

10. Employees who return from military service shall receive credit for all continuous employment during the qualification period based on the seniority regulations specified in applicable federal laws.

## ARTICLE 4. MEDICAL AND RELATED BENEFITS

The agreed to health care benefits are attached as Appendix B to this Agreement. As agreed with Local 637, the Company will replicate the healthcare and wellness plans of Local 377 (Group 5). If the IRS requires changes, the deductible amounts in the HSA (Health Savings Account) plan may change to comply.

The Employer will maintain the current level of medical benefits plan for all regular full-time employees, except as modified by Appendix B, beginning at the completion of ninety (90) days of service. The agreed to health care benefits is attached as Appendix B to this Agreement. The Employer agrees that during the term of this Agreement, it shall notify the Union of its desire to make any changes to the Employer Medical Benefits Plan, and further agrees to meet and to discuss these changes with the Union prior to their implementation.

In the event an employee is off work due to a non-occupational injury or illness, the Employer will continue to pay the required premium to maintain the current level of benefits for a period of twenty-six (26) weeks from the date of injury or illness. The employee will be responsible for the payroll deduction portion of the premium while off work.

In the event an employee is off work due to an occupational injury or illness, the Employer will continue to pay the required premium to maintain the current level of benefits for a period of twenty-six (26) weeks from the date of injury or illness. The employee will be responsible for the payroll deduction of the premium while off work.

An employee, when absent due to a bona fide illness or injury for less than three (3) months, shall be reinstated to their regular job. Longer periods shall be granted if the employee presents written medical verification to the employer. If any such absence becomes indefinite, the Employer and Union may mutually agree on the employee's future status. Employees returning to work must be capable of performing the duties regularly or usually required on the

job. Seniority shall be continued for a maximum of 12 months for any absence due to non-work related injury or illness.

The company will continue to make contributions to employee's HSA accounts in the amount of $750.00 for family, $300.00 for those enrolled in that plan.

Effective January 9th 2024 weekly employee contributions for healthcare will begin as outlined in Appendix B for the term of the contract.

## ARTICLE 5. RETIREMENT BENEFITS

The Employer agrees to maintain a Section 401(k) plan for the benefit of the employees covered by this Agreement, now called "The Schwebel Baking Company Profit Sharing Thrift Plan". All aspects of the operation of that plan shall be as provided in the plan document, provided that the Employer shall make contributions to the plan on behalf of each eligible employee covered by this Agreement on the following basis: The Employer will make contributions equal to three percent (3%) of eligible earnings; in addition, the Employer will make matching contributions equal to 50% of any contributions made by the employee up to six percent (6%) of eligible earnings. In that manner, the Employer contributions will be a maximum of 6% of each employee's eligible earnings (3% in direct contributions plus 3% in matching contributions). The Employer agrees that during the term of this Agreement, it shall notify the Union of its desire to make any changes to "The Schwebel Baking Co. Profit Sharing Thrift Plan" and further agrees to meet and to discuss these changes with the Union prior to their implementation.

Effective January 1, 2022 the vesting schedule will be changes as follows:

| Less than 2 years | 33% |
| 2 years | 67% |
| 3 years | 100% |

As soon as possible after ratification, the Company will enhance the Schwebel Baking Company 401K Plan to provide the following:

a. The January 1 and July 1 enrollment dates will be eliminated and the employees will be enrolled on the first day of the month following eligibility.
b. Employee contribution changes are permitted at any time during the year and will be made as soon as possible after Human Resources in Youngstown receives written notice of change on forms provided by the Company.
c. New employees will automatically be enrolled in the Schwebel Baking Company 401K Plan upon meeting eligibility requirements. Employees will automatically be enrolled at a 3% employee contribution and all funds contributed by the employee and the Company will be invested in the wage appropriate Goal Maker moderate portfolio. The employee will be provided an opportunity to opt out of the automatic enrollment approximately 30 days prior to his eligibility date. If the employee allows the automatic enrollment, he may change his contribution percentage and his investment choices at any time.
d. On January 1 each year, employees contributing less than 6% of their earnings will automatically have their contributions increased by 1%. The employee will be

5

provided an opportunity to opt out of the automatic increase approximately 30 days prior to January 1.

## ARTICLE 6. FUNERAL LEAVE

In the event of a death in the employee's immediate family, i.e., father, mother, step-parents, brother, sister, child, stepchild, spouse, mother-in-law, father-in-law, grandparents, grandchild it is recognized that three (3) consecutive working days shall be granted to the employee to attend the funeral services or celebration of life. The employee shall suffer no loss in pay. The day's pay shall be, in the case of Transport Drivers, their normal day's pay.

## ARTICLE 7. HOLIDAY PREMIUM

1. All employees shall be paid two-fifths (2/5) of normal week's pay at their regular wage rate during each of the following holidays, if employee works any holiday listed below, the will be paid two-fifths (2/5) of a normal weeks pay.

| | |
|---|---|
| New Year's Day | Thanksgiving Day |
| Memorial Day | Christmas Day |
| Fourth of July | Two (2) days for Employee's Birthday |
| Labor Day | Roving Holiday |

For employees who are scheduled to work on a holiday, the Employer shall provide one (1) weeks' advance notice of the employee's day off during that week.

2. In order to be eligible for holiday pay as provided in this Article, the employee must work the scheduled day before the holiday, the holiday if scheduled, and the scheduled day after the holiday. Furthermore, the employee must have completed at least thirty (30) days as an employee of the Employer to be eligible for holiday pay.

3. If a holiday falls during an employee's vacation period, he shall be entitled to receive two-fifth (2/5) normal week's pay at his regular wage rate in addition to his vacation pay.

4. Newly hired employees must work one (1) year to be eligible for the Birthday Holiday. The Birthday Holiday must be scheduled during the period six (6) weeks before or six (6) weeks after the employee's birthday. The Birthday Holiday and the Roving Holiday must be scheduled by mutual agreement between the employee and the Employer.

5. For the purposes of this Agreement, a "normal day's pay" or "one-fifth normal week's pay" for the Transport Drivers shall be computed by taking the average pay for one day of the two pay period (other than vacation weeks) preceding the week in which the holiday falls.

6. The two (2) birthday holidays must run concurrent within a six (6) week period of birthday.

## ARTICLE 8. COMPANY EQUIPMENT AND ACCIDENTS

1. The employee shall not be fined by the Employer or required to pay damages because of accidents. Each employee must be capable of operating his vehicle in a safe

6

manner and in the event of a bad accident record, proof of uninsurability, or gross neglect may be subject to discipline or dismissal.

2.  The vehicles shall be maintained in a safe mechanical condition in compliance with all laws and ordinances governing the operation of such vehicles and shall be equipped with heaters and defrosters in proper working condition.

3.  Transport Drivers will not be required to change tires.

4.  Driver employees shall not be held responsible for credit accounts which have been authorized by the Employer. If employees continue to extend credit to any customer after notified to discontinue same they then shall be responsible for such credit granted.

## ARTICLE 9. ARBITRATION AND GRIEVANCE

1.  Should any matter of difference or grievance arise with respect to the meaning or application of any provision of this Agreement, such matters shall be settled and determined in accordance with the following procedure.

2.  The employee with the grievance shall first take it up with his Employer within five (5) days from the knowledge occurrence upon which grievance is based. Should no settlement be agreed upon, he shall then reduce his grievance to writing and take it to his steward. The steward shall then meet with the Employer and the employee involved. If no settlement is reached within five (5) days after the date it is presented to the Employer, then the steward shall call the Business Agent of the Union and the Business Agent will then meet with the involved people outlined above. By presenting the grievance, the employee grants to the Union complete authority to present, negotiate, and bargain regarding this grievance and agrees to be bound by such disposition of the grievance as may be made or agreed to by the Union or its delegated representative. The employee may be present at any and all steps of the grievance procedure.

3.  If the matter is not settled pursuant to the above paragraphs, within three (3) days after it shall have been presented to the Business Agent of the Local Union, then within not more than ten (10) days thereafter, the matter shall be submitted to arbitration by a single arbitrator selected by mutual agreement between the Employer and the Union.

4.  If the Employer and the Union shall be unable to agree upon such arbitrator, the Union or the Employer may request the Federal Mediation and Conciliation Service to submit a panel of arbitrators and the impartial arbitrator shall then be selected in accordance with FMCS rules. The compensation and expense of such arbitrator shall be paid by the Employer and the Union in equal shares. All other expenses of such arbitration shall be paid by the party incurring the same.

5.  Any arbitrator shall not be empowered in any way to change, modify, add to or subtract from provisions of this Agreement. Any settlement arrived at in accordance with the provisions of the above paragraph, or the decision of the arbitrator made pursuant to the provisions of the above paragraphs, shall be final and binding upon all parties to such matter.

6. No aggrieved party shall have any right to invoke the grievance procedure provided above, or the arbitration procedure provided above, nor shall any grievance or difference be valid unless the matter of such grievance or difference shall have been presented as provided above.

7

7.  The grievance and arbitration procedure hereinbefore provided shall also be available to the Employer in processing any Employer grievances.

## ARTICLE 10. ALCOHOL AND DRUG TESTING POLICY

### 1.  Purpose

The Employer and Union are concerned about the safety and welfare of all employees or members and their families. There is a major problem of drugs and alcohol abuse in our society, and it is recognized that the issue must be addressed within that scope. Even with recent Ohio rulings to legalize marijuana, our business as a manufacturing and distribution company requires us to protect our employees and therefore, we will still follow this policy.  The state of a member's physical and emotional health affects the safety of all employees, motorists, and pedestrians therefore substance abuse issues may impact a Transport employee's job performance and continued employment.

### 2.  Employer Responsibility

The Employer and Union are concerned about the safety and welfare of all employees or members and their families. There is a major problem of drugs and alcohol abuse in our society, and it is recognized that the issue must be addressed within that scope. Even with recent Ohio rulings to legalize marijuana, our business as a manufacturing and distribution company requires us to protect our employees and therefore, we will still follow this policy.  The state of a member's physical and emotional health affects the safety of all employees, motorists, and pedestrians therefore substance abuse issues may impact a Transport employee's job performance and continued employment.

### 3.  Testing

All testing will be conducted by an accredited laboratory as selected by the Employer. Transport employees will not lose compensation for tests that are required during the employees' regularly scheduled hours.  If a Transport employee's test is outside their regularly scheduled hours, they will receive two (2) hours of Delay Pay.  Testing for federally illegal substances will be done for all non-employee applicants who qualify for an open position.  For any reference to illegal drugs below the intention is the federal definition of illegal drugs.

a.  **Pre-employment testing** for alcohol and federally illegal drugs will be done for all Transport applicants who are qualified for an open position with the Company pursuant to the applicant's prior written consent to test.
b.  **Reasonable suspicion testing** for alcohol, marijuana or other federally illegal drugs may be required of a Transport employee if they display unusual or unsafe behavior, or if they display symptoms of intoxication such as slurred speech, bloodshot eyes, profuse sweating, loss of balance, emotional outbursts, a sudden change in demeanor or temperament, unauthorized sleeping on the job or other suspicious behavior.
c.  **Post accident testing** is required for all Transport employees involved in accidents that cause property damage, personal injury (including workers' compensation injuries), accidents that result in a citation being issued, or in cases where estimated damage caused by the accident exceeds $100.00.  Post accident testing must be performed within 12 hours of the accident in question.  Transport employees who purposefully delay notifying

8

management of their involvement in an accident or purposefully delay taking their post-accident test will be considered to have tested positive.

d. **Random testing** will also be required for all Transport employees subject to DOT regulations.  Transport employees subject to random testing under DOT regulations who admit to substance abuse before being tested will be placed on a one-time leave of absence not to exceed sixty (60) days, in order to complete a rehabilitation program provided and as directed by the providers of the Company's Employee Assistance Program.

### 4.  Disciplinary Action

If an employee's test results indicate alcohol and/or illegal drug use, the employee may be summarily discharged. However, per Federal Motor Carrier Safety Act (FMCSA) regulations, the Company will provide information for a Substance Abuse Professional (SAP).

Refusal of an employee to undergo testing for alcohol and/or illegal drugs will result in discharge. Refusal of a non-employee applicant who qualifies for an open position to undergo testing for alcohol and/or illegal drugs will eliminate them from consideration for employment.

Any employee found possessing selling or using illegal drugs and/or alcohol, or purchasing or transferring illegal drugs, or alcohol on Employer premises or while on Employer business will be discharged.

Employees whose samples indicate the use of an adulterant or the ingestion of compounds, which have the purpose, or effect of making the detection of illegal drug or alcohol use unreliable or impossible will constitute a presumption of impairment and the employee will be terminated, if deception or fraud is indicated.

### ARTICLE 11. RESIGNATIONS AND DISMISSALS

1.  When an employee quits he / she shall give the employer notice in writing one (1) week in advance of the date of termination. Failure to provide such notice shall result in forfeiture of one (1) week's guaranteed minimum pay. This shall not apply to probationary employees.

2. The Employer shall not discharge nor suspend any employee without just cause, but in respect to discharge or suspension, no member shall be discharged or taken out of service by the Employer except for dishonesty, being under the influence of intoxicating beverages, drugs or fighting, uninsurability, gross insubordination, carrying a weapon while on duty or on Company premises, or carrying unauthorized passengers, without first being given a hearing by the Employer. At such hearing, an officer of the Local Union shall be present and if a decision has been reached, it shall be final and binding on both parties. When an employee is immediately taken out of service without a warning notice, the Employer and the Local Union will meet to determine the employee's future status. Any employee may request an investigation as to his discharge within seven (7) days and should such investigation prove that an injustice has been done an employee, he shall be reinstated with full back pay.

3.  The Employer agrees to abide by the principle of progressive discipline for offenses that do not warrant immediate discharge. Depending on the severity of the offense, such progressive disciplinary measures will generally consist of a verbal warning, a written warning, and a suspension prior to discharge. However, where the degree of seriousness of the offense and/or the employee's past records warrants, as determined by the Employer, the Employer

9

may deviate from such progressive steps and may repeat steps or may invoke the penalty of immediate discharge, where appropriate. In furtherance of this principle, the Employer will provide the Union with copies of all disciplinary notices and/or warnings, including documented verbal warnings.

4. The Employer shall give the employee notice in writing one (1) week in advance or termination pay equal to one (1) week of the guaranteed minimum pay.

5. Warning notices as herein provided shall remain in effect for a period of not more than twelve (12) months from the date of said warning. Appropriate consideration will be given to older notices which tend to establish a pattern of misconduct, or which relate to the safety of co-workers or the general public (such as warnings related to driving record, consumption of alcohol or drugs, or sexual harassment).

## ARTICLE 12. ROUTE BIDDING – SENIORITY

1. All loads will be awarded by seniority.  The company will determine if bids will be daily, weekly or for a longer period of time. Doubles may be bid separately but will be awarded by seniority.

2. The lowest seniority driver that requested a double run but was not awarded a double due to seniority will run any uncovered load. If all drivers that requested a double were awarded one, then the lowest senior driver with hours available to cover the load will cover the load.

3. In the event of a layoff, the Company will lay the least senior employee off. Eligibility for voluntary layoffs will be determined by seniority.

All requests for voluntary layoffs must be given at the time of each layoff with the number of weeks requested.

Anyone taking voluntary layoff, will be off a minimum of two (2) weeks. Unless the layoff period is less than (2) two weeks

The employer shall not refuse unemployment compensation when on voluntary or involuntary layoff.

Recall of those on layoff shall be in seniority order.

## ARTICLE 13. WORK WEEK

Five (5) days shall constitute a work week for employees and such days need not be consecutive. At the Company's discretion, the work week for holiday weeks may be four (4) days. Transport Drivers who work four (4) or five (5) days in a holiday week shall be paid their wages earned plus the holiday premium provided in Article 7.

If the company mandates employees to work on an employees planned scheduled day off, the company is willing to work with the employee on a replacement day off if one is available This day cannot limit the company from ensuring all runs are covered for that day or week.

10

Good attendance and arrival on time and consistent production levels, quality of work, and responsible behavior are standards of conduct that are expected of all employees. Deviation from these standards will be addressed through the proper progressive discipline process.

## ARTICLE 14. ABSENCE FROM WORK

1. Any employee who is ill or injured shall be granted sick leave automatically for the duration of the illness or injury not to exceed one (1) year, provided that the employee must provide certification of his or her inability to work each thirty (30) days for the duration of such sick leave. This section shall not apply where employees have taken other employment, engaged in business of any nature, or leave the area to seek other employment or work.

2. Employees who are required by the Employer to take a physical examination shall do so with a doctor selected by and paid for by the Employer.

3. Employees with temporary medical restrictions may be temporarily assigned to modified duty positions consistent with their medical restrictions, without regard to the seniority provisions of this Agreement, until such time as the employee's medical restrictions have been eliminated.

4. When employees are granted a leave of absence, the Employer shall provide them with written permission and a copy forwarded to the Union.

5. In the event of any employee enlisting or being drafted for military service, he shall retain his entire seniority with the Employer and shall be given his former job back upon his return, in line with the provisions of any applicable federal laws.

6. In the event that an employee's drivers' license is suspended, the Employer and the Local Union will meet to discuss the employee's job status. The employee may be granted a Leave of Absence not to exceed ninety (90) days, with the mutual agreement of the Employer and the Local Union. Such matters will be handled on a case-by-case basis and will not be precedent setting.

7. All drivers will provide the company with a minimum of three (3) hour call off notice prior to the scheduled departure times for OTR runs and delivery runs except in the case of an emergency.

8. When an employee is taking leave to which he is entitled under the provisions of the Family and Medical Leave Act (FMLA), he shall not be required by the Employer to substitute any paid leave earned under this Agreement for unpaid leave without his consent when the employee can show good cause.

## ARTICLE 15. SENIORITY

1. For purposes of this contract, seniority shall mean job classification seniority unless otherwise set forth in this contract. Job Classification seniority shall be the period of continuous employment in a classification with the Employer. The Employer shall maintain separate job classification seniority lists.

2. Casual drivers do not accrue Company seniority. The first day of full-time employment becomes their seniority date.

11

3. Seniority by classification shall govern in all cases of layoff and recall. Thus, employees last hired shall be laid off first, and in recalling after layoffs, employees shall be recalled in reverse order to that in which they were laid off.

4. Any employee who is laid off or transferred out of the bargaining unit shall retain accrued seniority but shall not accumulate seniority while the employee is out of the unit.

5. When an employee is recalled the Employer shall give written notice by registered mail forwarded to the employee's last known address and shall hold the job available for a period of one (1) week from the date of notice. Employees recalled shall notify the Employer of their intention within three (3) days of date of notice. Employees recalled must be capable of performing the normal work.

6. An employee shall be removed from the seniority list for any of the following reasons:

    (1) voluntary resignation or discharge for just cause;
    (2) failure to comply with the provisions of Section 3 of this Article;
    (3) a layoff period in excess of one (1) year; or
    (4) leave of absence in excess of one (1) year.

7. Whenever employees are laid off the Employer shall give those involved at least three (3) days' written notice in advance of the layoff.

## ARTICLE 16. UNIFORMS

The current practice of providing five (5) shirts and a jacket at no cost to employees shall be maintained.

## ARTICLE 17. STEWARDS

1. The Union shall have the right to select and appoint Stewards from among the employees at the place or places of business of the Employer. The Employer shall not be required to assume any expense in connection with such activities.

2. The Stewards shall administeratively serve the membership and the Union under this Agreement. Such services shall not interfere with the regular duties of the Stewards.

3. The Stewards, however, shall not have the right to call or cause to be called strikes or work stoppages of any kind whatsoever. The Stewards shall not have the right to make any substantive decisions under this Agreement affecting the membership of the Union. All of which said decisions shall be and they hereby are vested in and shall remain with the duly authorized and official Representatives of the Union.

## ARTICLE 18. NON-DISCRIMINATION

1. No applicant or employee shall be discriminated against in hiring, promotions, or continued employment because of race, color, religion, sex, national origin, disability or other protected characteristic. Determinations made to comply with the Americans with Disabilities Act of 1990 (ADA) will be handled on an individual, case-by-case basis and will be non-precedent setting.

12

2. When an employee is taking leave to which he is entitled to under the provisions of the Family and Medical Leave Act (FMLA), he or she shall use ½ of paid leave to run concurrent with the FMLA leave.

## ARTICLE 19. CONTACTING MEMBERS

The Business Representative of the Local shall be permitted to enter the Employer's premises, when necessary, to interview members of the Union, on Union business. He will not unduly interfere with the operation or progress of the work.

## ARTICLE 20. INDIVIDUAL CONTRACTS

1. The Employer agrees that he will not make any other verbal or written agreements with any of his employees which may conflict with this Agreement.

2. In the event that any Article or Section of this Agreement is held invalid or enforcement of compliance with which has been restrained, the parties hereto shall enter into immediate collective bargaining negotiations, upon the request of either party, for the purpose of arriving at a mutually satisfactory replacement for such Article or section during the period of invalidity or restraint. If the parties hereto cannot agree on a mutually satisfactory replacement then the issue shall be resolved in accordance with the Arbitration and Grievance procedure contained in this Agreement.

## ARTICLE 21. JURY DUTY

When a permanent employee is called for Jury Duty, the Employer shall pay the difference between the amount received as jury duty pay and the amount he would otherwise have been entitled to if worked, for a period not to exceed three (3) weeks per year. The employee must notify the employer immediately upon receipt of such notice and must report for work on those days the court is not in session.

## ARTICLE 22. BULLETIN BOARD

The Employer agrees to provide a bulletin board in a suitable place for Union information.

## ARTICLE 23. ROBBERY

The Employer agrees to reimburse employees for loss of personal money up to twenty dollars ($20.00), due to robbery, provided the proper police reports are filed. In the event of a robbery, the Company shall not hold any driver financially responsible for lost merchandise or Company funds in the absence of any evidence of criminal involvement by the driver.

## ARTICLE 24. NO STRIKE/NO LOCKOUT

There shall be no concerted failure to report to work, cessation or interruption of work, slowdown, strike, picketing or lockout during the term of this Agreement.

13

## ARTICLE 25. COMPETITION

When is becomes necessary to protect existing bulk business or to regain such business from outside competition not covered by this Agreement, the Employer and the Union shall meet and discuss a solution to such problems. Any change in delivery or compensation must be mutually agreed to between the Employer and the Union. The Union shall not unreasonably withhold its consent.

## ARTICLE 26. MANAGEMENT RIGHTS

Except as expressly limited under specific provisions of this Agreement, the Employer retains all rights to direct and to control all aspects of the running of the business, including, but limited to, the rights to manage and direct employees, including the right to hire, train, schedule, promote, demote, transfer, assign, lay off, or recall; to plan, direct, control, and determine the location of operations; to discipline, suspend, or discharge for just cause; to study or introduce new, improved, or different methods, facilities, or equipment; to establish, maintain, or revise reasonable rules and regulations; the company maintains jurisdiction over runs and has the right to run the business in the most economic and efficient manner possible; and to do all things appropriate and incidental to the ordinary and customary functions of management.

## ARTICLE 27. JURISDICTION

1. Employees shall not perform any work that properly comes under the jurisdiction of another craft.

2. The Employer shall not transfer or subcontract any work presently performed by the Transport Drivers in the bargaining unit covered by this Agreement. Transfers of work among the Employer's employees shall not be considered to be a violation of this Agreement provided that no matters of the bargaining unit are laid off as a result of or at the time of transfer.

## ARTICLE 28. SYMPATHETIC ACTION

1. It shall not be considered a violation of this Agreement for the Union to take sympathetic action if a legal strike exists between the Employer and any other craft in his employ. Forty-eight (48) hours' prior notice in writing shall be given by the Union to the Employer whenever such action is contemplated.

2. It shall not be a violation of this Agreement, and it shall not be cause for discharge or disciplinary action in the event an employee refuses to enter upon any property involved in a lawful primary labor dispute, or refuses to go through or work behind any primary picket line, including the lawful primary picket line of the union party to this Agreement, and including lawful primary picket lines at the Employer's place or places of business.

## ARTICLE 29. SALE OR TRANSFERS

1. This Agreement shall be binding upon the Employer, its successors and assigns, upon his heirs, executors, administrators, personal representatives and assigns.

2. In the event the Employer sells, assigns or otherwise transfers the business of the Company, whether by sale of stock or assets or otherwise, during the term of this Agreement, the prospective purchaser shall be informed of this Agreement and the sale made contingent

14

upon his or its agreeing to accept or be bound by its terms in the event such purchaser continues the business.

## ARTICLE 30. REOPENER

1. The terms and conditions of this Agreement have been negotiated by the parties on the basis of the limited nature of production of the Hebron, Ohio plant, as of the effective date of this Agreement, with the Employer's production being dedicated to a single production line capable of producing buns (and not bread) that are primarily sold to fast-food restaurants.

2. This Agreement shall be reopened during its term under the conditions provided in this Article upon the occurrence of either of the following events;

    a.) The Employer installs and begins operation of a new production line, and more than 20% of the production of the Hebron plant (over a four (4) week period) is produced for customers other than fast-food restaurants; or
    b.) The Employer begins commissioned sales routes out of the Hebron plant.

It is understood that any new business that is obtained from fast-food customers that were last supplied by employees who are covered by the Statewide agreement shall be computed as part of the 20% calculation. It is also understood that the Union is entitled, upon request, to receive the production information necessary to determine the application of the percentage calculation set forth in this paragraph.

In order for any such reopener to be effective after occurrence of either of the above events, either party must give the other written notice of an intent to reopen not less than thirty (30) days prior to the effective date of the reopening of this Agreement.

3. The subject of the reopener shall be confined to the terms and conditions of employment to apply to the transportation or delivery work that is not related to the transportation or delivery of product to fast-food restaurants, provided, however, that retirement benefits applicable to all employees covered by this Agreement shall be a subject of the reopener. It is further understood that if any new non-fast-food products are added to the existing over-the-road runs, then those runs shall be subject to the terms of the reopener. Current members of the bargaining unit shall have first opportunity to any such changed or newly created positions by seniority.

4. Agreements reached by the parties to any negotiations taking place pursuant to this Article shall be effective upon the reaching of agreement between the parties as to the new work and the implementation of such work.

5. In the event that the parties do not reach settlement pursuant to any negotiations under the reopener described in this Article, either party shall have the right to take economic action after providing sixty (60) days' notice to the other, notwithstanding the provisions of Article 9, Arbitration and Grievance, and Article 24, No Strike/No Lockout.

## ARTICLE 31. CREDIT UNION

The Employer agrees to make payroll deductions from employees giving written authorization and specifying the amounts, any monies for the Central Ohio Teamsters Credit Union, Inc. These monies are to be deducted, upon written authorization, from employees'

15

checks each pay period and forwarded to the Central Ohio Teamsters Credit Union, Inc., before the tenth (10th) day of the following months. Deductions must be made each pay period and only may be revoked upon written authorization given by the employee to the Employer and the Credit Union. An employee is only to change the amount of his/her deduction once in a six (6) month period.

## ARTICLE 32. SAFETY MEETINGS

All Transport drivers shall be required to attend at least two (2) company sponsored safety meetings per year.

> 0 – 4 hours = ½ days pay
> 5 – 8 hours = full days pay

All Transport drivers will maintain the cleanliness and appearance of the interior of the truck cabs. Management will inspect the cabs periodically. If the cab interiors are not kept up in a clean and orderly manner, determined by management, the driver will be subject to progressive discipline, up to and including termination.

In the event that a driver is locked out of the truck because of his own actions, the driver will face progressive discipline up to and including termination.

The Company will maintain vehicles in operational and mechanical condition.

The Company will equip vehicles with winter wipers.

The Company will maintain proper lighting for the safety of employees at all branches.

## ARTICLE 33. SEVERANCE

It is agreed that each full-time employee who is displaced from his employment by reason of the closing of the entire plant, branch, or department thereof shall be compensated for such displacement provided he or she has been actively employed by the Employer for a period of at least 3 years. An eligible employee's compensation for his or her displacement shall be on the basis of one (1) week normal pay for each full year of employment commencing on the 4th year thereof. Maximum severance pay shall be 10 weeks.

The above-described severance pay will not be paid to any employee who is offered equivalent employment with the company within a 75-mile radius and any employee who voluntarily quits or is discharged for just cause before they are separated from service.

In the event an eligible employee wishes to remain on the seniority list for the purpose of possible recall, he or she may elect to defer acceptance of his or her severance pay for a period of 12 months. At any time during such period, however, the employee may request such severance pay and his or her seniority shall terminate as of that date. If such employee has not been recalled by the end of such period, he or she shall be paid severance pay and his or her seniority shall terminate as of that date.

16

## ARTICLE 34. DURATION

This Agreement shall become effective on the 9th day of January 2024 and shall be and continue in full force and effect from the aforementioned date to and including the 9th day of January 2027 and this Agreement shall continue in full force and effect from year to year thereafter unless written notice of desire to cancel or terminate this Agreement is served by either party upon the other at least sixty (60) days prior to the aforementioned expiration date or at least sixty (60) days prior to the annual expiration date of any subsequent year thereafter.

IN WITNESS WHEREOF, the parties have hereunto set their hands this 24 day of January , 2024.

SCHWEBEL BAKING COMPANY

By: Abraham J. Rosales
Title: Director of Transportation and Logistics

TEAMSTERS LOCAL UNION 637
Affiliated with the International
Brotherhood of Teamsters

By: Scott D Wilson
Title: President

17

Appendix A Pay Chart

| AGENCY# | AGENCY NAME | 2025 (1/7/25) | | 2026 (1/7/26) | | 2027 (1/7/2027) | |
|---------|-------------|---|---|---|---|---|---|
| | **Permanent Runs per Contract** | | | | | | |
| 1-91 | Youngstown | $ | 214.12 | $ | 216.26 | $ | 218.42 |
| 1-91-43 | Youngstown/Dayton | $ | 385.82 | $ | 389.68 | $ | 393.57 |
| 4 | North Canton | $ | 209.07 | $ | 211.16 | $ | 213.27 |
| 7 | McKeesport | $ | 209.07 | $ | 211.16 | $ | 213.27 |
| 7-1 | Mckeesport/Youngstown | $ | 286.84 | $ | 289.71 | $ | 292.61 |
| 10 | Bridgeville | $ | 175.74 | $ | 177.50 | $ | 179.27 |
| 10-7 | Bridgeville/McKeesport | $ | 259.57 | $ | 262.17 | $ | 264.79 |
| 12 | Columbus | $ | 86.86 | $ | 87.73 | $ | 88.61 |
| 18 | Mentor | $ | 241.39 | $ | 243.80 | $ | 246.24 |
| 18-31 | Mentor/Strongsville | $ | 258.56 | $ | 261.15 | $ | 263.76 |
| 21 | Mansfield | $ | 111.10 | $ | 112.21 | $ | 113.33 |
| 21-47 | Mansfield/Toledo | $ | 251.49 | $ | 254.00 | $ | 256.54 |
| 31 | Strongsville | $ | 178.77 | $ | 180.56 | $ | 182.36 |
| 42 | Cambridge | $ | 86.86 | $ | 87.73 | $ | 88.61 |
| 42-91-12 | Cambridge/Youngstown/Columbus | $ | 337.34 | $ | 340.71 | $ | 344.12 |
| 43 | Dayton | $ | 172.71 | $ | 174.44 | $ | 176.18 |
| 43-12 | Columbus/Dayton | $ | 181.80 | $ | 183.62 | $ | 185.45 |
| 47 | Toldeo | $ | 232.30 | $ | 234.62 | $ | 236.97 |
| 91-42 | Youngstown/Cambridge | $ | 253.51 | $ | 256.05 | $ | 258.61 |
| | Toldeo/Klosterman | $ | 247.45 | $ | 249.92 | $ | 252.42 |
| | Mattingly Foods | $ | 39.39 | $ | 39.78 | $ | 40.18 |
| | Klostermans | $ | 75.75 | $ | 76.51 | $ | 77.27 |
| | Delay/ Yard Time | $ | 20.00 | $ | 21.00 | $ | 22.00 |
| | Extra Stop | $ | 20.20 | $ | 20.40 | $ | 20.61 |

18