Exhibit D



June 17th, 2026

Brandon Jackenheimer
International Brotherhood of Teamsters Local No. 40
200 Wilmar Avenue
Mansfield, OH 44903
By Email: b.jackenheimer@teamsters40.org

David Dudas
International Brotherhood of Teamsters Local No. 52
8001 Sweet Valley Drive, #3
Valley View, OH 44125
By Email: ddudas@teamsterslocal-52.com

James Riffle
International Brotherhood of Teamsters Local No. 92
1127 9th Street SW
Canton, OH 44707
By Email: james@teamsterlocal92.com

Bill Merdeath
International Brotherhood of Teamsters Local No. 284
555 E Rich Street
Columbus, OH 43215
By Email: bmerdeath@teamsters284.com

Steve Anzevino
International Brotherhood of Teamsters Local No. 377
1223 Teamster Drive
Youngstown, OH 44502
By Email: teamsters377@gmail.com

Scott Weinert
International Brotherhood of Teamsters Local No. 957
2719 Armstrong Lane
Dayton, OH 45414
By Email: sweinert@teamsterslocal957.com



**Re: Notification of Closing of Facilities**

Dear Union Representatives:

I write to advise you that the Schwebel Baking Company is permanently closing all of its facilities, including its Ohio locations:

| | |
|---|---|
| 8277 Georgetown Road<br>Cambridge, OH 43725 | 7382 Whipple Avenue NW, N.<br>N. Canton, OH 44720 |
| 3550 E 7th Avenue<br>Columbus, OH 43219 | 22626 Royalton Road<br>Strongsville, OH 44149 |
| 406 Reed Avenue<br>Cuyahoga Falls, OH 44221 | 6898 Commodore Drive, Unite C<br>Walbridge, OH 43465 |
| 1306 Bradt Pike<br>Dayton, OH 45404 | 5345 Canal Road, Unit A<br>Valley View, OH 44125 |
| 121 O'Neil Drive<br>Hebron, OH 43205 | 920 E. Midlothian Blvd.<br>Youngstown, OH 44502 |
| 2139 Stumbo Road<br>Mansfield, OH 44906 | 965 E. Midlothian Blvd.<br>Youngstown, OH 44502 |
| 7578 Tyler Blvd<br>Mentor, OH 44060 | |

Due to the number of employees at each site of employment, the only worksites subject to the federal and Ohio Worker Adjustment and Retraining Notification Acts (WARN) requirements are Youngstown and Hebron.

Due to unforeseen business circumstances – including softer sales than anticipated and higher manufacturing costs associated with inflation and inefficiencies – and despite diligent, good-faith efforts to (i) secure additional funding, (ii) seek concessions with union pension plans regarding contributions, and (iii) identify a buyer for the business after a several month process lead by an experienced investment banking firm, Schwebel's has been unable to obtain sufficient financing or secure concessions with pension plans to continue operations, or to obtain an offer to purchase the business.  As a result, Schwebel's has no alternative but to wind down and permanently close its operations. Accordingly, we are providing you this notice as soon as practicable under the circumstances. Had Schwebel's secured additional funding, obtained concessions with the pension plans, and/or identified a buyer, the wind down and closure could have been avoided, if not postponed. While we do not know how creditors and other constituents will respond to this development, we expect layoffs will begin the week of July 6 and, barring unforeseen circumstances, proceed through the Labor Day weekend, with all employees to be terminated by Labor Day. Schwebel's was unable to issue this notification sooner because doing so would have deterred potential investors or buyers from due consideration.



The number of affected employees in the Ohio facilities is 673. Union employees have bumping rights. The anticipated lay off schedule is exclusive of employees' bumping rights under the respective collective bargaining agreement in place, as whether an employee elects to exercise his or her bumping rights may affect the final schedule of layoffs.

The information contained in this letter is based on the best information available to the Company at this time. In the event that circumstances should change, the Company reserves its right to delay the anticipated layoff and will let you know as soon as practical of any material changes.

If you have any questions or require further information, please contact me at 330-783-2860, HR@schwebels.com.

Sincerely,

Ryan Hutchison
Director, Human Resources