Exhibit E

# TEAMSTER'S LOCAL #52
## GRIEVANCE

**COMPANY NAME:** Schwebel Baking Company

**DATE:** June 26, 2026

**GRIEVANCE:** On Tuesday, June 23, 2026, the Schwebel Baking Company ("Company"), by and through Vice President of Sales Jim Behmer, notified Teamsters Local Union # 52, through the undersigned that the Company was not making contractually required Contributions to the Teamsters Bakery Drivers Local #52 Pension Fund ("Pension Fund") for May 2026 and June 2026 work hours. This failure and refusal to make pension contributions is a blatant violation of the applicable collective bargaining agreement. As confirmed by the Pension Fund office, the Company is currently delinquent with its pension contributions on May 2026 work hours in violation of the applicable collective bargaining agreement and the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). Based on the Company's representations, I anticipate that the Company will continue to be delinquent with pension contributions through the date that it ceases operations.

During my conversation with Mr. Behmer, I also asked about the following contractual matters: (i) retention bonus for bargaining unit employees staying through the Company's closing date – or until laid off by the Company; (ii) the payment of bargaining unit members' accrued, unused vacation time, including pro-rated vacation; (iii) the Company's intention to honor the contractual severance provision; and (iv) the Company's intention to continue to pay and provide bargaining unit members' health insurance in accordance with the collective bargaining agreement. Mr. Behmer answered in the negative to each of these questions. The Company's failure to commit to honor its contractual obligations is an anticipatory breach of the applicable collective bargaining agreement.

I also inquired about the $28.00 per week that is deducted from bargaining unit members' wages for payment to the Pension Fund when I spoke with Mr. Behmer. As the Company has indicated that it will not be submitting

contributions to the Pension Fund for May 2026 and June 2026, it is the Union's position that the monies deducted from member wages for contributions to the Pension Fund should be returned to the bargaining unit employees, or, at the least, remitted to the Pension Fund. Mr. Behmer indicated that he would review the situation. As of the date of this grievance, no member has been reimbursed for the weekly pension deductions taken from wages. I have confirmed with the Pension Fund Office that the monies deducted from bargaining unit member wages and earmarked for deposit with the Pension Fund have not been received. This is a violation of the applicable collective bargaining agreement and of applicable federal and state law.

The Union maintains that the Company is in direct violation of the applicable collective bargaining agreement through these acts, omissions, and failures. Additionally, based on my conversation with Mr. Behmer, the Union believes that the Company's violations of the labor agreement, as noted herein, will continue and compound until the Company ceases business operations.

This grievance is being filed on behalf of all bargaining unit employees and the Union is seeking: (i) that Schwebel immediately cease and desist its contractual violations; (ii) that Schwebel comply with its contractual obligations; and (iii) that each impacted bargaining unit employee be made whole for all losses associated with Schwebel's violations of the collective bargaining agreement.

6/24/2026

**David D. Dudas**
**Secretary Treasurer/Principal Officer**



# TEAMSTERS
## LOCAL UNION No. 52

# GRIEVANCE FORM

**Valley View**
8001 Sweet Valley Dr. Ste 3
Valley View OH 44125

**Mansfield**
PO Box 3652
200 Wilmar Ave.
Mansfield OH 44903

**EMPLOYER:** Schwebel's

**Grievance No.** 20260629LU52

**GRIEVANT:** Local Union No. 52 (et-al)    **TELEPHONE No.**    **SENIORITY DATE:**

**ADDRESS:**

**JOB CLASSIFICATION:** ALL    **SHIFT/CREW:** ALL    **SUPERVISOR:** Behmer

**DATE FILED:** 06/29/2026    **DATE OF GRIEVED EVENT:** on-going    **STEWARD:** Jackenheimer (BA on behalf of all)

Date I discussed this grievance with management: 06/24/2026    If this grievance is monetary, indicate amount here ($_____)

**INSTRUCTIONS:**

1. Since you have already discussed the grievance with management as indicated above, the writing of the grievance should be brief and to the point.
2. Once the grievance has been written, provide the original to the Local Union, a copy to your Steward and a copy to your supervisor.
3. Be sure to meet all time commitments as described under the "grievance procedure" in your Collective Bargaining Agreement.
4. By presenting the grievance, the employee grants to the Union complete authority to present, negotiate and bargain regarding this grievance and agrees to be bound by such disposition of the grievance as may be made or agreed to by the Union or its delegated representatives. The undersigned employee may be present at any and all steps of the grievance procedure.

**ARTICLE/SECTION VIOLATED:** IBT/Schwebel's Statewide Agreement Article 1, Article 2, Article 3, Article 4, Article 6, Article 30, and any other articles or provisions that may apply.

**FACTS OF GRIEVANCE:** The Company has failed to make contributions to the Pension Plan for its employees, the Company has failed to maintain heath care for its employees, the Company is refusing to pay accrued vacations and personal days to its employees, and the Company is refusing to pay severance pay to its employees. Additional facts to be presented.

**RELIEF SOUGHT:** For the Company to abide by the CBA, to make all contractual contributions, to pay out all accrued entitlements, and for all affected employees to be made whole in all ways.

**APPEAL 1** (IF APPLICABLE)   YES   NO   DATE:

**APPEAL 2** (IF APPLICABLE)   YES   NO   DATE:

**BE SURE ALL APPLICABLE SECTIONS HAVE BEEN COMPLETED**

**Employee Signature**

**DISPOSITION:**

**Company Representative**

**Business Representative**

☐ GRIEVANCE

☐ REBUTTAL

☐ INFORMATION REQUEST

# TEAMSTERS LOCAL 20

☐ STEWARD _____ DATE: ____

☐ COMPANY RECEIVED _____ DATE: ____

## № 193315

**MEMBER'S NAME (Please print)** On behalf of Locgl 20

**COMPANY NAME** Schwebel's

**MEMBER'S ADDRESS     CITY, STATE, ZIP**

**COMPANY ADDRESS** 689B Commodore Dr Walbridge Ohio 43465

**DATE GRIEVANCE AROSE** 6-17-26

**MEMBER PHONE NUMBER** 419-509-0148

**COMPANY PHONE NUMBER** 419-661-5107

**DATE GRIEVANCE FIRST DISCUSSED WITH COMPANY** 6-18-26

**MEMBER'S SENIORITY DATE**

**MEMBER'S JOB CLASSIFICATION**

**MEMBER'S CURRENT RATE OF PAY**

**ARTICLE(S) OF CONTRACT VIOLATED** 4,5,32

**NAME(S) AND TITLES OF COMPANY REPRESENTATIVES WITH WHOM GRIEVANCE WAS FIRST DISCUSSED** Jim Behmer, Steve Loniss

**STATE FACTS GIVING RISE TO GRIEVANCE** The company is failing to pay Severance, earned Vacation pay and Benefit contributions (Health and welfare, and pension)

**STATE RELIEF SOUGHT** Comply with the C.B.A. and make all member whole.

**MEMBER'S SIGNATURE / EMPLOYEE ID NUMBER**

**DATE** 4-29-26

**DISPOSITION** including person(s) who acted upon/discussed grievance & date(s): _____

## IMPORTANT: MAKE SURE YOU SEE YOUR STEWARD!

**COPIES TO:**     Bus. Agent - White     Employer - Canary     Steward - Pink     Member - Gold

TEAMSTERS LOCAL UNION NO. 92

# GRIEVANCE FORM

365

DATE: 6-26-26

Member Name: All Affected Members
James Riffle BA

Employer: Schwebel Baking Company

Address: _____

Phone #: 330 453-0135 Ext. 103

Senority Date: _____

Classification/Job Title: Local Union No. 92

Type of Grievance (Check):

[  ] Discharge    DATE: _____

[  ] Suspension    DATE: _____

[  ] Warning Letter    DATE: _____

[  ] Wages    DATE: _____

[  ] Working Conditions DATE: _____

[  ] Other _____

_____

_____

Supervisor discussed with: _____ DATE: _____

Shop Steward discussed with: _____ DATE: _____

Witness(es) (If applicable): _____

Contract or Addendum Article/Section: _____

Grievance: Give particulars in detail including all dates, times and places

Schwebel Baking Company is in direct violation of the Ohio Statewide Agreement of the following Articles. Article 1 Employment and Union Membership, Article 2 Wages, Article 3 Vacations, Article 4 Benefits (Health Care and Pension) Article 6 Sunday, Holidays and Personal Days, Article 30 Severance. The Company is not making contributions to the Pension Plan, not maintaining Health Care, not paying Contractual Vacation earned, but not taken and pro-rated, not honoring earned Personal Days in the Agreement and not paying Severance in accordance with their Contractual obligations. The Union is demanding that the Employer comply with all provisions of the Collective Bargaining Agreement and make all members whole in every way.

I hereby authorize Teamsters Local 92 to represent me and my grievance and shall abide by any decision made.

SIGNED: _____    SIGNED: _____ BA _____ 6-26-26
(Signed by Steward)    (DATE)    (Signed by member)    (DATE)

WHITE - Local Copy | CANARY - Company Copy | PINK - Steward Copy | GOLDENROD - Member Copy

TEAMSTER LOCAL UNION NO. 377
# MEMBER'S GRIEVANCE REPORT

Date 6/26/26

Member's Name Class Action                    Employer Schwebel Baking Company

Address _____

Home Phone _____ Bus. Phone _____ Date of Hire _____

Classification of Job Title Route Sales, Transport, Mechanics

---

Type of Grievance (check):

( )  1.  Discharge     - Date: _____     (✓) 4.  Wage Claim/Date Filed _____
( )  2.  Suspension    - Date _____      ( )  5.  Working Conditions
( )  3.  Warning Letter - Date _____     (✓) 6.  Other

---

Has grievance been discussed with supervisor?   Yes  X      No _____

Date _____ If no, state reason: _____

---

Supervisor's Name  Jim Behmer

Has Grievance been discussed with shop steward?  Yes  X      No _____

Date  6/26/26 _____ If no, state reason: _____

---

Steward's Name (If applicable)  Robert Ford, Kevin Reynolds, Emil Lilak

Witnesses's Name (If applicable) _____

Indicate Contract Article or Addendum covering grievance  1, 2, 3, 4, 30 and all other that apply

Nature of Report: (Member should record here in detail circumstances of the grievance.)

The Employer is violation of the CBA by not paying pension, medical insurance, vacation, and severance as outlined. The Union demands to be made whole in every way including but not limited to pesion payments, vacation payouts, medical payments, COBRA, and severence payments.

I hereby authorize_____ Steven Anzevino _____ Teamsters Local No. 377 to represent me on
                              (Business Rep.)
my grievance and shall abide by any decision rendered.

SIGNED: _____
                        (Signature of Member)

WHITE – Local Copy
CANARY – Company Copy
PINK – Steward's Copy
GOLDENROD – Member's Copy

CPC F24025 - Rev. 7/16

 

# TEAMSTERS LOCAL 637

100 Timber Run Road
Zanesville, Ohio 43822
Ph: 740.453.2102
Fax: 740.453.2410

## GRIEVANCE REPORT FORM

PLEASE PRINT OR TYPE

*a copy of this form must be given to the company and Teamsters Local 637 immediately*

**NAME OF GRIEVANT:** Teamsters Local 637 on behalf of all current employees of Schwebel's Baking Company

**DATE:** July 1st, 2026

**EMPLOYER:** Schwebel Baking Company, 121 O Neill Drive, Hebron Ohio, 43025

**ARTICLE(S) & SECTION(S) OF CONTRACT VIOLATION:** Articles 1, 2, 3, 4, 6 and 30.

**STATEMENT OF GRIEVANCE:** Schwebel's Baking Company is violating Articles 1, 2, 3, 4, 6 and 30 of the contract, and any other contract provision that may apply, by failing to make contributions to the pension fund and keeping the deductions from the pay of employees, which was to be paid to the pension fund, by failing to maintain health care for its employee and retirees, by refusing to pay accrued but unused vacation and personal days, by refusing to pay severance pay to its employees. Additional facts to be presented. As a remedy, the Company needs to comply with the contract, make all contractual contributions, pay out all accrued benefits and make all employees whole in all respects.

**SIGNATURE OF EMPLOYEE (REPRESENTATIVE):** *Mind a Dihn BP*

**DISPOSITION OF GRIEVANCE:**

**BUSINESS REPRESENTATIVE:** *Mind a. Dihn BA*

23642

# GRIEVANCE FORM

## TEAMSTERS
## LOCAL UNION NO. 957
2719 ARMSTRONG LANE
DAYTON, OHIO 45414

| CASE NO. | CITY | STATE | J.A.C. |
|---|---|---|---|

| | NATIONAL MASTER FREIGHT | |
|---|---|---|
| | ARTICLE | SECTION |
| ROAD | | CITY |

**NAME** Scott Weinert
For all affected members of Local 957

**ADDRESS** 2719 Armstrong Lane, Dayton, OH 45414

**DISPOSITION**

**PHONE NO.** 937-278-5781 ext.115

**EMPLOYED BY** Schwebel Baking Company

**DATE** 06/26/2026

**STEWARD**

**DATE HIRED**

Date I saw my employer on this grievance..............06/23/2026.................................

If this grievance involves money please write amount here ($...TBD...................)

**Instructions to Employees:**

1. When the grievance has been written, a copy should be given to the Steward. The original should be given to the foreman (or supervisor).

2. Grievances should be set forth fully so that they may be understood.

3. By presenting the grievance, the employee grants to the Union complete authority to present, negotiate and bargain regarding this grievance and agrees to be bound by such disposition of the grievance as may be made or agreed to by the Union or its delegated representatives. The undersigned employee may be present at any and all steps of the grievance procedure.

**GRIEVANCE: (give dates)** Schwebel Baking Company is in direct violation of the Ohio Statewide Agreement of the following articles: Art. 1 Employment and Union Membership, Art. 2 Wages, Art. 3 Vacations, Art.4 Benefits (Healthcare and Pension), Art 6. Sundays, Holidays and Personal Days, Art. 30 Severance and the Local Addendum for Teamsters 957 #2 Pension. The company is not making contributions to the pension plan, not maintaining healthcare, not paying contractual vacation earned, but not taken, not honoring earned personal days in the agreement and not paying severance in accordance with contractual obligations. Remedy: The union is demanding that the employer comply with all provisions of the Collective Bargaining Agreement and make members whole in all respects.

Scott Weinert, Business Representative
For all affected members of Local 957

Employee's Signature

## DISPOSITION OF GRIEVANCE

Business Representative

WHITE COPY TO BUSINESS AGENT
YELLOW COPY TO LOCAL 957 OFFICE
PINK COPY TO EMPLOYER
GOLD COPY TO EMPLOYEE

