Exhibit F

# AGREEMENT

# BY AND BETWEEN

# SCHWEBEL'S BAKING COMPANY

# AND

# TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS, LOCAL UNION NO. 110

## EFFECTIVE:  1/28/2023

## EXPIRES:  1/27/2026

1

# INDEX

| ARTICLE | DESCRIPTION | PAGE |
|---|---|---|
| 1 | UNION RECOGNITION | 3 |
| 2 | UNION SECURITY | 3 |
| 3 | CHECK-OFF | 4 |
| 4 | PROTECTION OF RIGHTS | 4 |
| 5 | NON-DICRIMINATION | 4 |
| 6 | MILITARY CLAUSE | 5 |
| 7 | INSPECTION PRIVILEGES | 5 |
| 8 | SEPARABILITY & SAVINGS | 5 |
| 9 | POSTING & BULLETIN BOARDS | 5 |
| 10 | COMPENSATION CLAIMS | 6 |
| 11 | COMPANY-UNION COOPERATION | 6 |
| 12 | STRIKES, LOCKOUTS, UNION LIABILITY | 7 |
| 13 | EXAMINATIONS & IDENTIFICATION | 7 |
| 14 | EQUIPMENT & ACCIDENTS | 7 |
| 15 | STEWARDS | 8 |
| 16 | GRIEVANCE & ARBITRATION PROCEDURE | 8-9 |
| 17 | DISCHARGE & SUSPENSION | 10 |
| 18 | SENIORITY | 10-11 |
| 19 | LEAVE OF ABSENCE | 11 |
| 20 | FUNERAL LEAVE | 11 |
| 21 | JURY DUTY | 12 |
| 23 | VACATIONS | 12-13 |
| 24 | HOLIDAYS | 14 |
| 25 | HEALTH & WELFARE | 14 |
| 26 | PENSION | 15 |
| 27 | WORKWEEK & CONDITIONS | 15- 17 |
| 28 | WAGES | 17 |
| 29 | ALCOHOL & DRUG TESTING POLICY | 18 |
| 30 | TERM OF AGREEMENT | 19 |
| ATTACHMENT 1 | HEALTH BENEFIT PLAN GROUP 4 | |
| ATTACHMENT 2 | ALCOHOL & DRUG TESTING POLICY | |

2

# AGREEMENT

This AGREEMENT entered into by and between SCHWEBEL'S BAKING COMPANY of Pennsylvania, its successors and assigns (hereinafter referred to as the "Company") and TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN and HELPERS, LOCAL UNION No. 110, Ebensburg, Pennsylvania, affiliated with the International Brotherhood of Teamsters (hereinafter referred to as the "Union").

WHEREAS: The parties hereto are desirous of entering upon an agreement as to wage rates and conditions of employment and to do away with the possibility of strikes, boycotts, lockouts and the like.

NOW THEREFORE: The Employer and the Union acting by and through their duly authorized agents hereby agree as follows:

## ARTICLE 1
## UNION RECOGNITION

A. The Company recognizes the Union as the sole and exclusive bargaining agent for all Driver Sales Persons and Shippers employed by the Company within the jurisdiction of the Union, but excluding all thrift store clerks, supervisors, professional employees, group leaders, drop deliverymen, transport drivers, mechanics, utility persons and guards, as defined by the Act. Those employees not included in the bargaining unit shall not perform the work of the bargaining unit employees, except in emergency situations.

## ARTICLE 2
## UNION SECURITY

A. All present employees who are members of the Union of the date of this Agreement or on the date of the execution of this Agreement, whichever is later, shall remain members of the Union in good standing as a condition of employment. All present employees who are not members of the Union and all employees who are hired hereafter shall become and remain members of the Union as a condition of employment on and after the thirty-first (31st) day following the beginning of their employment or on and after the thirty-first (31st) day following the effective date of this Agreement. An employee, who has failed to acquire, and thereafter maintain, membership in the Union as herein provided, shall be terminated seventy-two (72) hours after the Company has received written notice from an authorized representative of the Union, certifying that membership has been and is continuing to be offered to such employee and further, that the employee has had notice and opportunity to make all initiation fee and dues payments. This provision shall be made and become effective as of such time as it may be made and become effective under the provisions of the National Labor Relations Act.

3

## ARTICLE 3
## CHECK-OFF

A.  The Company agrees to deduct from all employees covered by this Agreement, upon written receipt of a statement from the Union, initiation fees, dues, and other uniform assessments of the Union having jurisdiction over such employees and agrees to remit to said Union all such deductions no later than the twentieth (20th) day of the month for which deductions were made.

B.  Written authorizations shall be provided by the Union in the forms required by law and shall be signed by the employee(s).  No deduction shall be made which is prohibited by applicable law.

## ARTICLE 4
## PROTECTION OF RIGHTS

A.  It shall not be a violation of this Agreement, and it shall not be cause for discharge, for any employee to refuse to enter upon the premises of any Employer (other than his/her own Employer), if the employees of such Employer are engaged in a strike ratified or approved by a representative of such employees whom the Employer is required to recognize.  In case of any trouble, the employee is required to contact the office of the Employer.

B.  The Union agrees to cooperate with the Employer as much as possible in conjunction with this Agreement.

## ARTICLE 5
## NON-DISCRIMINATION

A.  In accordance with applicable law, the Employer and the Union agree not to discriminate against any individual with respect to hiring, compensation, terms or conditions of employment because of such individual's race, color, religion, sex, national origin, pregnancy or age, nor will they limit, segregate or classify employees in any way to deprive any individual employee of employment opportunities because of race, color, religion, sex, national origin, pregnancy or age.

B.  The Company and the Union agree that there will be no discrimination by the Company or the Union against any employee because of his or her membership in the Union or because of any employee's lawful activity and/or support of the Union.

C. The term "he" or "his" as used in this Agreement is not meant to be discriminatory and shall apply equally to male and female employees.

4

## ARTICLE 6
## MILITARY CLAUSE

A. Employees enlisting or entering the military or naval service of the United States, pursuant to the provisions of the Universal Military Training and Service Act and amendments thereto shall be granted all rights and privileges provided by the Act.

## ARTICLE 7
## INSPECTION PRIVILEGES

A. Authorized agents of the Union shall have access to the Company's establishment during working hours for the purpose of adjusting disputes, investigating working conditions, and ascertaining that the Agreement is being adhered to: provided, however, there shall be no interruption of the Company's working schedule.

## ARTICLE 8
## SEPARABILITY AND SAVINGS

A. If any Article or Section of this Agreement should be held invalid by operation of law or by any tribunal of competent jurisdiction, or if compliance with or enforcement of any Article or Section should be restrained by any such tribunal pending a final determination as to its validity, the remainder of this Agreement and the application of such Article or Section to persons or circumstances other than those to which it has been held invalid or as to which compliance with or enforcement of has been restrained, shall not be effected hereby.

B. In the event that any Article or Section of this Agreement is held invalid as set forth above, the parties affected thereby shall enter into immediate negotiations for the purpose of arriving at a mutually satisfactory replacement for such Article or Section during the period of invalidity or restraint.

## ARTICLE 9
## POSTING & BULLETIN BOARDS

A. A copy of this Agreement shall be posted in a conspicuous place at the Employer's work place (driver's room, lunch room, etc.) where employees may have immediate access to it. The Company agrees to provide suitable space for a Union bulletin board. Postings on such board are to be confined to official Union business.

## ARTICLE 10
## COMPENSATION CLAIMS

A. If an employee is receiving Worker's Compensation; the Employer shall continue to make contributions to the Pension Fund until such employee returns to work. However, such contributions shall not be paid for a period of more than twelve (12) months.

B. If an employee is receiving Worker's Compensation; the Employer shall continue to pay the required contributions to the Health & Welfare Fund until such employee returns to work. However, such contributions shall not be paid for a period of more than six (6) months.

C. Seniority shall continue to accrue during a period in which an employee is on Worker's Compensation.

## ARTICLE 11
## COMPANY-UNION COOPERATION

A. The Company and the Union recognize the principal of a fairs day's work for a fair day's pay; that the jobs and job security of the employees working under this Agreement are best protected through the efficient and productive operations of the employees and the Company. The Company agrees not to enter into any contract with the employees, individually or collectively, which in any way conflicts with the terms and conditions of this Agreement.

B. All inherent and common law management functions and prerogatives which the Company has not expressly modified or restricted by a specific provision of this Agreement are retained and vested exclusively in the Company and the Company shall continue to have the exclusive right to take any action it deems appropriate in the management of the operation and direction of the work force in accordance with its judgment. The Company retains the right to hire and discharge all employees, but no employee will be discharged or suspended without just cause. Except as provided herein, the Company shall retain the right to control and supervise all operations and direct its work force, including, but not limited to, the rights to discipline, layoff, promote, demote, to determine the scope of its operations, decide the number and locations of its facilities, regulate and use of all equipment and other property of the Company; to maintain discipline among its employees, to establish policies and procedures and reasonable work rules, to determine the schedule of hours and shifts, to promote efficient, economic operation of the business, provided that the provisions of this paragraph shall not be used by the Company for the purpose of discrimination against the employees contrary to the terms of this Agreement.

C. In the exercise of its rights under this Article, the Company agrees to abide by the provisions of the other Articles of this Agreement.

6

## ARTICLE 12
## STRIKES, LOCKOUTS, UNION LIABILITY

A. It is agreed that there shall be no authorized strike, slowdown, sit-down or stoppage of work during the term of this Agreement.  It is further agreed that there shall be no lock-out during the term of this Agreement.  Any employee(s) who violates this Article by instigating or participating in an unauthorized work stoppage or slowdown, or takes any action contrary to the terms of this Agreement without the proper sanction of the Union shall be subject to immediate discharge and the Union shall not intercede on their behalf, except to question of fact as to whether an employee instigated or participated in such stoppage or slowdown or took any action contrary to this Agreement.  The Union in making this Agreement, is acting merely as the agent for those employees covered by this Agreement and shall not be liable for any strikes, breaches or defaults under this Agreement.  The Union shall order any unauthorized work stoppage, breach or default of this Agreement to be immediately discontinued and employee(s) to return to work within twenty-four (24) hours.  This notice shall be posted in a conspicuous place at the work site and confirmed by registered mail to the Company.

## ARTICLE 13
## EXAMINATIONS & IDENTIFICATION

A. Physical or other examinations required by a governmental body or the Company shall be promptly complied with by all employees; provided, however, the Company shall pay for all such examinations.

B. Should the Company find it necessary to require employees to carry or record personal identification, such requirement shall be complied with by the employee(s).  The cost of such personal identification shall be borne by the Company.

## ARTICLE 14
## EQUIPMENT & ACCIDENTS

A. Employee(s) shall report all defects in equipment upon return from a trip.  Such reports shall be made on suitable forms furnished by the Company.  All equipment must be equipped to conform to applicable State and Federal regulations.

B. Any employee involved in an accident shall immediately report such accident to the Company, together with a report of any physical injury or property damage.  Upon returning to the terminal the employee shall make out an accident report, on forms furnished by the Company, and shall turn in all available names and addresses of witnesses to the accident.

C. Each employee must be capable of operating his/her vehicle in a safe manner, and in the event of a bad accident record, a bad driving record, proof of insurability or gross neglect may be subject to discipline or dismissal.  All provisions subject to Article XVI Grievance and Arbitration Procedure.

D. RSR's are responsible for Company equipment.  Damage to handhelds and printers shall be paid for by RSR's.  A form will be made available to report damage and/or equipment failure.

7

## ARTICLE 15
## STEWARDS

A. The Company recognizes the right of the Union to designate job stewards and alternates. The authority of the steward and alternates so designated by the Union shall be limited to, and shall not exceed, the following activities:

1. the investigation and presentation of grievances with the Company or the designated Company representative in accordance with the provisions of the Agreement;

2. the collection of dues when authorized by appropriate Union action;

3. the transmission of such messages and information which shall originate with and is authorized by the Union or its officers, provided such information and messages:

a. have been reduced to writing or,

b. if not reduced to writing, are of a routine nature and do not involve work stoppages, refusal to handle goods, or any other interference with the Company's business.

B. Stewards and alternates shall have no authority to take strike action, or any other action interrupting the Company's business, except as authorized by official action of the Union.

## ARTICLE 16
## GRIEVANCE & ARBITRATION PROCEDURE

A. It is agreed that should any charge of violation of this Agreement arise between the parties hereto, an attempt shall be made to settle such controversy amicably. In order to expedite the settlement of grievances the following steps will be employed.

1. The employee shall report it to the steward or alternate in writing within five (5) working days of such incident. If the grievance is not reported in writing within five (5) working days of such incident, the grievance is void. The steward or alternate shall promptly notify the Company upon receipt of a grievance. The steward or alternate shall attempt to adjust the matter with the Company within five (5) working days of receipt of complaint.

2. Failing to agree, the steward shall report the matter to the Union which shall attempt to settle the same with the Company within seven (7) days.

B. Grievances which are not settled pursuant to the Grievance Procedure of this Article, and which the Union desires to contest further, shall be submitted to arbitration as provided in this Article, but only if the

8

Union gives written notice to the Company of its desire to arbitrate the grievance within thirty (30) days after the meeting referred to in Step 2 of the Grievance Procedure.

In cases of discharge, such notice by the Union must be given within ten (10) days of the date the employee is notified of his/her discharge, otherwise it is understood and agreed that the discharge was proper and for just cause.

1. As soon as possible and in any event no later than ten (10) calendar days after the Company receives written notice of the Union's desire to arbitrate, the parties shall request a panel of arbitrators from the Federal Mediation and Conciliation Service/National Academy of Arbitrators and the arbitrator shall be selected by alternately striking names from the panel until one (1) name remains.

2. The arbitrator shall have no power to alter, amend, change, add to, or subtract from, any of the terms of this Agreement, but shall only determine whether or not there has been a violation of this Agreement or working conditions of employees covered by this Agreement within the allegations set forth in the grievance. The decision of the arbitrator shall be based solely upon the evidence and arguments presented to him by the respective parties in the presence of each other.

3. The decision of the arbitrator shall be final and binding upon the parties in dispute and there shall be no strike, lockout or stoppage of work during or pending the arbitration hearing or award. Should either party fail to abide by the arbitration award, the other party will be free to take action notwithstanding the provisions of Article XII of this Agreement. Such action, however, will not become effective until seventy-two (72) hours after the party has officially notified the other party in writing by registered mail of the contemplated action.

4. The expense of witnesses and representatives for either side shall be paid by the party producing such witnesses and representatives. The fees and expenses of the arbitrator shall be shared equally by the parties.

5. The arbitrator may hear and determine only one (1) grievance at a time without the express agreement of the Company and the Union. In the event there are similar grievances, the Company and the Union will make every effort to arbitrate them together.

C. It is expressly agreed and understood that no employee shall have the right to compel the arbitration of his grievance or dispute without the consent of the Union Executive Board.

# ARTICLE 17
## DISCHARGE & SUSPENSION

A. The Company shall not discharge nor suspend any employee without just cause, but in respect to discharge or suspension, the Company shall give at least one (1) prior warning notice of a specific complaint against such employee in writing and a copy of the same to the steward and the Union; except that no warning notice need be given if the cause of such suspension or discharge is for dishonesty on duty, under the influence of alcoholic beverages and/or drugs, the carrying of unauthorized passengers on Company equipment, theft, carrying a firearm, failure to report an accident, or insubordination.

B. In all other cases the Company must notify the employee, the steward and the Union, in writing of the reason for disciplinary action and the action to be taken. The steward and/or Business Agent shall meet with the Company to discuss the proposed disciplinary action before such action is taken. Such meeting shall take place within seven (7) days of the employee's receipt of notice. At the end of the seven (7) day period, or at the end of the meeting, if held earlier, the Company may take such action as notified or agreed to. The employee may, if no agreement is reached between the Company and the Union, file a grievance in accord with this Agreement.

C. In the event that a customer requires the Company to remove a Route Sales Representative ("RSR") from their account due to an incident or circumstance, the Company will discuss the matter with the customer as soon as practical in an attempt to resolve the issue.

If the customer maintains their position, the Company will meet with the Union to determine the status of the RSR based upon the severity of the circumstances. This discussion will be in addition to any disciplinary action the Company may take as a result of the RSR being removed from the account/accounts.

If it is determined that the RSR can continue to work a route, the RSR shall be permitted to bid on an open route that does not include the account/accounts requesting his removal.

If there is no such route the Company and Union shall meet as soon as practical to resolve the situation.

# ARTICLE 18
## SENIORITY

A. Seniority shall be determined by length of service with the Company. A new employee shall be considered a probationary employee for the first one hundred twenty (120) calendar days of employment. The Company shall have the right to discharge such employee during the one hundred twenty (120) calendar day period, and such employee shall not have recourse to the grievance procedure. Upon completion of the one hundred twenty (120) calendar day period, an employee shall attain regular status with a seniority date reflecting the first day of work.

B. Seniority shall prevail at all times including, but not limited to, job preference, qualifications considered, through the bid procedure set forth in Article XXVIII, lay-off and recall, the selection of vacations, etc. Seniority shall be broken only for discharge for just cause, voluntary quit and a lay-off in excess of one (1) year. In the event of a lay-off, the last man hired shall be the first laid off and recall shall be in the reverse order of lay-off. Employees shall be given a minimum of seven (7) days notice prior to lay-off.

10

If the Company fails to give the full seven (7) day notice of lay-off, the effected employee(s) shall be paid those days short of seven (7) days, even though the employee does not work. Employees with less than twelve (12) months seniority are not subject to recall. Employees do not add to seniority during lay-off.

C. Upon signing of this Agreement, a seniority list showing the seniority status of each employee within the bargaining unit shall be posted by the Company with a copy to the steward and the Union. Any discrepancies in the posted list shall be brought to the attention of the Company and the Union within thirty (30) days of such posting and, if not resolved, shall be subject to the grievance procedure. The Company shall post a new list at least once each Agreement year, and new employees shall be added to such posted lists at such time as they attain regular employee status.

D. If an employee vacates his current position by taking a non-union supervisory position, said employee may return to his former position at any time within thirty (30) days without loss of seniority. If said employee chooses not to return within the thirty (30) day period, he/she shall forfeit all seniority in the bargaining unit.

E. Any employee desiring to terminate his/her employment must give a one (1) week written notice of such intent. However, it is preferable that such an employee give at least two (2) weeks notice. The Company shall pay such employee all monies due, including wages, vacation pay, holiday pay (if eligible), bond monies, etc. within thirty (30) days of resignation. Failure to provide one (1) week written notice shall result in forfeiture of any vacation pay due for the year in which resignation takes place, and holiday pay, if applicable.

## ARTICLE 19
## LEAVE OF ABSENCE

A. An employee desiring a <u>Medical Leave of Absence</u> for an off-the-job illness or injury shall be granted such leave if medical proof is provided that the employee is unable to work. Seniority shall continue to accumulate during a Medical Leave of Absence for a period not to exceed one (1) year. The Company may, from time to time, (but no oftener than every thirty (30) days), demand proof that an employee on Medical Leave is unable to work. A return to work examination is required.

## ARTICLE 20
## FUNERAL LEAVE

A. If a member of an employee's immediate family shall die, said employee shall be granted up to three (3) days leave of absence, with pay, to attend the funeral. The term "Immediate Family" shall mean: spouse, children, mother, father, brothers, sisters, mother-in-law, father-in-law and grandparents of the employee. A day's pay shall be, in the case of a Driver Sales Person, the earnings of their route. Hourly rated employees shall receive eight (8) hours pay per day as funeral pay. The employee must submit verification.

11

## ARTICLE 21
## JURY DUTY

A. Employees who are summoned for Jury Duty and required to serve shall be paid the difference between Jury Duty pay and their regular earnings for such time as they serve as jurors, however, not to exceed two (2) weeks. An employee, excused from Jury Duty any given day(s) during the two (2) week period, shall report such fact to the Company and the Company may require the employee to work the day(s) excused. The Company shall not require an employee to work on any days that are not regularly scheduled work days to defeat the intent of this Article.

## ARTICLE 23
## VACATIONS

A. Employees shall receive vacation as follows:

1. Each employee with a record of continuous employment for one (1) year or more but less than two (2) years shall receive one (1) week of vacation with pay.

2. Each employee with a record of continuous employment of two (2) years or more but less than five (5) years shall receive two (2) weeks of vacation with pay.

3. Each employee with a record of continuous employment of five (5) years of more but less than thirteen (13) years shall receive three (3) weeks of vacation with pay.

4. Each employee with a record of continuous employment of thirteen (13) years or more but less than twenty (20) years shall receive four (4) weeks of vacation with pay.

5. Each employee with a record of continuous employment of twenty (20) years or more shall receive five (5) weeks of vacation with pay.

(a.) All employees hired on or after March 28, 2013 shall qualify for vacation benefit as listed below:

12

1. Each employee with a record of continuous employment for one (1) year or more but less than two (2) years shall receive one (1) week of vacation with pay.

2. Each employee with a record of continuous employment of two (2) years or more but less than five (5) years shall receive two (2) weeks of vacation with pay.

3. Each employee with a record of continuous employment of five (5) years of more but less than thirteen (13) years shall receive three (3) weeks of vacation with pay.

4. Each employee with a record of continuous employment of thirteen (13) years or more shall receive four (4) weeks of vacation with pay.

B. The vacation pay shall be based upon the average wages earned by the employee during the preceding calendar year, or the twelve (12) months prior to the qualification date if an employee was not employed during the entire preceding calendar year. Weeks in which an employee received less than a full week's wages shall be excluded from the computation of the average amount payable. Vacation wages shall be paid in advance of the vacation period.

C. Vacations shall be chosen in seniority order. New employees shall receive vacation credit on their anniversary date.

D. Absence of less than sixty (60) workdays in the aggregate due to lack of business, compensable injury or illness shall not be construed as interrupting the yearly working service of the employee. Employees who are absent more than sixty (60) workdays for the reasons stated herein shall receive pro-rata vacation and pay credit based upon the twelve (12) month qualification period.

E. No employee shall accept vacation pay in lieu of vacation.

F. Vacation weeks cannot be broken up into days but must be taken in seven (7) calendar day periods.

G. Vacations may be spread over the entire year starting with January 1. However, no vacations will be granted the week prior to a holiday week.

H. It is agreed, in fairness to all employees, that two (2) of the three (3), four (4) and five (5) weeks vacation be taken at times other than the summer months, unless a long trip or special event is planned which would require three (3), four (4) or five (5) weeks at one time. For the purpose of this Article, "summer months" are hereby designated to mean the months of May, June, July and August.

I. The maximum number of vacations which the employer shall be required to grant during the same weeks shall not exceed one (1) vacation for each ten (10) routes, two (2) for each eighteen (18) routes.

13

# ARTICLE 24
## HOLIDAYS

A. The following named Holidays shall be considered as paid holidays and no employee, working Under this Agreement, shall be required to work on those days: New Year's Day, Easter Monday, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Christmas Day. Excepting where shippers are required to work, and they shall have the day off prior to the above-mentioned days.

B. Driver Sales Persons shall receive as holiday pay, Eighty dollars ($80.00) per day for each holiday set forth in this Agreement. This amount shall be paid regardless of the number of days the Company schedules work in any holiday week and shall be in addition to the regular rate of pay established in this Agreement

C. Hourly rated employees shall receive eight (8) hours pay at the applicable hourly rate as holiday pay for each of the holidays named herein. All time worked in excess of thirty-two (32) hours in a holiday week shall be paid for at the time and one-half (1 ½) hourly rate; however this shall not apply to the Birthday Holiday, Section E. of this Article.

D. To qualify for holiday pay, an employee must work his scheduled work day before and after the holiday.

E. Effective January 1, 2002, each employee who has completed one (1) year of service, will be granted one (1) personal day per year. The employee shall schedule this personal day in advance except in case of emergency, in which case the day may be taken with Company approval. The employee shall be compensated for the personal day the same monies he would receive if he/she had worked that day.

# ARTICLE 25
## HEALTH & WELFARE (see Attachment 1)

Effective at ratification Schwebel Baking Company of Pennsylvania shall provide Employee Medical and Dental Benefits as described in the Schwebel Baking Company Schedule of Benefits Booklet.

14

## ARTICLE 26
## PENSION

A.  Effective at ratification, all full-time Bargaining Unit Employees of the Employer who are represented for purposes of collective bargaining by the Union shall become participants in the "Schwebel Baking Company Collectively Bargained Pension Plan for Johnstown, Pa. Employees."  All full-time Bargaining Unit Employees of the Employer hired after ratification and who are represented for purposes of collective bargaining by the Union shall become participants in the "Schwebel Baking Company Collectively Bargained Pension Plan for Johnstown, Pa. Employees" ("Pension Plan") on the date they meet all eligibility requirements as set forth in the Pension Plan.

## ARTICLE 27
## WORKWEEK & CONDITIONS

A.  The normal workweek shall consist of five (5) working days.  It is understood and agreed that, for the purpose of providing services for special accounts where there is a necessity to provide six (6) day delivery service at the demand of the customer, the Company may utilize a six (6) day operation with respect to said accounts.  When deliveries are made, because of customer requirements, on drop-out days, Sundays and/or Holidays, and such deliveries are performed by personnel other than the Driver Sales Person of the effected route, the Driver Sales Person of such effected route shall receive commission for all such delivered products. The Company shall offer available work on drop-out days, Sundays and/or holidays in seniority order; however, should no Driver Sales Person accept such work offer, the Company may require Driver Sales Persons to work on a forced rotational basis. (For example: If no Driver Sales Person volunteers for said work, the Company may force the least senior Driver Sales Person. The next time it becomes necessary to force, the second to least senior Driver Sales Person is forced. This process continues until all Driver Sales Persons have been forced, and then the process repeats itself with the least senior Driver Sales Person being forced.)  Wage rates for working a drop-out day, Sunday and/or holiday are as follows:

Upon ratification:          Zero (0) to five (5) hours:     $ 77.00
                            Five (5) to nine (9) hours:     $137.00

B.  The Company shall establish reasonable starting times for all employees in the bargaining unit. Driver Sales Persons shall service their last stop no later than 4:30 P.M. each day, and, upon returning to the Company facility, shall not be subject to unnecessary delay by the Company in settling time which includes: posting of route books, completion of settlement sheets, order placement for the following day, and settlement of accounts.

C.  When a new job is created or vacancies occur, the oldest eligible employee in point of service shall be given preference in filling the job.  It is understood that an employee is entitled to only one (1) change of routes by bidding in a two (2) year period, provided his/her route is not changed.  If the route is cut and/or changed after bidding, the two (2) year rule shall not apply. The senior employee(s) of the cut or changed route(s) shall have the right to pick the route he/she wants out of all the routes effected by the change; further,

15

the two (2) year rule shall not apply to those employees affected. Newly created jobs or vacancies must be posted for bid within seven (7) calendar days from the day the new job is created or the vacancies occurs. Such bids shall be posted for three (3) days. Any contemplated route cuts of adjustments shall be completed prior to the route(s) being posted for bid. A route vacated by bid shall be subject to bid. This shall be limited to the first route vacated by bid only.

D. The steward shall be notified in writing, within three (3) days from the closing of the bid period, of the successful bidder. Within four (4) weeks from the day the successful bidder has been awarded a bid, such bidder shall be placed on the route or receive the earnings of said route in lieu thereof. The Company agrees to make an effort to notify eligible employees, who are off work, of a posted bid so that such employees may have an opportunity to bid.

E. If it becomes necessary to eliminate a bid job, the employee whose bid job is eliminated shall have the right to displace the least senior employee. If such action causes a lay-off, the employee with the least seniority shall be laid off first.

F. If a Driver Sales Person's route is adjusted, or consolidated in its entirety, by distributing the business among other routes which would cause a reduction in his pay, the Driver Sales Person so effected shall be guaranteed, for twelve (12) weeks against any reduction in his pay as compared with the pay he/she would have received had such adjustment not been made. The Drivers Sales Person will be paid weekly starting with the first week following the adjustment. The Company shall use the previous four (4) normal weeks.

G. If the Company requires the employees to wear uniforms, the Company agrees to pay one-half the cost of such uniforms; however, it shall be the responsibility of the employee to wear the prescribed uniforms and keep them clean. Replacement of worn items shall be on a 50-50 cost basis. All items of apparel shall bear the Union label if available and competitively priced.

H. No employee shall be required to pay for any Company authorized charged account. Full credit shall be given on all returnable goods, provided such goods are not overdue according to code. The Company also agrees to reimburse an employee for Company funds stolen during a hold-up while on duty, provided the employee reports such incident to the Company and the police as soon as possible.

I. A "Drop Delivery" shall mean "delivering merchandise to a customer without doing any ordering or billing". A Driver Sales Person performing a "Drop Delivery" shall be compensated for such work in accordance with the provisions of Article XXVIII.

J. The Company shall not require employees to operate any vehicle that is not in safe operating condition or equipped with the safety appliance prescribed by law. All equipment which is properly reported and is not mechanically sound or properly equipped shall be appropriately tagged so that it cannot be used by other drivers until the maintenance department has adjusted or repaired the complaint.

K. The Company agrees to provide the Union with a copy of all correspondence that would affect the members of the Union.

16

L. The Company agrees that it will not enter into any agreement or continue any agreement, individually or collectively, with any employee, which will be in conflict with this Agreement.

M. Call-backs by Driver Sales Persons shall be in accord with the needs of the service requirements expected by the customers as determined by the Employer.

N. The employer shall have the right to conduct a mandatory annual safety meeting. The employer shall provide the employees with two (2) weeks notice prior to the scheduled date of the meeting. The rate of pay shall be $72.00. Due consideration shall be given to those employees off on a scheduled vacation.

## ARTICLE 28
## WAGES

A. DRIVER SALES PERSONS:

| Effective Date | Base Pay (Per Week) | Commission | Giant Eagle Fast Food Private Label | Purchased Product | Drop Delivery | Min. Guar. (Per Week) |
|---|---|---|---|---|---|---|
| Upon ratification | $318.00 | 8.5% | 5% | 7% | 4% | $600.00 |
| year two (2) (1/28/2024) | $323.00 | 8.5% | 5% | 7% | 4% | $600.00 |
| year three (3) (1/26/2025) | $328.00 | 8.5% | 5% | 7% | 4% | $600.00 |

A. Driver Sales Person shall receive full base pay each week and full commission on all new sales delivered by such Driver. The Base Pay contained above shall be based upon a normal five (5) day or scheduled four (4) day workweek. If a Driver Sales Person is absent from work, on his own accord, he shall not be entitled to base pay or commission for each day of absence; however, if a Driver Sales Person is required to work a sixth (6th) and/or seventh (7th) day in a workweek, he shall receive commission for products delivered on such days and the base pay shall be adjusted accordingly. Fast Food, Private Label and Drop Delivery products, delivered by Driver Sales Persons, shall be paid for at the commission rate specified above.

B. Shippers:

Base rate current          $14.00 per hour

| Effective Date: | Shippers (Per Hour): |
|---|---|
| Upon ratification | plus $.50 per hour |
| year two (2) | plus $.25 per hour (1/28/2024) |
| year three (3) | plus $.25 per hour (1/26/2025) |

Full time hourly rated employees shall be guaranteed a minimum of five (5) eight (8) hour days, not necessarily consecutive, each week. Time and one-half (1 1/2) times the regular hourly rate shall be paid for all hours, or fractions thereof, worked in excess of eight (8) in any one day or forty (40) in any one (1) week, subject to Article XXIV - Holidays. There shall be no pyramiding of overtime.

17

**ARTICLE 29**
**ALCOHOL AND DRUG TESTING POLICY**

A.  The Alcohol and Drug Testing Policy attached hereto is made part of this Agreement and contains protocols, prohibitions and methods to be observed and followed by the Employer in complying with this Article.

18

## ARTICLE 30
## TERM OF AGREEMENT

Both the Employer and the Union hereby declare that the above Agreement is made in good faith and shall remain in force for three years from ratification, and shall continue from year to year, unless notice is given either party to the other in writing of intended change or termination at least sixty (60) days prior to the expiration date.

Accepted and signed by the authorized representatives of the contracting parties.

Representatives of:
Teamsters, Chauffeurs, Warehousemen
and Helpers, Local Union No. 110, a/w
the International Brotherhood of Teamsters.

Representatives of:
Schwebel Baking Company

President: _____ Date: 02-13-27

Vice President, Sales _____ Date: 2/18/23

Secretary-Treasurer: _____ Date: 2/13/2023

_____ Date

Business Agent: _____ Date: 2/13/2023

_____ Date

19

Case: 4:26-cv-01532-JRA  Doc #: 1-8  Filed: 07/06/26  20 of 24.  PageID #: 132

**ATTACHMENT #1**

| Benefits | Through 12/31/23 Group 4 | | 2024 Group 4 | | 2025 Group 4 | | 2026 Group 4 PPO ($1,000) | | Group 4 PPO ($2,500) | | Group 4 HSA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Network | Non-Network | Network | Non-Network | Network | Non-Network | Network | Non-Network | Network | Non-Network | Network | Non-Network |
| Waiting Period | 90 Days | | 90 Days | | 90 Days | | 90 Days | | 90 Days | | 90 Days | |
| Deductible (Single/Family) | $500/$1,000 | $500/$1,000 | $500/$1,000 | $500/$1,000 | $675/$1,350 | $675/$1,350 | $1,000/$2,000 | $2,000/$4,000 | $2,500/$5,000 | $5,000/$10,000 | $3,000/$5,600 | $5,600/$11,200 |
| Out of Pocket Max. (Deductible Excluded) | $1,500/$3,000 | No Maximum | $1,500/$3,000 | No Maximum | $2,025/$4,050 | $4,050/$8,100 | $3,000/$6,000 | $6,000/$12,000 | $5,000/$10,000 | $10,000/$20,000 | $6,900/$13,800 | $13,800/$27,600 |
| Coinsurance | 90% | 80% | 90% | 80% | 90% | 80% | 90% | 80% | 80% | 60% | 100% | 50% |
| Office Visit Copay (PCP/SCP) | $25 | Ded; then 80% | $25 | Ded; then 80% | $25 | Ded; then 80% | $30 PCP/$30 SCP, then 90% no ded | Ded; then 80% | $30 PCP/$60 SCP, then 100% no ded | Ded; then 60% | Ded; then 100% | Ded; then 50% |
| Preventive | 100% | 80% | 100% | 80% | 100% | 80% | 100% | 80% | 100% | 80% | 100% | 50% |
| Emergency Room | Ded; then 90% | | Ded; then 90% | | Ded; then 90% | | $200 Copay; then 70% | | $200 Copay; then 70% | | Ded; then 100% | Ded; then 50% |
| Urgent Care | Ded; then 90% | Ded; then 80% | Ded; then 90% | Ded; then 80% | Ded; then 90% | Ded; then 80% | $75 Copay; then 90% | | $75 Copay; then 100% | | Ded; then 100% | Ded; then 50% |
| Prescription | Generic: $10 min. 20% copay Brand Formulary: $15 min. 20% copay Brand Non-Formulary: $20 min. 20% copay Mail Order: $15 min. 20% copay $25 min. 20% copay/ $35 min. 20% copay | | Generic: $10 min. 20% copay Brand Formulary: $15 min. 20% copay Brand Non-Formulary: $20 min. 20% copay Mail Order: $15 min. 20% copay $25 min. 20% copay/ $35 min. 20% copay | | Generic: $10 min. 20% copay Brand Formulary: $15 min. 20% copay Brand Non-Formulary: $20 min. 20% copay Mail Order: $15 min. 20% copay $25 min. 20% copay/ $35 min. 20% copay | | Generic: $5 min. 25% copay Brand Formulary: $15 min. 25% copay Brand Non-Formulary: $30 min. 25% copay Specialty: $100 min. or 25% copay Mail Order: $10 20%/$25 20%/$60 20%/$100 25% | | Generic: $15 min. 25% copay Brand Formulary: $25 min. 25% copay Brand Non-Formulary: $30 min. 25% copay Specialty: $200 min. or 25% copay Mail Order: $30 20%/$50 20%/$60 20%/$200 25% | | Generic: $10 copay Brand Formulary: $40 copay Brand Non-Formulary: $70 copay Specialty: 25% to $350 max | Ded; then 50% |
| | Blue View Vision | | Blue View Vision | | Blue View Vision | | Blue View Vision | | Blue View Vision | | Blue View Vision | |
| | Network | Non-Network | Network | Non-Network | Network | Non-Network | Network | Non-Network | Network | Non-Network | Network | Non-Network |
| Exam | $20 copay | up to $42 | $20 copay | up to $42 | $25 copay | up to $42 | $25 copay | up to $42 | $25 copay | up to $42 | $25 copay | up to $42 |
| Lenses | | | | | | | | | | | | |
| Single | $20 copay | up to $40 | $20 copay | up to $40 | $25 copay | up to $40 | $25 copay | up to $40 | $25 copay | up to $40 | $25 copay | up to $40 |
| Bifocal | $20 copay | up to $60 | $20 copay | up to $60 | $25 copay | up to $60 | $25 copay | up to $60 | $25 copay | up to $60 | $25 copay | up to $60 |
| Trifocal | $20 copay | up to $80 | $20 copay | up to $80 | $25 copay | up to $80 | $25 copay | up to $80 | $25 copay | up to $80 | $25 copay | up to $80 |
| Frames | up to $130 (20% off balance) | up to $45 | up to $130 (20% off balance) | up to $45 | up to $130 (20% off balance) | up to $45 | up to $130 (20% off balance) | up to $45 | up to $130 (20% off balance) | up to $45 | up to $130 (20% off balance) | up to $45 |
| Contacts | | | | | | | | | | | | |
| Med. Necessary | Covered in Full | up to $210 | Covered in Full | up to $210 | Covered in Full | up to $210 | Covered in Full | up to $210 | Covered in Full | up to $210 | Covered in Full | up to $210 |
| Elective | up to $130 (15% off balance) | up to $105 | up to $130 (15% off balance) | up to $105 | up to $130 (15% off balance) | up to $105 | up to $130 (15% off balance) | up to $105 | up to $130 (15% off balance) | up to $105 | up to $130 (15% off balance) | up to $105 |
| Frequency (Exam/Lenses/Frames) | 12/24/24 | | 12/24/24 | | 12/24/24 | | 12/12/24 | | 12/12/24 | | 12/12/24 | |
| | Dental | | Dental | | Dental | | Dental | | Dental | | Dental | |
| | Annual Deductible: $0/$0 | | Annual Deductible: $0/$0 | | Annual Deductible: $0/$0 | | Annual Deductible: $0/$0 | | Annual Deductible: $0/$0 | | Annual Deductible: $0/$0 | |
| Life Insurance | $15,000 | | $15,000 | | $15,000 | | $15,000 | | $15,000 | | $15,000 | |
| STD | 66.67% up to $250 weekly max | | 66.67% up to $250 weekly max | | 66.67% up to $250 weekly max | | 66.67% up to $250 weekly max | | 66.67% up to $250 weekly max | | 66.67% up to $250 weekly max | |
| LTD | No | | No | | No | | No | | No | | No | |
| EE Weekly Contribution | ~~$7.50 Single/$22.50 Family~~ $12.00 Single/ $30.00 Family (Spousal Waiver) | | $16 single / $41.50 family (Spousal Waiver) | | Wellness Premium: $32.00 Single/$83.00 Family (Spousal Waiver) | | $49.50 Single/$135.50 Family Wellness Premium: $32.00 Single/$83.00 Family/$111.50 One (Spousal Waiver) | | $34.00 Single/$96.00 Family Wellness Premium: $19.50 Single/$52.50 Family/$74.00 One (Spousal Waiver) | | $30.00 Single/$88.50 Family Wellness Premium: $11.00 Single/$31.00 Family/$60.50 One (Spousal Waiver) | |

20

## ATTACHMENT #2

**SUBSTANCE ABUSE POLICY**

1. *Philosophy:* The Schwebel Baking Company is firmly committed to providing its customers with optimum quality, safe food products. We believe our employees are our most valued resource in achieving that goal. This special commitment requires dependency on employees to perform their individual duties in a working environment unaffected by alcohol and drugs. An alcohol free and drug free environment fosters safety, quality and productivity, and advances the interest of all employees. To that end, this policy outlines expected employee behavior that is essential for all assignments.

2. *Scope for Applications:* The substance abuse policy at the Schwebel Baking Company:
   a. Applies to all Schwebel Baking Company employees.
   b. Applies to all Schwebel Baking company locations.
   c. Applies to all outside contractors who send any employees to any Schwebel Baking Company location to work.

3. *Definitions:*
   a. <u>Substance Abuse:</u> Abuse of any mind-altering substance, including drugs and alcohol, for the purpose of achieving a drug-like effect or which alters normal behavior.
   b. <u>Drug:</u> Include illegally-used controlled substances (as defined under State or Federal law, narcotic, non-narcotic, and prescription drugs) which may render one unfit for duty.
   c. <u>Possession:</u> Possession, use and offering of alcohol or drugs while on the job, in Schwebel Baking Company vehicles, or on what constitutes Schwebel Baking Company property (includes parking lots, occupied employee vehicles on Schwebel's property access road.)
   d. <u>Under the Influence:</u> The presence of any alcohol, drugs, or mid-altering substance in the body which causes or may cause impairment.

4. *Responsibilities:*
   a. <u>Management:</u> To provide direction, education and resources enabling Schwebel Baking Company to be free of substance abuse in the work place.
   b. <u>Managers and Supervisors:</u> To be knowledgeable about matters involving substance abuse in the work place. Managers and Supervisors are expected to monitor the items of this policy, enforcing and ensuring its integrity, while assisting all employees to achieve a work environment free of substance abuse.
   c. <u>Employees:</u> Shall be required to report for work free of the influence of alcohol or drugs (unless medically prescribed and monitored) and shall not possess, sell or consume any illegal or non-prescribed drug or alcohol while performing his/her assigned duties.
   d. <u>Personnel:</u> To cause, in concert with management, supervisors and any concerned employee, actions under this policy pertaining to testing, corrective action, confidentiality and education.

5. *Testing:*
   a. <u>Job Applicant:</u> After a conditional job offer has been made, but prior to actually starting work, applicants will be required to pass a drug test. Applicants protesting positive test results may, at management's discretion, have their split sample tested, but at the applicant's expense.
   b. <u>Current Employee:</u> Testing for Reasonable Suspicion: Substance abuse testing will be required of a single employee or a group of employees when behavior affecting the work place becomes apparent and such testing may be appropriate. Instances of reasonable suspicion include, but are not limited to:

21

1.      Work place accidents that result in physical injury to the employee, a co-worker or any other person which requires medical attention.

2.      Unusual behavior which might be constructed as being "under the influence" as defined in Paragraph 3(d) of this policy that impairs safe and efficient execution of work duties.

3.      Involvement in a vehicular or other accident on Company business or in a Company vehicle that results in property damage reasonably believed to be in excess of $500.00 or receipt of a citation for a moving violation.

4. .    Unusual absenteeism or tardiness.

5.      Unexplained significant deterioration in individual job performance.

If any of the above outlined criteria are met, the employee or employees involved must submit to testing within (8) hours of the incident if medically possible. Employees must immediately report to management any incident that gives rise to testing under this policy. Failure to provide immediate notice will subject the employee to corrective action as if the test result was positive. If for any reason management determines that the employee or employees who are sent for substance abuse testing may present a threat to themselves or others in the work place, that employee will not be permitted to return to work until the results of the tests are known, and then only if the results are negative. In all other instances, the employee or employees will be required to return to work on their regularly scheduled shift following the testing, unless a medical condition prohibits that return. By requiring the employee to return to work, the Company in no way waives its rights to corrective action if the results of the test are positive. Furthermore, even if an employee's test result is negative, the Company reserves the right to impose corrective action based upon the conduct that led to the referral for testing. All testing will be done by an accredited laboratory at the Company's expense upon written consent of the employee to the test and to the disclosure of the test results to the Company.

6. *Corrective Action*

   a.  <u>Disciplinary Action:</u>

     1. Possession, use, offering, receiving, or selling alcohol or drugs whiles on the job, in Schwebel Baking Company vehicles, or in any area which constitutes Schwebel Baking Company property (such as all premises, lockers, parking lots, etc.) is prohibited. Violations of this policy will result in sanctions against the employee including employment termination.

     2. An employee either reporting to work "under the influence" of alcohol or drugs, or found incapable of safely performing his/her job because he/she is "under the influence" as defined in Paragraph 3(d) of this policy, will be subject to disciplinary action including employment termination.

     3. Job applicants whose drug test results are positive will have their conditional offer of employment rescinded. Such applicants may reapply for employment after conclusive evidence of completed rehabilitation is presented, ensuring the candidate is free from the illegal use of drugs.

     4. Any employee who tests positive for drugs in violation of this policy will be terminated. Refusal by an employee to submit to a substance test as required by this policy (including failure by an employee to be tested within eight (8) hours after an accident requiring testing) will be considered insubordination and the employee will be subject to immediate employment termination.

     5. Admission of substance abuse prior to the Company receiving the test results will allow the employee to be granted a leave of absence to seek authorized medical treatment in accordance with the Company's leave of absence policy. Return to employment of said employee will be granted upon certification of completion of the rehabilitation program. If an employee completes such rehabilitation and subsequently tests positive for drug or alcohol use, the employee will be discharged. An employee who is granted a leave for rehabilitation will be subject to random substance abuse testing after returning to work.

22

    b. <u>Rehabilitation:</u>
       1. Schwebel Baking Company offers Employee Referral Program (ERP) to help employees with a variety of personal problems including substance abuse or substance abuse related problems. All employees who have a drug or alcohol problem are encouraged to seek assistance from such an Employee Assistance Program.
       2. Assistance is provided on a confidential basis and treated with discretion. Although participation in an EAP is normally voluntary, in situations where the employee's best interest is concerned, it may be made a condition for continued employment as part of a corrective action. However, participation does <u>not</u> relieve employees with knowledge of substance abuse policies and procedures. Each employee is expected to meet work performance requirements.

7. *Confidentiality:* Schwebel Baking Company accepts the rights of individuals to privacy in dealing with matters of substance abuse. To that end, substance abuse affairs will be treated with confidentiality. Any discussion and action by management will be handled discreetly.

8. *Education:* Schwebel Baking Company will actively work to educate all employee groups and unions representing employees. Every attempt will be made to provide employees with knowledge of substance abuse problems and effects, along with resources for rehabilitation and treatment.

9. *Changes in Policy:* If any government regulations, including DOT regulations, shall require more stringent procedures than contained in this policy, those regulations shall be adhered to.

**COLLECTIVE BARGAINING AGREEMENT**
**EXTENSION AGREEEMNT BY AND BETWEEN**
**TEAMSTERS LOCAL NO. 110**
**And**
**SCHWEBEL BAKING COMPANY**

Teamsters Local No 110 and Schwebel Baking Company, party to the Collective Bargaining Agreement (CBA) expiring on January 27, 2026 herewith agree to extend the CBA in accordance with the following terms:

1. The CBA shall be extended through January 27, 2027. Either party seeking to terminate this Extension Agreement must provide written notice of their intent to terminate, which will be effective five (5) calendar days upon receipt of written notice.

2. During the Extension period, it is agreed that the existing CBA shall continue in place without exception or modification unless otherwise agreed to in writing by the parties.

3. Provided there is no strike activity or work stoppage during the extension period, Health & Welfare and Pension Benefits will be paid.

_____  2/17/24
Teamsters Local No. 110

_____  2/17/26
Schwebel Baking Company