Exhibit G

AGREEMENT

Between

SCHWEBEL BAKING COMPANY

And

GENERAL TEAMSTERS, LOCAL 397,

An Affiliate of The

INTERNATIONAL BROTHERHOOD OF TEAMSTERS



Effective September 11, 2023 through 11:59 p.m. on September 13, 2026

INDEX

| ARTICLE | DESCRIPTION | PAGE |
|---------|-------------|------|
| I | UNION RECOGNITION | 2 |
| II | UNION SECURITY | 2 |
| III | CHECK-OFF | 3 |
| IV | PROTECTION OF RIGHTS | 3 |
| V | NON-DICRIMINATION | 3 |
| VI | MILITARY CLAUSE | 4 |
| VII | INSPECTION PRIVELEGES | 4 |
| VIII | SEPARABILITY AND SAVINGS | 4 |
| IX | POSTING AND BULLETIN BOARDS | 4 |
| X | COMPENSATION CLAIMS | 4-5 |
| XI | COMPANY-UNION COOPERATION | 5 |
| XII | STRIKES, LOCKOUTS, UNION LIABILITY | 5-6 |
| XIII | EXAMINATIONS & IDENTIFICATION | 6 |
| XIV | EQUIPMENT & ACCIDENTS | 6 |
| XV | STEWARDS | 7 |
| XVI | GRIEVANCE & ARBITRATION PROCEDURE | 7-8 |
| XVII | DISCHARGE & SUSPENSION | 8-9 |
| XVIII | SENIORITY | 9 |
| XIX | LEAVE OF ABSENCE | 10 |
| XX | BEREAVEMENT LEAVE | 10 |
| XXI | JURY DUTY | 10 |
| XXII | BONDING | 10 |
| XXIII | VACATION | 11-12 |
| XXIV | HOLIDAYS | 12 |
| XXV | HEALTH & WELFARE | 13 |
| XXVI | PENSION | 13 |
| XXVII | WORKWEEK & CONDITIONS | 14-15 |
| XXVIII | WAGES | 15-17 |
| XXIX | TERM OF AGREEMENT | 18 |
| APPENDIX | BENEFITS | |

# AGREEMENT

This AGREEMENT entered into by and between the SCHWEBEL BAKING CO. of PA., Erie, PA., its successors and assigns (hereinafter referred to as the "Company") and the GENERAL TEAMSTERS UNION LOCAL #397, Erie, PA. affiliated with the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, (hereinafter referred to as the "Union").

In consideration of the mutual benefits by them derived from recognition, one of the other, and in consideration of the promises and agreements made one to the other, as hereinafter set forth, the parties agree as follows:

## ARTICLE I
## UNION RECOGNITION

A. The Company recognizes the Union as the sole and exclusive bargaining agent for all Group Leaders, Driver Sales Persons, Drop Deliverymen, Mechanics, Utility Persons and Transport Drivers, employed by the Company within the jurisdiction of the Union, but excluding all shipping clerks, supervisors and professional employees, and guards, as defined by the Act. Those employees not included in the bargaining unit shall not perform the work of the bargaining unit employees.

## ARTICLE II
## UNION SECURITY

A. All present employees who are members of the Union of the effective date of this Agreement or on the date of the execution of this Agreement, whichever is later, shall remain members of the Union in good standing as a condition of employment. All present employees who are not members of the Union and all employees who are hired hereafter shall become and remain members of the Union as a condition of employment on and after the thirty-first (31) day following the beginning of their employment or on and after the thirty-first (31) day following the effective date of this Agreement. An employee, who has failed to acquire, and thereafter maintain, membership in the Union as herein provided shall be terminated seventy-two (72) hours after the Company has received written notice from an authorized representative of the Union, certifying that membership has been and is continuing to be offered to such employee and further, that the employee has had notice and opportunity to make all initiation fee and dues payments. This provision shall be made and become effective as of such time as it may be made and become effective under the provisions of the National Labor Relations Act.

ARTICLE III
CHECK-OFF

A. The Company agrees to deduct from all employees covered by this Agreement, upon written receipt of a statement from the Union, initiation fees, dues, and other uniform assessments of the Union having jurisdiction over such employees and agrees to remit to said Union all such deductions no later than the twentieth (20) day of the month for which deductions were made.

B. Written authorizations shall be provided by the Union in the forms required by law and shall be signed by the employee(s). No deduction shall be made which is prohibited by applicable law.

C. The Employer agrees to deduct from the paycheck of all employees covered in this Agreement voluntary contributions to D.R.I.V.E. D.R.I.V.E. shall notify the Employer the amounts designated by each contributing employee that are to be deducted from his/her paycheck on a weekly basis for all weeks worked. The phrase "weeks worked" excludes any week other than a week in which the employee earned a wage. The Employer shall transmit to D.R.I.V.E. National Headquarters on a monthly basis, in one check, the total amount deducted form the employee's paycheck, along with the name of each employee on whose behalf a deduction is made. The International Brotherhood of Teamsters shall reimburse the Employer annually for the Employer's actual costs for the expenses incurred in administering the weekly payroll deduction plan.

ARTICLE IV
PROTECTION OF RIGHTS

A. It shall not be a violation of this Agreement, and it shall not be cause for discharge or disciplinary action in the event an employee refuses to enter upon any property involved in a primary labor dispute.

ARTICLE V
NON-DISCRIMINATION

A. It is hereby agreed that there will be no discrimination in hiring, terms and conditions of employment, and wages because of an employee's or prospective employee's national origin, religion, race, age or sex, and that the Company will abide by all applicable State and Federal laws, and Executive orders and regulations in respect to matters concerning discrimination in hiring and terms and conditions of employment. Wherever the male gender appears in this Agreement it shall also be construed as being applicable to the female gender.

B. The parties recognize that each of them have obligations pursuant to the Americans With Disabilities Act to employ and, in some cases, to accommodate disabled persons. The parties further acknowledge that the employer may take whatever action is necessary to comply with the provisions of the Act, and that nothing in this agreement is intended to interfere with or impede the employer in meeting these obligations.

3

ARTICLE VI
MILITARY CLAUSE

A. Employees entering into the military service of the United States, pursuant to the provisions of the Selective Service Act of 1967, shall be granted all rights and privileges provided by the Act.


ARTICLE VII
INSPECTION PRIVILEGES

A. Authorized agents of the Union shall have access to the Company's establishment during working hours for the purpose of adjusting disputes, investigating working conditions, and ascertaining that the Agreement is being adhered to: provided, however, there shall be no interruption of the Company's working schedule.


ARTICLE VIII
SEPARABILITY AND SAVINGS

A. If any Article or Section of this Agreement should be held invalid by operation of law or by any tribunal of competent jurisdiction, or if compliance with or enforcement of any Article or Section should be restrained by any such tribunal pending a final determination as to its validity, the remainder of this Agreement and the application of such Article or Section to persons or circumstances other than those to which it has been held invalid or as to which compliance with or enforcement of has been restrained, shall not be effected hereby.

B. In the event that any Article or Section of this Agreement is held invalid as set forth above, the parties affected thereby shall enter into immediate negotiations for the purpose of arriving at a mutually satisfactory replacement for such Article or Section during the period of invalidity or restraint.


ARTICLE IX
POSTING & BULLETIN BOARDS

A. A copy of this Agreement shall be posted in a conspicuous place at the employee's work place (driver's room, lunch room, etc.) where employees may have immediate access to it. The Company agrees to provide suitable space for a Union bulletin board. Postings on such board are to be confined to official Union business.


ARTICLE X
COMPENSATION CLAIMS

A. The Company shall provide Workmen's Compensation protection for all employees as required by State law. If an employee suffers a work-related injury or illness while on duty and cannot return to work because of such injury or illness on that day, such employee shall be paid a full

4

day's wages for that day. In the case of Driver Sales Persons, payment shall be for one (1) days base pay plus commission for products delivered.

B. The Company shall continue to make contributions to the Health & Welfare Fund and the Pension Fund on behalf of employee(s) on Workmen's Compensation until such employee(s) returns to work; however, such contributions shall not exceed six (6) months. Seniority shall continue to accrue during a period in which an employee is on Workmen's Compensation.

## ARTICLE XI
## COMPANY-UNION COOPERATION

A. The Company and the Union recognize the principle of a fair day's work for a fair day's pay; that the jobs and job security of the employees working under this Agreement are best protected through the efficient and productive operations of the employees and the Company. The Company agrees not to enter into any contract with the employees, individually or collectively, which in any way conflicts with the terms and conditions of this Agreement.

B. All inherent and common law management functions and prerogative which the Company has not expressly modified or restricted by a specific provision of this Agreement are retained and vested exclusively in the Company and the Company shall continue to have the exclusive right to take any action it deems appropriate in the management of the operation and direction of the work force in accordance with its judgment. The Company retains the right to hire and discharge all employees, but no employee will be discharged or suspended without just cause. Except as provided herein, the Company shall retain the right to control and supervise all operations and direct its work force, including, but not limited to, the rights to discipline, layoff, promote, demote, to determine the scope of its operation, decide the number and locations of its facilities, regulate and use of all equipment and other property of the Company; to maintain discipline among its employees, to establish policies and procedures and reasonable work rules, to determine the schedule of hours and shifts, to promote efficient, economic operation of the business, provided that the provisions of this paragraph shall not be used by the Company for the purpose of discrimination against the employees contrary to the terms of this Agreement.

C. In the exercise of its rights under this Article, the Company agrees to abide by the provisions of the other Articles of this Agreement.

## ARTICLE XII
## STRIKES , LOCKOUTS, UNION LIABILITY

A. It is agreed that there shall be no unauthorized strike, slowdown, sit-down, or stoppage of work during the term of this Agreement. It is further agreed that there shall be no lock-out during the term of this Agreement. Any employee(s) who violates this Article by instigating or participating in an unauthorized work stoppage or slowdown, or takes any action contrary to the terms of this Agreement without the proper sanction of the Union shall be subject to immediate discharge and the Union shall not intercede in their behalf, except to question of fact as to whether an employee instigated or participated in such stoppage or slowdown or took any action contrary to this Agreement. The Union in making this Agreement, is acting merely as the agent for those employees

5

covered by this Agreement and shall not be liable for any strikes, breaches, or defaults under this Agreement. The Union shall order any unauthorized work stoppage, breach or default of this Agreement to be immediately discontinued and employee(s) to return to work within twenty-four (24) hours. This notice shall be posted in a conspicuous place at the work site and confirmed by registered mail to the Company.

## ARTICLE XIII
## EXAMINATIONS & IDENTIFICATION

A.  Physical or other examinations required by a governmental body of the Company shall be promptly complied with by all employees; provided, however, the Company shall pay for all such examinations.

B. Should the Company find it necessary to require employees to carry or record personal identification, such requirement shall be complied with by the employee(s). The cost of such personal identification shall be borne by the Company.

## ARTICLE XIV
## EQUIPMENT& ACCIDENTS

A. Employee(s) shall report all defects in equipment upon return from a trip. Such reports shall be made on suitable forms furnished by the Company.  All equipment must be equipped to conform to applicable State and Federal regulations.

B. Any employee involved in an accident shall immediately report such accident to the Company, together with a report of any physical injury or property damage. Upon returning to the terminal the employee shall make out an accident report, on forms furnished by the Company, and shall turn in all available names and addresses of witnesses to the accident.

C. The Company has the right to require employees to fill out such data sheets, trip reports, log sheets and other forms as required by law or governmental regulations.

D.  Each employee must be capable of operating his vehicle in a safe manner, and in the event of a bad accident record, a bad driving record, or gross neglect may be subject to discipline or dismissal.  All provisions subject to Article XVI Grievance and Arbitration Procedure.

E.  In the event of a vehicle breakdown ad the mechanic does not arrive within one hour and thirty minutes of notification by the Driver Sales Person, said Driver Sales Person will be paid $10.00 per hour for all down time beyond the one hour thirty minute period.

F.  The employer shall have the right to conduct a one-half (1/2) day mandatory safety meeting annually.  The employer shall provide the employees with two weeks notice prior to the scheduled date of the meeting.  Due consideration will be given to employees off on a scheduled vacation.  The rate of pay shall be Seventy-five dollars ($75).

The above will not apply if vehicle breakdown is due to employee negligence.

6

ARTICLE XV
STEWARDS

A. The Company recognizes the right of the Union to designate job stewards and alternates from the seniority list. The authority of the steward and alternates so designated by the Union shall be limited to, and shall not exceed, the following activities:

1. the investigation and presentation of grievances with the Company or the designated Company representative in accordance with the provisions of the Agreement;

2. the collection of dues when authorized by appropriate Union action;

3. the transmission of such messages and information which shall originate with and is authorized by the Union or its officers, provided such information and messages:

a. have been reduced to writing or,

b. if not reduced to writing, are of a routine nature and do not involve work stoppages, slowdowns, refusal to handle goods, or any other interference with the Company's business.

B. Stewards and alternates shall have no authority to take strike action, or any other action interrupting the Company's business, except as authorized by official action of the Union.


ARTICLE XVI
GRIEVANCE & ARBITRATION PROCEDURE

A. It is agreed that should any charge of violation of this Agreement or charge of discrimination arise between the parties hereto, an attempt shall be made to settle such controversy amicably. In order to expedite the settlement of grievances the following steps will be employed, provided such grievances are submitted in writing within five (5) days from the date the grievance occurs.

1. The employee shall report it to the steward or alternate in writing within five (5) days of such incident. The steward or alternate shall attempt to adjust the matter with the Company within five (5) days of receipt of complaint.

2. Failing to agree, the steward shall report the matter to the Union which shall attempt to settle the same with the Company within seven (7) days.

B. Grievances which are not settled pursuant to the Grievance Procedure of this Article, and which the Union desires to contest further, and which involve the interpretation or application of the provisions contained in this Agreement, shall be submitted to arbitration as provided in this Article, but only if the Union gives written notice to the Company of its desire to arbitrate the grievance within thirty (30) days after the meeting referred to in Step 2 of the Grievance Procedure.

7

In cases of discharge, such notice by the Union must be given within ten (10) days of the date the employee is notified of his discharge, otherwise it is understood and agreed that the discharge was proper and for just cause.

1. As soon as possible and in any event no later than ten (10) days after the Company receives written notice of the Union's desire to arbitrate, the parties shall request a panel of arbitrators from the American Arbitration Association and the arbitrator shall be selected by alternately striking names from the panel until one (1) name remains. It is provided, however, that in the event either party feels that the list submitted by the American Arbitration Association is unsatisfactory, such parties shall have the right to request no more than one (1) additional list of arbitrators until a satisfactory list has been received. The party who strikes the first name from the panel shall be determined by lot.

2. The arbitrator shall have no power to alter, amend, change, add to, or subtract from, any of the terms of this Agreement, but shall only determine whether or not there has been a violation of this Agreement or working conditions of employees covered by this Agreement within the allegations set forth in the grievance. The decision of the arbitrator shall be based solely upon the evidence and arguments presented to him by the respective parties in the presence of each other.

3. The decision of the arbitrator shall be final and binding upon the parties in dispute and there shall be no strike, lockout, or stoppage of work during or pending the arbitration hearing or award. Should either party fail to abide by the arbitration award, the other party will be free to take action notwithstanding the provisions of Article XII of this Agreement. Such action, however, will not become effective until seventy-two (72) hours after the party has officially notified the other party in writing by registered mail of the contemplated action.

4. The expense of witnesses and representatives for either side shall be paid by the party producing such witnesses and representatives. The fees and expenses of the arbitrator shall be shared equally by the parties.

5. The arbitrator may hear and determine only one (1) grievance at a time without the express agreement of the Company and the Union. In the event there are similar grievances, the Company and the Union will make every effort to arbitrate them together.

C. It is expressly agreed and understood that no employee shall have the right to compel the arbitration of his grievance or dispute without the consent of the Union Executive Board.

## ARTICLE XVII
## DISCHARGE & SUSPENSION

A. The Company shall not discharge nor suspend any employee without just cause, but in respect to discharge or suspension, the Company shall give at least one (1) prior warning notice of a specific complaint against such employee in writing and a copy of the same to the steward and the Union; except that no warning notice need be given if the cause of such suspension or discharge is for

8

dishonesty on duty, under the influence of alcoholic beverages and/or drugs, the carrying of unauthorized passengers on Company equipment, or failure to report an accident.

B.  In all other cases the Company must notify the employee, the steward, and the Union, in writing, of the reason for disciplinary action and the action to be taken. The steward and/or Business Agent shall meet with the Company to discuss the proposed disciplinary action before such action is taken. Such meeting shall take place within seven (7) days of the employee's receipt of notice. At the end of the seven (7) day period, or at the end of the meeting, if held earlier, the company may take such action as notified or agreed to. The employee may, if no agreement is reached between the Company and the Union, file a grievance in accord with the Agreement.

ARTICLE XVIII
SENIORITY

A.  Seniority shall be determined by length of service with the Company. A new employee shall be considered a probationary employee for the first ninety (90) calendar days of employment. The Company shall have the right to discharge such employee during the ninety (90) calendar day period and such employee shall not have recourse to the grievance procedure. Upon completion of the ninety (90) calendar day period, an employee shall attain regular status with a seniority date reflecting the first day of hire.

B.  Seniority shall prevail at all times including, but not limited to, job preference, qualifications considered, through the bid procedure set forth in Article XXVIII, lay-off-and recall, the selection of vacations, etc. Seniority shall be broken only by discharge for just cause, voluntary quit, and a lay-off in excess of one (1) year. In the event of a lay-off, the last man hired shall be the first laid off-and recall shall be in the reverse order of lay-off.  Employees shall be given a minimum of seven (7) days notice prior to lay-off.  If the Company fails to give the full seven (7) day notice of lay-off, the effected employee(s) shall be paid those days short of seven (7) days, even though the employee does not work.

C. Upon the signing of this Agreement, a seniority list showing the seniority status of each employee within the bargaining unit, shall be posted by the Company with a copy to the steward and the Union. Any discrepancies in the posted list shall be brought to the attention of the Company and the Union within thirty (30) days of such posting and, if not resolved, shall be subject to the grievance procedure. The Company shall post a new list at least once each Agreement year, and new employees shall be added to such posted lists at such time as they attain regular employee status.

D.  Any employee desiring to terminate his employment must give a one (1) week advance written notice of such intent. The Company shall pay such employee all monies due, including wages, vacation pay, holiday pay (if eligible), bond monies, etc. within thirty (30) days of resignation. Failure to provide such written notice shall result in forfeiture of any vacation pay due for the year in which resignation takes place, and holiday pay, if applicable.

E.  Any Driver Sales Person taking a supervisory position and then returning to the bargaining unit, shall retain his union seniority to the time he left the bargaining unit. He will have no bumping rights and must be in the unit thirty (30) days before he may bid on a route.

9

ARTICLE XIX
LEAVE OF ABSENCE

A. An employee desiring a Medical Leave of Absence for an off-the-job illness or injury shall be granted such leave if medical proof is provided that the employee is unable to work. Seniority shall continue to accumulate during a Medical Leave of Absence for a period not to exceed one (1) year. The Company may, from time to time, (but not oftener than thirty (30) days), demand proof that an employee on Medical Leave is unable to work.

B. During a period in which an employee is entitled to Workmen's Compensation benefits, Unemployment benefits, or Sick & Accident Insurance benefits, such employee shall not be required to accept vacation pay.

ARTICLE XX
BEREAVEMENT LEAVE

A. In the event of a death in the employee's immediate family, i.e., father, mother, spouse, brother, sister, child, step-parent, step-child, mother-in-law, father-in-law, grandchildren or grandparents of the employee; it is agreed that three (3) consecutive, or nonconsecutive, work days shall be granted to the employee to grieve and the employee shall suffer no loss in pay. A day's pay shall be, in the case of a Driver Sales Person, the earnings of their route. Hourly rated employees shall receive eight (8) hours pay per day as funeral leave pay.  In the event of the death of an employee's brother-in-law, sister-in-law, aunt or uncle, one (1) day with pay shall be granted to the employee to grieve, with confirmation of passing.

ARTICLE XXI
JURY DUTY

A. Employees who are summoned for Jury duty and required to serve shall be paid the difference between Jury duty pay and their regular earnings for such time as they serve as jurors, however, not to exceed two (2) weeks. An employee, excused from Jury duty any given day(s) during the two (2) week period, shall report such fact to the Company and the Company may require the employee to work the day(s) excused. The Company shall not require an employee to work on any days that are not regularly scheduled workdays to defeat the intent of this Article.

ARTICLE XXII
BONDING

A. Eliminate bond requirement and refund to employees.

ARTICLE XXIII
VACATION

A. The Employer agrees that eligible employees may be allowed to select their vacation on the basis of seniority over the entire year starting with January 1st through December 31st of the following year.  Holiday weeks will not be excluded from vacation periods.

1.  For sales employees, the vacation schedule will be posted during the first full week of December and each employee shall select his vacation for the following year in accordance with his seniority.

2.  The maximum number of vacations which the employer shall be required to grant during the same weeks shall not exceed one (1) vacation for each ten (10) routes, two (2) for each eighteen (18) routes.

B.  The pick of vacations shall be based on and limited to seniority accrued in the particular classification under which the employee works at the time vacations are picked. However, the qualifying years for length of vacation shall be based on the total length of continuous employment with the employer.

C. Employees with two (2), three (3), or more weeks of vacation may elect to split their vacations into two (2) segments. All such vacations must be taken in full-week segments. For purposes of vacation scheduling, employees eligible for more than one vacation segment shall not be eligible to make their second or third choice until its eligible employees have made their first and second selections, respectively.

D. All employees entitled to vacation must take their vacation annually and shall not be required to return to work before his vacation period is expired. In the case of a compensible injury or illness, time lost not to exceed three (3) months, shall not be construed as interrupting the yearly working service of an employee.

E.  As of September 11, 2023 all Teamster employees shall qualify for the vacation benefit listed below.

| | |
|---|---|
| Upon completion of one year continuous employment | One week |
| Upon completion of two years continuous employment | Two weeks |
| Upon completion of five years of continuous employment | Three weeks |
| Upon completion of ten years of continuous employment | Four weeks |
| Upon completion of seventeen years of continuous employment | Five weeks |

F.  The vacation pay for regular Driver Sales Persons shall be based upon the average wages earned by the employee during the preceding calendar year, or the twelve (12) months prior to the qualification date if an employee was not employed during the entire preceding calendar year.

1. Full-time mechanics, drop deliverymen and transport drivers will be paid on their hourly rate, excluding overtime.

2. Employees shall be entitled to receive their vacation pay on the last day of work

11

prior to going on vacation.

G. It is agreed that the employees shall not be able to select vacation in the week prior to (build up week) Memorial Day.  In the week for the term of this Agreement in which July 4th falls the employees will not be able to take vacation on the build- up week prior to the July 4th Holiday, or where July 4th lands on a Friday or Saturday they cannot take the week of the Holiday.

ARTICLE XXIV
HOLIDAYS

A.  The following named Holidays shall be considered as paid holidays and no employee, working under this Agreement, shall be required to work on those days: New Year's Day, Decoration Day, Independence Day, Labor Day, Thanksgiving Day, and Christmas Day.

B. Group Leaders and Driver Sales Persons shall receive as holiday pay, Sixty Dollars ($60) per day for each holiday set forth in this Agreement that the Company schedules four (4) days work. Should the Company schedule five (5) days work, the employees will receive $120.00 holiday pay. Pull up work shall not be considered a day worked.

C. Hourly rated employees shall receive eight (8) hours pay at the applicable hourly rate as holiday pay for each of the holidays named herein. All time worked in excess of thirty-two (32) hours in a holiday week shall be paid for at the time and one-half (1 ½ %) hourly rate; however, this shall not apply to the Birthday Holiday, Section E. of this Article.

D. To qualify for holiday pay, an employee must work the scheduled work day before and after the holiday.

E. Effective January 1, 2018, the employee will be granted two (2) personal days per year. The employee shall schedule these personal days in advance except in the case of an emergency, in which case the day may be taken with Company approval. The employee shall be compensated for the personal days the same monies he would receive if he had worked that day. New employees must complete one (1) year of service in order to be eligible for their personal days.

12

ARTICLE XXV
HEALTH & WELFARE

A. The Health Care Plan is outlined in the APPENDIX. Coverage levels and employee contribution amounts are outlined there.

B. Employee contribution rates change effective Sunday March 14, 2021.

ARTICLE XXVI
PENSION

A. It is agreed that all retirement benefits for the members will be accrued only through the Schwebel Baking Company Pension Plan which became effective on December 28, 1955. Each member will become a participant under this Plan on the day when he first meets all of the following requirements:

1. he has one (1) year of service, if hired on or after December 28, 1979;

2. he is not a member of a collective bargaining unit with which the Employer has a collective bargaining agreement pursuant to which the Employer contributes to another retirement program on behalf of such employee or there is evidence that retirement benefits were the subject of good faith bargaining.

For these purposes, "one year of service" means the first twelve (12) consecutive month period beginning with the employee's employment date, provided he has at least 1,000 hours of service within such period; otherwise the first twelve (12) consecutive month period beginning on the anniversary of such date within which he has at least 1,000 hours of service. An employee's "employment date" is the first day for which the employee is credited with an hour of service.

B. It is further understood that the Company (Schwebel Baking Company) always reserves the right to improve the benefits of the Plan subject to notification of the participating employee.

C. The Prudential Life insurance Company has been retained to assist the Company in the administration, investment and communication of the Plan. All aspects of the Plan have been in an agreement between Prudential and Schwebel Baking Company. Further, the provisions of the Plan have been outlined in a Summary Plan Description which has been distributed to all current participants and will be distributed to newly hired employees.

13

ARTICLE XXVII
WORKWEEK & CONDITIONS

A. The normal workweek shall consist of five (5) working days. It is understood and agreed that, for the purpose of providing services for special accounts where there is a necessity to provide six (6) day delivery service at the demand of the customer, the Company may utilize a six (6) day operation with respect to said accounts. When deliveries are made, because of customer requirements, on drop-out days, Sundays, and/or Holidays, and such deliveries are performed by personnel other than the Driver Sales Person of the effected route, the Driver Sales Person of such effected route shall receive commission for all such delivered products. The employer may schedule some or all route salespersons to work a four (4) day workweek, Monday through Saturday. Base pay amount to be mutually agreed upon.

B. The Company shall establish reasonable starting times for all employees in the bargaining unit. Driver Sales Persons shall service their last stop no later than 4:30 P.M. each day, and, upon returning to the Company facility, shall not be required by the Company to exceed thirty (30) minutes in settling time which includes posting of route books, completion of settlement sheets, order placement for the following day, and settlement of accounts.

C. When a new job is created or vacancies occur, the oldest eligible employee in point of service shall be given preference in filling the job. It is understood that an employee is entitled to only one (1) change of routes by bidding in a one (1) year period. Newly created jobs must be posted for bid within seven (7) calendar days from the day the new job is created. Bids for vacancies shall be posted for three (3) days. Any contemplated route cuts or adjustments shall be completed prior to the route(s) being posted for bid. Route vacated by bid shall be subject to bid. This shall be limited to the first route vacated by bid only.

D. The steward shall be notified in writing, within three (3) days from the closing of the bid period, of the successful bidder. Within four (4) weeks from the day the successful bidder has been awarded a bid, such bidder shall be placed on the route or receive the earnings of said route in lieu thereof. The Company agrees to make an effort to notify eligible employees, who are off work, of a posted bid so that such employees may have an opportunity to bid.

E. If it becomes necessary to eliminate a bid job, the employee whose job is eliminated shall have the right to displace a less senior employee, provided less senior employees are working, and that junior employee shall displace a less senior employee. If such action causes a lay-off, the employee with the least seniority shall be laid off first.

F. If a Driver Sales Person's route is adjusted, or consolidated in its entirety, by distributing the business among other routes which would cause a reduction in his pay, the Driver Sales Person so effected shall be guaranteed, for sixteen (16) weeks against any reduction in his pay as compared with the pay he would have received had such adjustment not been made. The Driver Sales Person will be paid weekly starting with the first week following the adjustment. The Company shall use the previous four (4) normal weeks.

14

G. If the Company requires the employees to wear uniforms, the Company agrees to pay one-half (1/2) of the cost of such uniforms; however, it shall be the responsibility of the employee to wear the prescribed uniforms and keep them clean. Replacement of worn items shall be on a 50-50 cost basis. In addition, uniform shorts and short sleeved shirts may be worn throughout the year, weather permitting.

H. No employee shall be required to pay for any Company authorized outstanding account. Full credit shall be given on all returnable goods, provided such goods are not overdue according to code. The Company also agrees to reimburse an employee for Company funds stolen during a hold-up while on duty, provided the employee reports such incident to the Company and the police as soon as possible.

I. A "Drop-Delivery" shall mean "delivering merchandise to a customer without doing any ordering or billing" and such deliveries shall be performed by hourly rated employees. In the event an emergency arises that requires the delivery of "Drop Delivery" products by a Driver Sales Person, the effected Driver Sales Person shall be compensated for such work on an individual, mutually agreed to basis.

J. The Company and Union recognize that the presentation of employees in the workplace contributes to a professional environment and the public image that has contributed to the success and viability of the Company.  Therefore, the Company expects employees to be well groomed and professional in appearance when at work.  Under these circumstances, employees are allowed to wear facial hair in accordance with the following guidelines:

a. The facial hair must be kept trimmed and neat at all times; and

b. The facial hair must be kept short and not excessive in length

K. The following equipment necessary to perform the job shall be provided by the Company to include handcart, reach pole, 12 highs, handheld, printer, carry case, and Bullseye stickers.  When a handheld device, printer, or carry case is damaged or lost due to an RSR's negligence, the RSR will pay for the cost of replacement.

ARTICLE XXVIII
WAGES

A.  Employees that have perfect attendance for the twelve months in the prior calendar year effective 2024 shall be awarded two (2) extra personal day for use in the following year. Perfect Attendance is defined as no time away from scheduled work that is not covered by Paid Time Off in the form of Vacations and or Personal Days.

15

B. DRIVER SALES PERSONS:

| Effective Date | Base Pay (Per Wk.) | Commission | Drop | Fast Food & Private Label | Min. Guar. (Per Wk.) | Giant Eagle PL | Purchased Products* |
|---|---|---|---|---|---|---|---|
| 9/11/2023 | $332.00 | 8 ½ % | n/a | 5% | $800.00 | 5 ½% | 8.00% |
| 9/9/2024 | $337.00 | 8 ½ % | n/a | 5% | $800.00 | 5 ½% | 8.00% |
| 9/15/2025 | $342.00 | 8 ½ % | n/a | 5% | $800.00 | 5 ½% | 8.00% |

- Purchased products at full commission before ratification and newly added purchased products (products not currently produced in-house, unless otherwise agreed by the Union) shall be subject to the rates outlined in the above chart.

Driver Sales Persons shall receive full base pay each week and full commission on all new sales delivered by such Driver. The Base Pay contained above shall be based upon a normal five (5) day workweek. If a Driver Sales Person is absent from work, on his own accord, he shall not be entitled to base pay or commission for each day of absence; however, if a Driver Sales Person is required to work a sixth (6th) and/or (7th) day in a workweek, he shall receive commission for products delivered on such days and the base pay shall be adjusted accordingly. Fast Food and Private label products, delivered by Driver Sales Persons, shall be paid for at the commission rate specified above. Drop Delivery products, delivered by hourly paid Drop Delivery employees, shall pay no commission.

C. GROUP LEADERS:

Group Leaders shall be guaranteed a minimum weekly wage of not less than the average earnings of the Driver Sales Persons in the Unit or their division.

D. HOURLY RATED EMPLOYEES:

If any hourly rated employees are hired in the Transport-Driver (Trader-Trailer), Drop Delivery Driver (Straight-Truck), Mechanic or Utility positions during the term of this Agreement it is agreed the Company and Union shall negotiate the wage rate.

16

E.   New driver sales persons employed after date of ratification shall be paid on the following basis when assigned to a route:

Their 1st year............................................... 80% of the base rate
Their 2nd year............................................... 90% of the base rate
Their 3rd year...............................................100% of the base rate

G.   PULL UP WORK

The Company will post for volunteers, in the event volunteers are not found for pull up work, the company may require bargaining unit employees to perform the pull up work on the basis of inverse seniority, with the bottom 25% on the overall seniority roster rotating for the purpose of performing such work. Any employee required to perform pull up work will be given a minimum of five (5) days notice.

The compensation for pull up work shall be:

Effective September 11, 2023:        0 - 5 hours - $85
                                     5 - 8 hours - $130

H.   METHOD OF DELIVERY (NEW)

a.   The Company may explore alternate delivery options when feasible after meeting with the Union to negotiate terms prior to implementation.

I. 401(k) PLAN

The Company agrees to maintain a 401(k) plan in which the non-probationary employees covered by this Agreement may participate through voluntary pre-tax contributions.  All aspects of the operation of the Plan, called "The Schwebel Baking Company 401(k) Plan," will be determined by the Company in accordance with the plan document and all applicable Federal and State law.

17

## ARTICLE XXIX
### TERM OF AGREEMENT

This AGREEMENT shall be in full force and effect from September 11, 2023 through September 13, 2026 and shall continue thereafter from year to year unless either party shall, prior to sixty (60) days before expiration of any yearly period starting September 14th, notify the other party hereto in writing of its desire to modify or change this AGREEMENT.

The fully authorized representatives of the Parties of this AGREEMENT have affixed their hands and seals on this 11th day of September, 2023.

FOR THE COMPANY:
SCHWEBEL BAKING COMPANY OF PA.

FOR THE UNION:
GENERAL TEAMSTERS UNION LOCAL #397

18