Exhibit H

# A G R E E M E N T

## Between

## SCHWEBEL BAKING CO. OF PA.

## and

## TEAMSTERS LOCAL UNION NO. 926
## OF PITTSBURGH, PA
## (an affiliate of The International Brotherhood of
## Teamsters of America)

Contract Extension
Effective December 12, 2021 through December 24, 2025




TABLE OF CONTENTS

PAGE

ARTICLE 1    RECOGNITION AND UNION SECURITY ..................................... 1

ARTICLE 2    MANAGEMENT RIGHTS ................................................................ 3

ARTICLE 3    NON-DISCRIMINATION ................................................................. 4

ARTICLE 4    SHOP STEWARDS ........................................................................... 4

ARTICLE 5    DISCHARGE & DISCIPLINARY ACTION ................................... 5

ARTICLE 6    GRIEVANCE & ARBITRATION PROCEDURE ............................ 8

ARTICLE 7    SENIORITY ..................................................................................... 10

ARTICLE 8    LEAVES OF ABSENCE ................................................................. 12

ARTICLE 9    WORKWEEK ................................................................................... 17

ARTICLE 10   SALES VACANCIES & WORK CONDITIONS ........................... 18

ARTICLE 11   SALES ROUTE ADJUSTMENTS ................................................. 22

ARTICLE 12   WAGE SCHEDULES - ROUTE SALES PERSONS ....................... 23

ARTICLE 13   WAGES – WORK CONDITIONS SHIPPERS, THRIFT
STORE CLERKS AND UTILITY PERSONS ................................. 25

ARTICLE 14   GUARANTEES ................................................................................ 26

ARTICLE 15   HOLIDAYS ..................................................................................... 26

ARTICLE 16   VACATIONS ................................................................................... 28

ARTICLE 17   HEALTH AND WELFARE PLAN ................................................. 30

ARTICLE 18   PENSION PLAN .............................................................................. 30

ARTICLE 19   JURY DUTY PAY ........................................................................... 32

ARTICLE 20   MISCELLANEOUS ........................................................................ 32

ARTICLE 21   DROP DELIVERY DRIVERS ........................................................ 34

ARTICLE 22   NEW AGENCIES ............................................................................ 34

ARTICLE 23   ALCOHOL AND DRUG TESTING POLICY ............................... 35

ARTICLE 24   TERM OF AGREEMENT ............................................................... 38

i.

# AGREEMENT

MADE AND EXECUTED THIS 21st day of August, 2023, in Pittsburgh, Pennsylvania, between SCHWEBEL BAKING COMPANY OF PA., its successors or assigns, party of the first part, hereinafter referred to as the "Employer," and the TEAMSTERS LOCAL UNION NO. 926 of Pittsburgh, Pennsylvania, an affiliate of the International Brotherhood of Teamsters of America, party of the second part, hereinafter referred to as the "Union."

NOW, THEREFORE, the Employer and the Union, acting by and through their duly authorized agents, hereby agree as follows:

## ARTICLE 1
## RECOGNITION AND UNION SECURITY

### Section 1. Recognition.

(a) The Employer recognizes the Union as the sole collective bargaining agent for all full-time route sales persons, full-time shippers, full-time thrift store clerks and full-time utility persons (collectively the "Employees") employed by the Company at its Pittsburgh, Pennsylvania facilities covered by this Agreement. Full-time Employees shall be defined as those Employees who regularly work in excess of twenty-six (26) hours per week. Part-time Employees shall not be used for the purpose of eliminating the position of a full-time Employee.

(b) "Full-time Employees" shall be defined as those Employees who regularly work thirty (30) or more hours per week. "Part-time Employees" shall be defined as those Employees who regularly work less than thirty (30) hours per week.

(c) It is mutually agreed and understood that this Agreement shall apply only to full-time Employees under the classifications set forth in Article 7, Seniority.

### Section 2. Union Liability

(a) The Union and Employer agree that there shall be no strikes, lockouts, or tie-ups during the term of this Agreement.

(b) The Union, in making this Agreement, is acting as an agent for the Employees covered by this Agreement and shall under no circumstances, be liable for any strikes, breaches or defaults under this Agreement, provided the Union can show that it has, by its official action, either on its own accord or upon receipt of notice from the Employer, ordered the immediate cessation of any such unauthorized work stoppage, breach or default of this Agreement and ordered the Employees to return to work the earlier of their next scheduled workday or within twenty-four (24) hours. The Union notices must be posted at all Employer agencies, and distribution centers falling under the scope of this Agreement.

The Union shall confirm posting of this notice by registered mail and email correspondence with receipt confirmation to the Employer.

(c) Any Employee who violates this Agreement or the intent of this Agreement by instigating or participating in a work stoppage or slowdown or takes any action contrary to this Agreement without the sanction of the proper Union official shall be subject to immediate discharge.

(d) The Union agrees not to file a grievance or otherwise intercede on their behalf, except with respect to the question of fact as to whether an Employee instigated or participated in such work stoppage or slowdown or took any action contrary to this Agreement. If the Union shall be of the opinion that any such discharge or discipline was without just cause, it may take the question up with the Employer utilizing as necessary the grievance procedure set forth in Article 6.

(e) The Employer shall be deemed to have met its notice requirement under this Section 2 by sending written notice to the Union's address of record by facsimile transmission, email correspondence with confirmed receipt, or other documented method of communication addressed to the President, Secretary-Treasurer or Business Representative of the Union.

### Section 3. Union Security

(a) It shall be a condition of employment that all Employees of the Employer covered by this Agreement shall be members of the Union in good standing and those Employees who are not members on the effective date of this Agreement, or date of execution, whichever is later, shall become and remain members in good standing in the Union. It shall also be a condition of employment that all Employees covered by this Agreement and hired on or after its effective date or execution date, whichever is later, shall on the 31st day following the beginning of such employment, shall become and remain members in good standing in the Union.

(b) The Union agrees to admit new Employees to membership upon payment of the required initiation fees and dues. Except to the extent specifically authorized or permitted under Section 3(c), it is understood and agreed that only members of the Union in good standing will be permitted to perform any of the bargaining unit work under the jurisdiction of the Union.

(c) Supervisory employees of the Employer are authorized and may perform bargaining unit work during periods of emergency, vacations, or at such other times when such bargaining unit work must be performed and an Employee in whose classification the work falls is not immediately available to perform the bargaining unit work.

(d) The failure of any Employee covered by this Agreement to become a member of the Union in the required time set forth in Section 3(a) shall obligate the Employer upon written notice from the Union to discharge such Employee, provided that Union

2

membership was made available to such Employee on the same terms and conditions generally available to other Employees.

(e) The failure of any Employee covered by this Agreement to maintain Union membership in good standing, shall obligate the Employer upon written notice by the Union to discharge such Employee.

### Section 4.  Check off

(a)  Upon receipt of a signed and dated written authorization, the Employer will deduct from an Employee's wages, Union initiation fees and monthly dues and remit the same to the Union no later than the 15th day of each month.

(b)  The Union agrees to hold the Employer harmless from all legal claims or liability that may arise in connection with this check off provision or any Employee deductions and remittance made pursuant to this Section 4.

### Section 5.  Compliance with Laws

Nothing contained in this Agreement shall require the Employer or the Union to take any action, which shall be in violation of any federal or state law, order, ordinance, regulation, rule or statute of the United States or the Commonwealth of Pennsylvania.

## ARTICLE 2
## MANAGEMENT RIGHTS

### Section 1.  Management Functions.

(a) All inherent and common law management functions and prerogatives which the Employer has not expressly modified or restricted by a specific provision of this Agreement are retained and vested exclusively in the Employer and the Employer shall continue to have the exclusive right to take appropriate action in the management of the plant and direction of the work force in accordance with its judgment.

(b) The Employer retains the right to hire and discharge all Employees, but no Employee will be discharged or suspended without just cause.

(c)  Except as provided herein, the Company shall retain the right to control and supervise all operations and direct its work force, including, but not limited to the right discipline, layoff, promote, demote, to determine the scope of its operations, decide the number and locations of its facilities, regulate the use of all equipment and other property of the Company; to maintain discipline among its Employees, to establish policies, procedures and reasonable work rules, to determine the schedule of hours and shifts, to promote efficient, economic operation of the business, provided that the provisions of this paragraph shall not be used by the Company for the purpose of discrimination against the Employees contrary to the terms of this Agreement.

3

**Section 2. Abide by Agreement.**

In the exercise of its rights under this Article, the Employer agrees to abide by the provisions of the other Articles of this Agreement.

## ARTICLE 3
## NON-DISCRIMINATION

### Section 1.

(a) No applicant or Employee shall be discriminated against in hiring, promotions or continued employment because of race, color, age, religion, sex, national origin or disability.

(b) Any separate Employer and Union agreements entered into or otherwise required to comply with the Americans with Disabilities Act of 1990 (ADA) and any and all subsequent amendments thereto will be handled on an individual, case-by-case basis and will be non-precedent setting. The parties recognize that each of them have obligations pursuant to the ADA to employ and, in some cases, to accommodate disabled persons. The parties further acknowledge that the Employer may take whatever action is necessary to comply with the provisions of the Act, and that nothing in this Agreement is intended to interfere with or impede the Employer in meeting these obligations.

### Section 2. Family Medical Leave.

An Employee taking leave pursuant to the provisions of the Family and Medical Leave Act (FMLA) and any and all subsequent amendments thereto for a "serious health condition" as defined under the Act shall not be required by the Employer to substitute any paid leave earned under this Agreement for unpaid leave when the Employee can show good cause. "Good cause" under this section shall be limited to those circumstances where an Employee has prepaid vacation or non-refundable airline or other reservations for use during the Employee's scheduled vacation period.

## ARTICLE 4
## SHOP STEWARDS

### Section 1. Designation.

The Employer recognizes the right of the Union to designate a Shop Steward and alternate.

### Section 2. Authority and Limitation.

(a) The Authority of the Shop Steward and alternate so designated by the Union shall be limited to, and shall not exceed, the following duties and activities:

4

(1) The investigation and presentation of grievances in accordance with the provisions of the Collective Bargaining Agreement.

(2) The collection of dues when authorized by appropriate local Union action.

(3) The transmission of such messages and information which shall originate with, and are authorized by the Local Union or its officers, provided such messages and information:

(i) Have been reduced to writing, or

(ii) If not reduced to writing, are of a routine nature, and do not involve work stoppages, slowdowns, refusal to handle goods, or any other interference with the Employer's business.

(b) The Shop Steward and alternate have no authority to take strike action or any other action interrupting the Employer's business, except as authorized by official action of the Union.

(c) The Employer recognizes these limitations upon the authority of Shop Stewards and their alternates, and shall not hold the Union liable for any unauthorized acts. The Employer in so recognizing such limitations shall have the authority to impose proper discipline, up to and including immediate discharge of any Shop Steward or alternate who has taken unauthorized strike action, slowdown or work stoppage in violation of this Agreement subject to Union review and grievance as otherwise provided in Article 2(d).

### Section 3. Vacation Preference.

The Shop Steward shall have the first selection of vacation as otherwise provided under Article 16, Vacation.

### ARTICLE 5
### DISCHARGE & DISCIPLINARY ACTION

### Section 1. Discharge and Disciplinary Action.

(a) The Employer shall not discharge nor suspend an Employee without just cause.

(b) The Employer in the assessment of discipline or discharge will generally follow a progressive penalty schedule consisting of:

First violation: Verbal reprimand with written
documentation provided to the Union

5

| Second violation: | Written reprimand |
| Third violation: | Three Days Suspension |
| Fourth violation: | Discharge |

(c) The Employer reserves the right to proceed directly to discharge if the cause of such discharge is dishonesty, theft, or falsification of any Company record, drunkenness, use, possession or sale of alcohol or narcotics during working hours, the transporting of an unauthorized person in a Company vehicle, or the possession of a weapon or firearm on Company property.

(d) Before any disciplinary or discharge notices are issued, a meeting reviewing the facts giving rise to the notice shall be held with the Employee, a union representative and designated representatives of the Employer. The parties will attempt to schedule this meeting in a timely manner and may agree to waive this requirement if there is a threat of Employee violence towards either party.

### Section 2. Notice.

(a) Discharge or disciplinary action must be by proper written notice to the Employee and the Union within five (5) working days of the meeting noted in Section 1(d) above. Prior discipline shall have no force or effect after twelve (12) months from the date of the assessment of the penalty.

(b) Notice of discharge shall be given to the Employee and the Union the date of discharge either in person or by other documented methods of communication.

### Section 3. Resignations.

(a) An Employee desiring to terminate employment must give one (1) week advance written notice of the intention to resign. Failure to provide this notice will result in forfeiture of any vacation pay.

(b) If the Employer does not want the Employee to work out the notice week, the Employee will be paid the salary and commission for that week in lieu thereof.

### Section 4. Driver Safety

(a) Each Employee must operate the assigned Company vehicle in a safe manner and in full compliance with all state and federal statutes and regulations.

(b) An Employee who has:

6

1.    caused a vehicular accident, resulting in material property damage in excess of three thousand dollars ($3,000.00) or personal injury to third parties; and/or

2.    violated state or federal traffic laws resulting in a citation, not otherwise caused by the malfunction of equipment located on the vehicle; and /or

3.    cannot provide proof of insurability or has operated the vehicle with gross negligence or recklessness; may be subject to progressive disciplinary action up to and including discharge from employment as reasonably determined by the Company in consideration of the facts of the specific accident.

The Union reserves the right to challenge the discipline assessed pursuant to this Section 4 (b) including the extent of any lost time penalty pursuant to the arbitration provisions of this Agreement.

(c)  An Employee who is convicted of driving a personal vehicle during non-working hours under the influence of alcohol in excess of any State's established legal limit shall report any license suspension and/or conviction in writing to the Company within twenty-four (24) hours of such event.

(d)  An Employee who is convicted of driving a personal vehicle during non-working hours under the influence of alcohol shall be required to execute a monitoring agreement for a period of twelve (12) months following reinstatement as a condition of granting a leave of absence under Article 7, Section 6.  An Employee who is convicted a second time for such an offense in any ten (10) year period will be terminated.

(e)  A monitoring agreement under this Section shall at a minimum provide for:

1.    Referral to a qualified Employee assistance program (EAP) for evaluation;

2.    Employee compliance with the terms of the EAP program and after care protocols recommended by the EAP counselors.

3.    Random drug and alcohol testing not to exceed three (3) times during the twelve (12) month period following reinstatement to employment;

4.    An Employee's positive test result or refusal to take a random test when notified or any attempt to adulterate a test sample shall result in immediate termination under the terms of the monitoring agreement;

5.    A medical release permitting a designated Company and Union official to receive written documentation or information from the EAP regarding the Employee's compliance with the program requirements.

7

## ARTICLE 6
## GRIEVANCE & ARBITRATION PROCEDURE

### Section 1.  Grievance Procedure.

(a)  It is agreed that should any charge of violation of this Agreement or charge of discrimination arise between the parties hereto, an attempt shall be made to settle such controversy amicably.

(b)  In order to expedite the settlement of grievances, the following steps will be employed provided such grievances are submitted in writing within five (5) working days from the date the alleged violation of the Agreement occurs:

1.  Step One: The Shop Steward and the authorized Employer representative shall make every effort to settle the dispute. If the matter is still unsettled within five (5) working days from the date of the grievance, it shall then be referred to Step Two of this Section.

2.  Step Two: The Union official and the Employer representative shall within thirty (30) calendar days meet in an attempt to settle the dispute. If the grievance still remains open after this Step Two meeting, it shall be referred to arbitration as provided herein. If the grievance involves discharge from employment, the Step Two meeting will take place within seven (7) calendar days of the date of discharge.

(c)  The parties may extend these time periods in Section 1(b) by written mutual agreement.

### Section 2.  Arbitration Procedure.

(a)  Grievances which are not settled pursuant to the Grievance Procedure of this Article, and which the Union desires to contest further, and which involve interpretation or application of the provisions contained in this Agreement, shall be submitted to arbitration as provided in this Article, but only if the Union gives written notice to the Employer of its desire to arbitrate the grievance within thirty (30) calendar days after the meeting referred to in Step 2 of the Grievance Procedure.

(b)  In cases of discharge, such written notice by the Union requesting arbitration shall be given to the Employer within ten (10) calendar days of the date the Employee is notified of the discharge, otherwise it is understood and agreed that discharge was proper and for just cause.

(c)  As soon as possible and in any event not later than ten (10) calendar days after the Employer receives written notice of the Unions desire to arbitrate, the parties shall request a panel of arbitrators from the American Arbitration Association. The arbitrator shall be selected by alternately striking names from the panel until one (1) name remains.

8

It is provided, however, that in event either party feels that the list submitted by the American Arbitration Association is unsatisfactory, such party shall have the right to request one (1) additional list of arbitrators for consideration. The selection of the party who will strike the first name from the panel shall be determined by lot.

(d)  The arbitrator shall have no power to alter, amend, change, add to, or subtract from, any of the terms of this Agreement, but shall only determine whether or not there has been a violation of this Agreement or working conditions of Employees covered by this Agreement within the allegations set forth in the grievance. The decision of the arbitrator shall be based solely upon the evidence and arguments presented by the respective parties in the presence of each other.

(e)  The decision of the arbitrator shall be final and binding upon the parties in dispute and there shall be no strike, lockout, slowdown or stoppage of work during, or pending the arbitration hearing or award except as authorized in Section 2 paragraph (f) herein.

(f)  If either party fails to abide by the arbitration award, the other party will be free to take action notwithstanding the provisions of Article I, Section 2(a) of this Agreement. Such action, however, will not become effective until seventy-two (72) hours after the party has officially notified the other party in writing by registered mail and email correspondence with confirmation of delivery of the contemplated action.

(g)  The party producing a witness or retaining a representative shall pay the fees and expenses of such witnesses and representatives. The fees and expenses of the arbitrator and other related costs associated with the arbitration shall be shared equally by the parties.

(h) The arbitrator may hear and determine only one (1) grievance at a time without the express agreement of the Employer and the Union. In the event there are similar grievances, the Employer and the Union will make every effort to agree to arbitrate them together.

### Section 3.  Non-Compelling Arbitration.

It is expressly agreed and understood that no Employee shall have the right to compel the arbitration of his grievance or dispute without the written consent of the Union Executive Board.

9

## ARTICLE 7
## SENIORITY

### Section 1.  Seniority Definition.

Seniority is determined and based upon the continuous length of service with the Employer, from the Employees most recent date of hire. Seniority will apply and be considered separately, in the following departments unless otherwise agreed upon by the parties in an Addendum to this Agreement.

### Section 2.  Seniority List.

The Employer agrees to furnish the Union, and post a copy in a conspicuous place, of a current seniority list at the beginning of each year.

### Section 3.  Seniority Departments.

(a)     Route Sales Persons, Extra Sales Persons, Drop Delivery Drivers
        Full-time Shippers
        Full-time Thrift Store Clerks
        Full-time Utility Persons

(b)  The Company shall retain the right to promote or demote any individual from or to a supervisory position.

(c)  Bargaining unit Employees who accept a promotion into a non-bargaining unit supervisory position after ratification of this Agreement will be permitted to return to the bargaining unit in line with their prior accrued seniority for purposes of vacation entitlement but shall be considered a new hire on the seniority list with one year accrued seniority for job bidding purposes.

### Section 4.  New Employees.

(a)  When new help is hired, the Employer shall notify the Union by letter, no later than the week following hiring date of any new Employee.

(b)  New Employees shall be considered as probationary Employees for a period of ninety (90) days.  During this period the Employer may transfer, layoff or discharge said Employee without notice or termination pay. At the conclusion of the probationary period, Employees shall be placed on a regular seniority roster or terminated from employment. Seniority shall date from the first day of hire. Employer agrees to provide the Union with the name and hiring date of all new Employees.

10

(c) The Parties may agree to extend the probationary period for an additional thirty (30) days.

### Section 5.  Layoffs.

(a)  When the number of Employees is reduced in any department the Employees youngest in service in that department shall be laid off first, and seniority shall prevail in re-employment after layoff.

(b) Employees shall be given one (1) week's notice of layoff or one (1) week's pay in lieu of notice of layoff.

### Section 6.  Recall from Layoff.

(a)  In the event of recall, the laid off Employee shall be given notice of recall by registered mail, return receipt requested, sent to the address last given the Employer by the Employee, with a copy to the Union. Within three (3) calendar days after tender of delivery at such address of the Employer's notice, the Employee must notify the Employer by registered mail, with return receipt requested, of the Employee's intent to return to work.

(b) An Employee shall report to work within seven (7) calendar days after date of tender of delivery of the recall notice, unless it is mutually agreed in writing signed by the Employer and the Union that the Employee need not return to work within the seven (7), calendar day period.

(c)  In the event the Employee fails to comply with the above provisions, the Employee shall lose all seniority rights under this Agreement and shall be considered as a voluntary quit.

### Section 7.  Continuation of Seniority.

Employees with one (1) or more years of seniority shall if laid off from employment, continue to accumulate seniority up to one (1) year.  If the Employee is not recalled to work at the end of that one-year period, seniority shall terminate.  An Employee will not be entitled to accrue any benefits such as holiday pay, vacation pay, etc., while on layoff.

### Section 8.  Loss of Seniority.

The seniority of an Employee shall be considered broken and all rights forfeited:

(a)    When the Employee voluntarily resigns from the service of the Employer; or

(b)    When the Employee is discharged under the terms of this Agreement; or

11

(c)      When the Employee fails to return to work upon completion of an approved leave of absence; or

(d)      When an Employee with one (1) or more years of seniority has not been recalled to work at the end of one (1) year; or

(e)      When the Employee fails to comply with the Recall provisions of Article 7, Section 6; or

(f)      When the Employee falls within any of the criteria listed in Article 7, Medical Leaves, Section 2(k) (1-6).

## ARTICLE 8
## LEAVES OF ABSENCE

### Section 1. Time Off for Union Business.

(a) The Employer agrees to grant the necessary time off, without discrimination or loss of seniority right and without pay, to any Employee designated by the Union to attend a labor convention or serve in any other capacity on other official Union business, providing at least one (1) week's written notice is given to the Employer by the Union, specifying length of time off. The Union agrees that in making its request for time off for Union activities, due consideration will be given to the number of Employees affected in order that there shall be no disruption of the Employer's operation due to lack of available Employees.

(b) Employees who serve the Union, as full-time officers shall accrue seniority while they serve as an officer of the Union.

### Section 2. Medical Leaves of Absence

(a) The Employer shall grant in writing upon application of an Employee on forms to be provided by the Employer, a medical leave of absence whenever an Employee is certified by a State licensed physician as not physically able to perform the duties required due to an illness or injury. The Employer may require the Employee to provide written medical evidence verifying the nature of the illness or sickness and a concurrent certification of disability. The failure of an Employee or the attending physician to comply with this request within a reasonable time will result in loss of seniority under this Agreement. Any medical leave of absence granted under this section would run concurrent with any other FMLA leave eligibility.

(b) The Employer shall not be obligated to grant a medical leave of absence:

1.      For any period that exceeds the length of service of the Employee for any medical illness or injury;

12

2.      For any period in excess of fifteen (15) months for a non-occupational illness or injury;

3.      For any period in excess of twenty–two (22) months for a workers' compensation-related illness or injury.

(c) An Employee who is on any medical leave of absence and who does not return to work upon the expiration of medical certification of disability and/or the maximum medical leave of absence eligibility outlined in this paragraph shall lose all seniority under this Agreement and employment shall be terminated.

(d) The medical leaves of absence noted herein may not be combined to extend the obligation of the Employer to reinstate the Employee. In those cases where a non-occupational leave of absence becomes a workers compensation leave of absence, the total medical leave of absence period shall not exceed twenty-two (22) months.

(e) Employees who are granted a medical leave of absence for any reason who return to work and subsequently are again granted a medical leave of absence within thirty (30) working days for the same or similar diagnosis shall be considered on the original medical leave. The original date of disability when the first medical leave of absence commenced shall be treated as the first disability date of the second medical leave of absence for the purposes of calculating remaining medical leave of absence eligibility under this section.

(f) Employees who are on a medical leave of absence under this Article for a period in excess of twelve (12) weeks for a non-occupational leave or six (6) months for a workers compensation leave under this Section will be required to be actively at work for a period of five (5) days prior to becoming eligible for health benefits under this Agreement.

(g) After an Employee has been on leave for ninety (90) days, the Employer reserves the right to schedule the Employee for periodic independent medical examinations (IME) at its discretion. Subsequent medical examinations may be scheduled for the remainder of the leave at intervals no less than every ninety (90) days. Said examination will be at the cost of the Employer.

(h) Medical leaves of absence pursuant to this section will be terminated by the Employer upon receipt of medical evidence finding the Employee is not disabled or if an independent examining physician finds the Employee can return to work. In such circumstances, the Employer will notify the Union Business Agent in writing seven (7) calendar days prior to termination of the Employee's seniority under this Article.

(i) If an Employee fails to appear for or refuses to cooperate during the performance of a scheduled IME, the medical leave of absence shall terminate the date of the scheduled examination.

13

(j) The Employer may deny job restoration to an Employee who fails to provide a fitness for duty or return to work certification from the attending physician.

(k) Employees who fail to return to work following:

1. The last date of medical certification of disability by the attending physician; or

2. A finding the Employee is capable of returning to work by an independent medical physician; or

3. The failure of an Employee to appear for or cooperate during a scheduled independent medical examination; or

4. A medical leave of absence period equal to the lesser of the Employee's length of service or:

5. Fifteen (15) months for a non-occupational illness or injury or;

6. Twenty–two (22) months for a workers compensation injury or illness;

shall lose seniority pursuant to Article 6 - Seniority.

## Section 3. Return to Work Medical Examinations.

(a) An Employee on a medical leave of absence in excess of thirty (30) days may be scheduled to submit to a return to work independent medical examination (IME) by a physician selected by the Employer. The purpose of this examination shall be limited to determining whether the Employee can return to employment with or without physical restrictions based upon the diagnosis that disabled the Employee during the medical leave of absence. The Employee shall execute all medical release forms to permit the Employer's physician to review relevant medical records and conduct the examination. The Employer shall bear all costs of this examination process.

(b) If the Employers' IME selected in (a) above finds the Employee is unable to return to work, the Employer may deny reinstatement from leave. In such circumstance the Employer's physician shall contact the Employee's attending physician and attempt to resolve any differences in their opinion regarding the Employee's ability to return to work with or without physical restrictions. The cost of said conference shall be borne by the Employer.

(c) If the physicians cannot reach agreement regarding the Employee's ability to return to work with or without physical restrictions, the doctors will jointly make the selection of a second IME physician to review all of the records and conduct an examination. The opinion of this second IME physician shall be binding on the parties, and the Employee. The return to work IME decision shall not be subject to the Grievance

14

Procedure in Article 5. The cost of this examination shall be shared equally between the parties.

### Section 4.  Military Leaves.

(a)  A military leave of absence will be granted to Employees who are absent from work because of service in the United States uniformed services in accordance with the Uniformed Services Employment and Re-employment Rights Act (USERRA). Written advance notice of military service is required to be presented to the employer, unless military necessity prevents such notice or it is otherwise impossible or unreasonable.

(b)  Annual Training: Employees of the Armed Forces Reserve or National Guard Units who are required to participate in two (2) weeks of annual training will be granted a Military leave of absence provided written advance notice is presented to the Employer.

(c)  Seniority Status: Employees who are absent from work due to any military leave granted under this Section will not lose seniority rights while on leave, and will continue to accrue seniority toward increased benefits or progressive wage increases. Employees on any military leave shall not be entitled to accrue or receive holiday pay, vacation pay or other fringe benefits without specifically qualifying for said benefits as set forth in this Agreement or addendums.

(d)  Benefits:

1.  Military leave granted under this Section will be unpaid however, if eligible, an Employee may use accrued unused vacation during this time.

2.  Employees on military leave will be eligible for the continuation of health insurance benefits as required by USERRA based on the length of the leave and subject to the terms, conditions and limitations of the applicable plans for which the Employee Is otherwise eligible without contribution by the Employer.

3.  Benefits accruals, such as vacation, sick leave, or holiday benefits, will be suspended during the leave and will resume upon the Employee's return to active employment.

(e)  Employees on military leave for up to thirty (30) days are required to return to work for the first regularly scheduled shift after the end of service, allowing reasonable travel time.  Employees on longer military leave must apply for reinstatement within ninety (90) days of discharge. Employees failing to comply with these requirements will be subject to termination and the Employee will forfeit all rights to return to work in accordance with USERRA and this agreement.

15

(f)   It is understood that upon reinstatement of an Employee pursuant to the foregoing provisions, the Employer shall have the right to lay off or dismiss an Employee who was hired because of the military leave of such reinstated Employee and may transfer Employees who were transferred because of the granting of military leave under this Section.

### Section 5.  Funeral Leaves.

In the event of a death in the Employee's immediate family, i.e., father, mother, brother, sister, child, spouse, mother-in-law, father-in-law, grandparents, current stepmother, or current stepfather, or grandchild, it is recognized that three (3) consecutive working days shall be granted to the Employee to attend the funeral services. A "child" under this section shall include biological, adopted, or step-children.  The day's pay shall be in the case of Route Sales Persons, the earnings of their route, and in the case of hourly rated Employees, the straight-time hourly rate for a normal schedule workday and in the case of salaried Employees, one-fifth (1/5) of the weekly salary, all exclusive of any premium pay or overtime.

### Section 6.  Suspension of Driver's License

(a) Upon written application to the Employer, a conditional leave of absence shall be granted to an Employee with one (1) or more years of seniority, whose driver's license is suspended based upon an alcohol test result at or above the State established legal limit. A conditional leave shall not be granted under this section if the license suspension was for a reason for which the Employer would normally discharge the Employee or if the license suspension was based on the Employee's refusal to cooperate with law enforcement personnel other than to taking the alcohol test. The Employee requesting said leave shall be required to provide the Employer with all information regarding the suspension including but not limited to all relevant court documents.  The period of such license suspension or restriction may not exceed thirteen (13) months.  The Employee shall provide proof of insurability, and be licensed to operate a commercial vehicle under all existing state and federal laws when full driving privileges are reinstated.

(b) A leave of absence granted under this section shall not act to bar the application of Article IV Discharge & Disciplinary Action Section 4 (a) through (d) to Employees whose driving privileges are suspended or restricted for driving a vehicle under the influence of alcohol in excess of the minimum State established standard for a DUI conviction.

(c) Upon return from the leave, the Employee shall have the right to be returned to the former assignment, or available work on the basis of seniority.

16

## ARTICLE 9
## WORKWEEK

### Section 1. Workweek.

(a) The normal workweek shall consist of five (5) working days.

(b) It is understood and agreed that for the purpose of providing services for special accounts where there is a necessity to provide six (6) day delivery service at the request of the customer, the Employer may utilize a six (6) day operation with respect to said accounts.

(c) The Employer may schedule some or all route sales persons in a particular agency to work a four (4) day workweek, Monday through Saturday, on a base pay rate to be negotiated.

### Section 2. Drop out day.

(a) Wednesday is the recognized drop out day, with the exception of the weeks before holidays recognized under this Agreement. Should the Employer change the drop out day for the weeks before holidays recognized under this Agreement, the Employees will be notified at least seven (7) days in advance.

### Section 3. Pull-Up Work.

(a) A maximum combination of up to fourteen (14) full day or half-day pull-up routes may be posted for bid each week. The Employer may require bargaining unit Employees to perform pull-up work with the bottom 25% of the overall seniority roster per agency rotating for purposes of performing such work. Supervisors may fill open full or half-day pull-up routes only after bargaining unit Employees forced to work choose their route. Pull-up work shall include pull-ups and deliveries on drop out days. Employees scheduled to perform this work will use Company supplied vehicles when driving to and from a customer location.

(b) The following rates of pay will apply on the following effective dates for pull-up work:

Effective May 24, 2017:  $150.00 per day (5.1 to 8.0 hours)
$ 85.00 per day (0.10 to 5.0 hours)

(c) When establishing full or half-day pull up runs, the Employer shall consider the average time spent on a particular route, including, but not limited to, the number of

17

stops, miles traveled, traffic delays, road construction and other relevant factors. If any full or half-day schedule results in the Employee having to regularly work in excess of the scheduled hours, the Employer shall adjust the route to permit the work to be performed with in the scheduled time.

### ARTICLE 10
### SALES VACANCIES & WORK CONDITIONS

### Section 1.  Seniority Preference.

When a new job is created or vacancies occur, the senior Route Sales Person shall be given preference in filling the job.

### Section 2.  Bid Posting Procedures.

(a)  Newly created jobs or vacancies must be posted for bid within seven (7) calendar days from the day the new job is created or the vacancy occurs unless in unusual circumstances when such time is mutually extended by the parties to the Agreement. Job bids shall not be limited.

(b) Bid for vacancies shall be in writing and posted for three working (3) days in a conspicuous place. It is agreed that any contemplated route cuts or adjustments shall be completed prior to posting the routes for bid.

(c)  The Employer agrees to make an effort to notify Employees who are off work for any reason other than layoff, so that absent Employees will have an opportunity to bid on new jobs or vacancies if they so desire.

(d) The Employer shall decide the eligibility and capability of the bidder; however, any disagreement shall be subject to the provisions of Article 5 - Grievance and Arbitration Procedure.

(e)  Shop Stewards shall be notified in writing within three (3) days from the close of the bidding period, of the name of the Employee to fill the vacancy.

(f)  New Employees on the Route Sales force will not be permitted to bid on routes during the first six (6) months of their employment.

(g)  Within two (2) weeks from the day the successful bidder of a route has been notified or awarded the bid, the Employee shall be placed on the route or receive the earnings of said route in lieu thereof.

(h) Following the completion of the bid moves outlined in (a) above, any route that remains open will be offered in seniority order to Employees on the Extra Route Sales person list. If no Employee accepts the open route, then it will be assigned to the least senior Employee.

18

(i)  When an employee is assigned to an open route, that employee does not relinquish his or her bidding rights.

(j) It is understood and agreed that an Employee is entitled to only one (1) change of routes by bidding in a two (2) year period.

### Section 3.  Sales Working Hours.

(a)  Five (5) days shall constitute the normal workweek for Employees and such days need not be consecutive.

(b)  The maximum hours of work for Route Sales Persons shall be ten (10) hours per day, including lunch period. An additional hour shall be permitted as follows:

>   1.  To Route Sales Persons operating suburban routes, outside the metropolitan area.
>
>   2.  To city Route Sales Persons on Saturdays and the work day previous to a drop out day or a holiday.

It is agreed that under no circumstances shall such Employees work more than eleven (11) hours per day.

(c)  Route sales deliveries shall not be made before 2:00 a.m. or after 4:00 p.m. The schedule of route working hours shall be consistent with the service hours of customers.

(d)  It shall be the duty of the Route Sales Person to report to the Employer and Union Steward if the assigned route cannot be completed within the maximum hours specified herein. The Employer shall adjust the routes within thirty (30) days of said report (unless such period is extended by mutual agreement) whenever such reports are proper and authentic.

(e)  The Employer shall establish reasonable procedures for relay of product. It is understood and agreed that an Employee who cannot get a full load on can be required to return for additional product provided the distance the Employee must travel shall be considered by the Company in requiring the subsequent return to the agency for product. It is the intention of the parties that the Employer will be reasonable in utilizing this provision in a manner that will not compel an Employee to consistently work a workday that is longer than the average workday worked by other Employees performing a similar service. It is further understood and agreed that if the Company makes an error in filling a delivery then the Company shall not require the Route Sales Persons to correct said error, but shall make arrangements for the correction by other means. If, however, the Route Sales Person makes the error, then it is the responsibility of the Employee to correct said error.

19

### Section 4.  Route Settlement and Security.

(a)  It is further agreed that all Route Sales Persons, as soon as their deliveries are made and upon return to the agency or distribution center, shall not be required by the Employer to exceed thirty (30) minutes in settling time which includes the proper posting of hand held equipment, completion of settlement sheets, order placement for the following day and the settlement of accounts.

(b)  The Employer agrees to review and provide every reasonable measure for security of funds after settlement by Route Sales Persons.

### Section 5.  Other Work.

The Employer further agrees not to require any Route Sales Person to do any work outside of regularly assigned duties.

### Section 6.  Extra Route Sales Persons.

(a) Extra Route Sales Persons assigned to regular route operations shall be expected to arrive at the agency/ distribution center in time to take the route out on the regular schedule.

(b) Extra Sales Persons shall be scheduled for not more than nine (9) hours per day when not working on a route, unless riding with another Route Sales Person.

(c)  Extra Route Sales Persons working any regular route in place of any regular Route Sales Person will be paid in accordance with the wage scale set forth in Article 11 during which time as the Employee operates said route.

### Section 7.  Uniforms: Route Sales Employees.

Where the Employer requires the Route Sales Persons to wear uniforms, said uniforms must bear the bona fide Union label and the Employer shall pay one-half (1/2) of the cost of said uniforms, with the understanding that the Route Sales Persons shall wear the article prescribed by the Employer and keep such uniform neat and clean at all times at the expense of the Route Sales Persons. Route Sales Persons may wear Employer designated summer uniform shirts and shorts from April 1 through September 30.

### Section 8.  Credit - Return Goods.

Full credit to be given on all returnable goods, provided returned goods are not overdue according to the code.

20

### Section 9.   Customer Accounts.

Authorized Accounts: No Employee working under this Agreement shall be required to pay for any Company authorized outstanding accounts.

(b) Unauthorized Accounts: All accounts not authorized by the Employer for credit shall be cash accounts. If a Route Sales Person determines to accept a company or personal check from the unauthorized customer account, such action is at the route sales driver's sole risk and the Employer shall have no obligation to reimburse the Route Sales Person for any loss sustained. The Employer will provide timely notice of any non-sufficient checks returned to the Employer and will assist in the collection of any non-sufficient check. If a current customer refuses to pay by cash only, the Route Sales Person retains the right to discontinue subsequent service to the account following review of the customer demand with the Employer.

### Section 10.   Bonds.

(a) Eliminate bond requirement and refund bonds to the drivers.

### Section 11.   Agency Orders & Deliveries.

(a) The Employer agrees to load all trucks for Route Sales Persons at the Agencies.

(b)   In the event the transport truck hauling the products for an agency does not, due to road conditions, arrive at the agency for any workday, the Route Sales Persons who report and remain for work shall receive Three Dollars ($3.00) per hour for each full hour waiting time required by the Employer beyond 9:00 a.m. and additionally, paid as compensation for that day, one-fifth (1/5) of their minimum weekly guarantee.

### Section 12.   Stolen Funds.

The Employer agrees to reimburse the Employee for the Employer's funds stolen in case of hold-ups occurring while working on the job provided such hold-up is immediately reported to the police and to the Employer by the Employee.

### Section 13.   No Bobtailing.

The parties agree not to permit the substitution of bobtailing in any form in territories now currently serviced by Employees covered by this Agreement.

### Section 14.   Picket Lines.

(a)   It shall not be a violation of this Agreement, and it shall not be cause for discharge or disciplinary action in the event an Employee refuses to enter upon any property involved in a primary labor dispute, or refuses to go through or work behind any

21

primary picket line, including the primary picket line of the Union who is a party to this Agreement, and including primary picket lines at the Employer's places of business.

(b) In the event a primary picket line is established at the Employer's bakeries or agencies or distribution centers, Employees covered by this Agreement agree to move and deliver all bakery products in production at the time said picket line was established. "In production" shall be defined as shipment of all bakery products unloaded or in the process of being unloaded from a transportation trailer at an agency or distribution center.

### Section 15. Call Backs.

Call Backs for Route Sales Persons shall be in accord with the needs of the routes as determined by the service requirements expected by the customers and the Employer. The Employer shall not abuse its right to determine its need for a callback.

### Section 16. Supervisors Running Routes.

Each Supervisor shall be limited to fifty (50) days per year running routes. The time will be extended upon advance discussion with the Union in the event of an Employee's long-term absence of two (2) months or greater.

## ARTICLE 11
## SALES ROUTE ADJUSTMENTS

### Section 1. Seniority Route Elimination.

In case it becomes necessary to eliminate a route and there is no distribution of the route business into any other routes, the Employee whose route is eliminated shall be placed on the extra list and the provisions of Section 2(b) and (c) of this Article will also apply.

### Section 2. Route Mergers Guarantees.

(a) In the event a route is eliminated due to route mergers, that is where the route business is distributed amongst other routes of the Employer, the Employee whose route is eliminated shall have the right to displace the less senior Employee of those affected where and three (3) or more stops have been changed, and that junior employee shall displace the next most junior Employee and that junior Employee shall revert to the extra man's list.

(b) If such action causes a layoff, the Employee with the least seniority in the Salesmen Department, shall be the first to be laid off.

(c) Displaced Employees who continue in the employ of the Employer shall receive as a weekly guarantee, an average of the earnings of the ten (10) week period minus holiday and the week following the holiday prior to the merger for a period of eighteen (18) weeks. In determining the average of the ten-week period prior to the merger, all business lost

22

prior to the merger shall first be deducted. The Employees shall also be eligible to bid on route vacancies notwithstanding the provisions of Article 9, Section 2 (a).

### Section 3. Route Doubling.

In case it becomes necessary to double a route that is create a new route from existing routes, the provisions of Article 9, Section 2(a) will apply.

### Section 4. Route Cuts and Guarantees.

Route Sales Persons whose routes shall be cut, shall for the period of eighteen (18) weeks receive as compensation, a sum of not less than that received for the average week of the ten (10) week period minus holiday and the week following the holiday week previous to such cut in route.

### Section 5. Bagging.

The Shipper classification shall be primarily responsible for double bagging of product as required by the customer. The Route Sales Person shall be responsible for double bagging product that cannot be accomplished on a timely basis by the Shipper due to need to get trucks out or is otherwise incidental to the delivery of product to a customer.

### ARTICLE 12
### WAGE SCHEDULES - ROUTE SALES PERSONS

### Section 1. Wage Rates: Route Sales Persons and Extra Route Sales Persons.

Pension Plan - Rate of Contirbution and Wage Rates

The Trustees of the Pension Fund have notified plan participants that, for contribution obligations agreed upon and effective on or after May 1, 2023, the Trustees have eliminated the annual contribution increase requirement under the Preferred Schedule by 3.5% per year (reducing it to 0%). In recognition of this reduction in contributions, effective the next complete payroll period after ratification of the contract, or when the contribution reduction to 0% becomes effective, whichever occurs later, the Company will add that amount (rounded up to $12.00/week) to the base pay for Route Sales Persons and Extra Route Sales Persons as follows:

(a) The following rates of pay will apply on the effective dates indicated for Route Sales Persons and Extra Route Sales Persons:

| Effective Date | Base Pay & Pension Give Back | Weekly Guarantee |
|---|---|---|
| Uon Ratification* | $12.00/wk | $700.00 |

23

| | | |
|---|---|---|
| January 1, 2024 | $12.00/wk | $700.00 |
| January 1, 2025 | $12.00/wk | $700.00 |

*Beginning on the first full payroll period after ratification of the contract

(b) Route Sales Persons shall receive full pay and commission on all bakery products delivered in the assigned territory, except where such deliveries are made by another regular Route Sales Person who shall be paid in accordance with Section 1(a) of this Article, or by Drop Delivery Persons according to Article 21. Drop Delivery Persons shall be compensated on an hourly rate only, without commission. No Route Sales Person shall receive commission on any products delivered by Drop Delivery Drivers in their territories unless the Employee is required to handle the product.

(c) In the event a Sales Driver is absent from work, the Employee shall not be entitled to base pay or commissions for each day of absence.

(d) All Route Sales Persons and Extra Route Sales Persons shall be paid:

80% of the base pay during their first year of employment;
90% of the base pay during their second year of employment;
and full base pay thereafter.

### Section 2.  Commission Rates.

For the duration of the contract extension, no change in GE Private Label and Purchased Product commission rates.

(a) The following commissions shall be paid on the following products with full service, on the effective date indicated:

| | |
|---|---|
| Premium and Franchised Product | 9.0% |
| Private and Secondary Label Product (other than GE Private Label) | 5.5% |
| Institutional/Vending (New, non-Local 926 business only) | 5.0% |
| GE Private Label | 5.5% |

(percent listed is commission payment for GE Private Label)

(b) There shall be no commission paid on drop deliveries made by an hourly paid drop delivery driver unless the Employee is required to handle the product. Refer to Article 21 concerning drop delivery drivers.

24

### Section 3. Wage Rates: Extra Route Sales Persons.

The minimum weekly guarantee for Extra Route Sales Persons is $700.00.

### Section 4. Wage Rates Drop Delivery Persons.

The hourly rate will be negotiated when applicable.

### ARTICLE 13
### WAGES – WORK CONDITIONS
### SHIPPERS, THRIFT STORE CLERKS AND UTILITY PERSONS

### Section 1. Full-time Shippers and Thrift/Utility:

The base rates and scheduled increases noted herein, are subject to the wage progression schedule outlined in (b) and (c) of this Section.

| Effective Date | Full-time Shippers | Full-time Thrift/Utility |
|---|---|---|
| Upon Ratification** | $21.15 | $16.85 |
| January 1, 2024 | $22.15 | $17.85 |
| January 1, 2025 | $23.15 | $18.85 |

**Beginning on the first full payroll period after ratification of the contract.

(a) New full-time Shippers hired after date of May 24, 2017, will be hired subject to the following progression schedule:

1st year of employment:    80% of the classification rate
2nd year of employment:    90% of the classification rate
100% of the classification rate after two (2) years of employment

(b) New full-time Thrift/Utility Employees hired after May 24, 2017, will be hired subject to the following progression schedule:

1st year of employment:    80% of the classification rate
2nd year of employment:    90% of the classification rate
100% of the classification rate after two (2) years of employment

### Section 2. Schedules and Overtime.

(a) The Employer will post a schedule on Friday, for the week to follow.

(b) All work performed after eight (8) hours per day or forty (40) hours in any one (1) week whichever is greater, shall be paid for at the rate of time and one-half. There shall

25

be no pyramiding of overtime. All work performed over thirty-two (32) hours in a holiday week will be paid for at the rate of time and one-half.

### Section 3. Workweek.

The minimum weekly guarantees in these classifications are based on a forty (40) hour workweek performed in accordance with the scheduled Employer workweek for these Employees. Eight (8) hours shall be the minimum call-in time on a scheduled workday, except where emergencies require a sixth (6th) day. When an Employee is scheduled or called in to work a sixth (6th) day, the Employee shall be guaranteed six (6) hours of work at the time and one-half rate of that Employee provided the Employee has already worked forty (40) hours.

### Section 4. Night Shift Premium.

A night turn premium of twenty-five (25) cents per hour will be paid to full-time Shippers for all work performed between the hours of 6:00 p.m. and 6:00 a.m.

### Section 5. Higher Classification.

Any hourly rated Employee required to perform any duties of a higher classification shall be paid the rate of pay of the higher classification for all work performed over one (1) hour per day in the higher-rated classification.

## ARTICLE 14
## GUARANTEES

Guarantees provided for in this Agreement shall not apply in the event the Employer is unable to provide work by reason of flood, fire, storm, strike or acts of God beyond the control of the Employer.

## ARTICLE 15
## HOLIDAYS

### Section 1. Recognized Holidays.

(a) Except to the extent otherwise provided in this Article 15, no Employee will be required to work on the following holidays:

| | |
|---|---|
| Memorial Day | Independence Day |
| Labor Day | Thanksgiving Day |
| Christmas Day | New Year's Day |

(b) Shippers, Thrift Store Clerks, and Utility Persons who are otherwise scheduled and required to work any holiday set forth in Section 1(a) shall not be scheduled to work the day prior to the scheduled holiday.

26

(c) In addition to the holidays set forth in Section 1(a), each Employee who has completed one (1) year of service shall be entitled to: (i) one (1) roving holiday to be scheduled by mutual agreement with the Employer and (ii) one (1) birthday holiday.

## Section 2.  Holiday Pay.

(a) All Employees working under this Agreement shall be paid as follows for the holidays set forth in Section 1(a) as follows:

1. In the week in which the holiday as specified above falls, Route Sales Persons shall be compensated an additional payment of Fifty Dollars ($50.00) for each holiday in a holiday week during which the Route Sales Person works four (4) days, or One Hundred Dollars ($100.00) for each holiday in a holiday week during which the Route Sales Person works five (5) days (excluding pull-up work performed during a holiday week, which shall not count as a fifth day of work).

2. Shippers, Thrift Store Clerks and Utility Persons employed on a full-time basis shall receive eight (8) hours at their regular straight-time rate as holiday pay for each of the holidays named in Section 1(a) above.

## Section 3.  Holiday Pay Qualifications.

In order to qualify for holiday pay, an Employee must work the full scheduled workday before the holiday and the full scheduled workday following the holiday unless absent due to illness or injury documented by medical care or treatment the date of absence.

## Section 4.  Holiday During Vacation.

When a holiday occurs during the vacation of a Shipper, Thrift Store Clerk or Utility Person, the Employee shall be given either an additional day off with pay or shall be paid for the holiday on the basis of eight (8) hours' pay at the Employee's regular hourly straight-time rate.

## Section 5.  Sales Operation during Holidays.

The Employer agrees to operate Sales routes four (4) days during the week of the holiday for a minimum of three (3) of the six (6) holidays set forth in Section 1(a) above.

27

## ARTICLE 16
## VACATIONS

### Section 1.  Vacation Selection.

(a)  The Employer agrees that eligible Employees may be allowed to select their vacation on the basis of seniority over the entire year starting with January 1st through December 31st of the following year. Holiday weeks will not be excluded from the vacation periods however, only one (1) Employee shall be permitted to select and take vacation during the week prior to the Memorial Day, July 4th and Labor Day holidays. If an Agency has more than twenty-four (24) routes, two (2) Employees shall be permitted to select and take vacation. Shippers may not select and take vacation during the week prior to the Memorial Day, July 4th and Labor Day Holiday.

(b)  For Route Sales Persons, the vacation schedule will be posted during the first full week in December and each Employee shall select vacation weeks by agency for the following year in accordance with seniority.

(c)  The maximum number of vacations, which the Employer shall be required to grant during the same weeks, shall not exceed one (1) vacation for each twelve (12) routes.

(d)  Shippers will select vacation weeks within classification from a list combining all agencies in the bargaining unit.

(e)  Thrift/Utility Employees will select vacation weeks within classification from a list combining all agencies in the bargaining unit.  Thrift/Utility Employees are not entitled to take vacations during a holiday build-up week.

### Section 2.  Vacation Seniority.

The pick of vacations shall be based on and limited to seniority accrued in the particular classification under which the Employee works at the time vacations are picked. However, the qualifying years for length of vacation shall be based on the total length of continuous employment with the Employer.

### Section 3.  Splitting of Vacations.

Vacation selection by Employees shall be in accordance with the following schedule:

28

| Vacation Eligibility | Splitting Rights per Vacation Selection Round |
|---|---|
| Two weeks | Two (2) segments 1st round |
| Three weeks | Two (2) segments 1st round |
| Four weeks | Three (3) segments 1st round |
| Five weeks | Three (3) segments 1st round |

All remaining weeks must be taken in the 2nd round.

## Section 4.

All Employees entitled to vacation must take their vacation annually and shall not be required to return to work before the scheduled vacation period has expired.

## Section 5. Vacation Benefit.

(a) Employees shall receive vacations each year as follows:

1. One (1) week vacation shall be given to all Employees working under this Agreement who have been in the continuous employ of the Employer for a period of one (1) year.

2. Two (2) weeks' vacation shall be given to all Employees working under this Agreement who have been in the continuous employ of the Employer for a period of two (2) years.

3. Three (3) weeks' vacation shall be given to all Employees working under this Agreement who have been in the continuous employ of the Employer for a period of five (5) years.

4. Four (4) weeks' vacation shall be given to all Employees working under this Agreement who have been in the continuous employ of the Employer for a period of ten (10) years.

5. Five (5) weeks' vacation shall be given to all Employees working under this Agreement who have been in the continuous employ of the Employer for a period of twenty (20) years.

## Section 6. Vacation Pay - Calculation and Payment.

(a) Employees shall be entitled to receive vacation pay calculated on the following basis:

1. The vacation pay shall be based upon the average wages earned by the Employee during the preceding calendar year, or the twelve (12)

29

months prior to the qualification date if an Employee was not employed during the entire preceding calendar year. Weeks in which an Employee received less than a full week's wages shall be excluded from computation of the average amount payable.

2. Extra Route Sales Persons shall receive vacation pay in the amount of the average of the previous year's weekly earnings.

(b) Employees shall be entitled to receive their vacation pay on the last day of work prior to going on vacation. In the case of Route Sales Persons on a commission basis, the advance payment will be calculated on the basis of eighty percent (80%) of the last normal week's pay for each week of vacation and upon return from vacation, the necessary adjustments will be made.

### Section 7. Vacation – Layoff/ Leave of Absence.

(a) Employees who are granted a leave of absence due to illness or injury shall not be charged with an interruption of employment or seniority. If such absence for any occupational or non-occupational reason exceeds six (6) consecutive months, however, the Employee shall accumulate credit for only the number of months worked during the twelve (12) month qualification period.

(b) Vacation will run concurrently with leave taken under the Family and Medical Leave Act, but only to the extent that the employee has one (1) week of vacation eligibility remaining.

(c) Employees who are temporarily absent during the year due to layoff shall have vacation eligibility pro-rated on a monthly basis for each full month of absence.

## ARTICLE 17
## HEALTH AND WELFARE PLAN (SEE ATTACHMENT)

## ARTICLE 18
## PENSION PLAN

### Section 1. Definition of Plan.

The parties have agreed to the establishment of The Western Pennsylvania Teamsters and Employers Pension Plan for the sole benefit of the Employees represented by the Union. All Employees covered by this Agreement shall be removed from the Company's pension plan.

## Section 2.  Agreement and Declaration of Trust.

The Employer agrees to sign and become a party to the Agreement and Declaration of Trust establishing The Western Pennsylvania Teamsters and Employers Pension Plan and to designate as its representatives on the Board of Trustees such of Fund, the Trustees named in the Agreement and Declaration of Trust or their lawful successors, as the Employer Trustees.

## Section 3.  Rate of Contribution.

For the length of the agreement the contribution rates will stay the same.

(a)  For employees with five (5) years of employment or more, the Company shall make weekly contributions to the said Pension Fund in the following amount: $337.50.

(b)  For employees with less than five (5) years of employment, the Company shall make weekly contributions to the said Pension Fund in the following amount: $101.68.

(c)  The contributions set forth above shall be made for each of the Employer's Employees for whom the Union is the collective bargaining representative, provided such Employee has been in the employ of the Employer for at least thirty (30) days and has worked three (3) or more days in a given week. Any day for which an Employee receives compensation from the Employer shall be considered a day worked.

## Section 4.  Plan Qualifications.

The Pension Plan shall qualify under the appropriate statutes and regulations of the Internal Revenue Code so as to insure that the Employer contributions thereto will be deductible as ordinary business expense, and shall be subject in all respects to the provisions of the Labor-Management Relations Act of 1947 and any other applicable laws or regulations.

## Section 5.  401(k) Plan.

The Company agrees to maintain a 401(k) plan in which the non-probationary employees covered by this Agreement may participate through voluntary pre-tax contributions.  All aspects of the operation of the Plan, called "The Schwebel Baking Company 401(k) Plan," will be determined by the Company in accordance with the plan document and all applicable federal and state laws.

31

## ARTICLE 19
## JURY DUTY PAY

Employees who are subpoenaed for jury duty and who serve on same shall be paid the difference between jury duty pay and their regular earnings for such time as they serve as jurors, but not to exceed a maximum of two (2) weeks. Employees who receive notice to serve on a jury must notify the Employer immediately when such notice is received. If an Employee is required to report for jury duty and does report five (5) days in any week, such jury duty shall constitute a full workweek. Should any Employee be excused from jury duty before the Employee has reported five (5) days in any workweek, it shall be necessary for the Employee to report that fact to the Employer.  The Employer may then require the Employee to work the balance of the week up to a combined total (jury plus workdays) of five (5) days.

## ARTICLE 20
## MISCELLANEOUS

### Section 1.  Union Visitation.

A representative of the Union will be granted admission to the Employer's premises on Union business during working hours upon notification to the Employer's designated representative.

### Section 2.  Physical Exams.

Where physical examinations are required by the Employer or a governmental agency, in connection with employment, the Employer will pay the full cost thereof. The physician performing the examination shall be chosen by Employer unless otherwise specified in this Agreement.

### Section 3.  Payroll Records.

The Employer agrees upon the request of the Union to furnish payroll records affecting the Employees covered by this Agreement.

### Section 4.  Extra Contract Agreement.

The Employer will not enter into any agreement or continue any agreement with any Employee that is in conflict with this Agreement.

### Section 5.  Accidents and Safety Meetings.

(a) Recognizing that safety practices are of vital importance, it is mutually agreed that Teamsters Local Union No. 926 of Pittsburgh, Pennsylvania, urges all members to attend and participate in safety meetings and Employer driver training for the protection of

32

their lives and limbs, and the maintaining of proper discipline to prevent both workplace and vehicular accidents.

(b)  The Employer may hold safety meetings of an approximate duration of no longer than one hour if held in conjunction with a sales meeting.

(c) The Employer shall be permitted to hold no more than one (1) mandatory safety meeting of duration not to exceed four (4) hours per meeting per year on a non- scheduled Wednesday subject to the wage provisions of Section 5 (d) below.

(d) Employees who attend and participate at such mandatory safety meetings on a non-scheduled Wednesday shall be compensated seventy-five dollars ($75.00) for attendance.

### Section 6.  Rules and Regulations.

(a) The Employer shall be permitted to make and enforce reasonable rules provided they do not conflict with provisions of this Agreement in which case they shall be referred to the Grievance Procedure as set forth in this Agreement.

(b)  All such rules shall be posted on the bulletin board and a copy mailed to the Union prior to becoming effective.

### Section 7.  Unauthorized Passengers.

No Employee shall be permitted to allow anyone to ride in a Company vehicle except upon written authorization from the Employer.

### Section 8.  Sales Meetings.

Sales meetings shall be posted one (1) week in advance. Meetings will not be held on any day when Employees are not scheduled to work or continue for more than one (1) hour except by agreement with the Union.

### Section 9.  DOT Physical Notification.

The Employer shall provide a thirty (30) day written notice prior to the expiration of an Employee's DOT license to all Employees who are required to complete a DOT physical. If the Employee does not fulfill the DOT physical obligation following proper written notification, the Employee will not be permitted to work until the DOT physical is completed.

### Section 10.  Direct Deposit.

33

Effective three (3) months after ratification, all employees will be compensated through direct deposit. Paycheck stubs will be available in electronic form rather than on paper.

## ARTICLE 21
## DROP DELIVERY DRIVERS

(a) This classification shall apply to hourly-paid delivery drivers delivering private label products to retail stores, and delivering products to drive-ins of the McDonald's, Wendy's and Burger King type.

(b)  This classification is necessary because of competitive conditions that developed. As the runs are established, the provisions in this Agreement dealing with route cuts and hours of delivery shall not apply.  The Employer shall guarantee the Route Sales Persons, whose earnings are so affected due to such transfer of business against loss in earnings for a period of eighteen (18) weeks.

(c)  Private label products delivered through a drop shipment program will be unlimited.

(d)  Drop Delivery Drivers shall hold seniority within their classification.

(e)  It is further understood and agreed that the servicing of private label products for Giant Eagle Supermarkets by Schwebel Baking Company of Youngstown is not covered by the terms and conditions of this contract.

(f)  Drop shipment drivers shall be paid an hourly rate only and shall not be entitled to commissions. No Route Sales Person shall receive commissions on products delivered by drop shipment into the assigned sales territory provided the Employee does not handle the product.

(g)  The Employer shall have the right to offer drop shipment of private label products to current and new customer accounts who require this type of service as part of their sales arrangement with the Employer, provided however, should this result in a reduction of the number of Route Sales Persons, the Company agrees that the Route Sales Persons, so displaced will be provided with other work under the jurisdiction of Local 926 if a position becomes available in accordance with Article 7, Section 6, of this Agreement.

## ARTICLE 22
## NEW AGENCIES

(a) It is further understood and agreed that in the event the Employer relocates an existing agency or transfers routes to a newly established agency, that the Employees affected shall be offered comparable employment, if available, at the new agency before new Employees are hired. Employees who elect to transfer shall suffer no loss of seniority.

34

(b) It is further understood and agreed that at present the Employer operates two agencies at Bridgeville and McKeesport, Pennsylvania. Overall seniority shall apply to all classifications with regard to layoff only at all of these agencies. Overall seniority between agencies for job bidding purposes within the classification shall apply to the Route Sales Person, Shipper and Thrift Store classifications.

**ARTICLE 23**
**ALCOHOL AND DRUG TESTING POLICY**

### Section 1. Purpose.

The Employer and Union are concerned about the safety and welfare of all Employees or members and their families. There is a major problem of drugs and alcohol abuse in our society and it is recognized that the issue must be addressed within that scope. The state of an Employee's physical and emotional health affects the safety of all Employees and their job performance, and may affect opportunities for continued employment. Therefore, this policy will address these issues.

### Section 2. Company Responsibility.

The Employer will strive to maintain a safe and secure environment for each Employee. Counseling and guidance regarding benefits available to Employees and their families will be provided. This policy will be consistently adhered to and administered. An Awareness Program, a fund of information to be made available to all Employees, will be developed and maintained using the Bulletin Board, the Employer newspaper, the maintenance of a subject materials library in the personnel office, and scheduling of presentations by knowledgeable, authorized people. It is felt that knowledge and awareness by each Employee as to the risks, dangers, and signs of drug and alcohol abuse will help make each Employee and their family aware of the issue.

### Section 3. Standards of Conduct.

Good attendance and arrival on time and consistent production levels, quality of work, and responsible behavior are standards of conduct that are expected of all Employees. Deviation from these standards will be used to document suspected substance abuse.

### Section 4. Testing.

(a) Testing for illegal substance abuse will be done on all non-employee applicants who qualify for an open position. Testing will be done on Employees after drug/alcohol rehabilitation at the Company's discretion. Testing will be done on any Employee if a supervisor, after consultation with the Personnel Manager and Union, believe such Employee is under the influence of alcohol and/or illegal drugs. Also, random testing may be performed on all Employees subject to DOT regulations. All testing will be done by an accredited laboratory at the Company's expense and upon prior written consent of the

35

Employee, except that such consent will not be required for testing of the Employees after such drug and /or alcohol rehabilitation.

(b)  Testing shall also be performed on all Employees involved in an on-the-job or work related accident. For purposes of this policy, "accident' shall be defined as an unplanned, unexpected and unintended event which occurs on Company-owned or Company-leased property; on Company business, or during working hours; or which involved Company vehicles; and which results in any of the following:

1.    Personal injury to the Employee or others, which requires medical attention;

2.    Property damage reasonably believed to be in excess of $500; or

3.    The Employee's receipt of a citation for a moving violation.

(c)  The Company may require Employees to submit to such testing at any time within twenty-four (24) hours following the time of the accident. Employees will not lose compensation for tests that are required during the Employee's regularly scheduled hours. Route Sales Persons will be paid $25.00 for tests required outside the Employee's regular work hours.

### Section 5.  Disciplinary Action.

(a)  If an Employee's test results indicate alcohol and/or illegal drug use, the Employee may be summarily discharged. However, Employees subject to random testing under DOT regulations who admit substance abuse before being tested will be granted disability leave to seek authorized medical treatment.

(b)  Employees who are subject to post-accident testing and who are involved in accidents which do not involve personal injury and which result in property damage of less than $2,000.00 who admit substance abuse before the final test results will be granted disability leave to seek authorized medical treatment.

(c)  All other Employees subject to testing under this Article will be granted disability leave to seek authorized medical treatment only if the Employee admits substance abuse before being selected for testing.

(d)  Disability leave will be granted for drug and/or alcohol rehabilitation one time only and will be for a maximum of sixty (60) days upon execution of a last chance agreement that meets at a minimum the monitoring agreement requirements outlined in Article 4, Section 4(e) of this Agreement. This leave of absence will terminate at the conclusion of sixty (60) days unless extended by written mutual agreement. If an Employee completes such rehabilitation and subsequently tests positively for drug and/or alcohol use, the Employee will be discharged.

36

(e) Refusal of an Employee to undergo testing for alcohol and/or illegal drugs when notified and scheduled by the Company or any attempt to substitute or adulterate a test sample as documented from test results or test facility personnel will result in discharge. Refusal of a non-employee applicant who qualifies for an open position to undergo testing for alcohol and/or illegal drugs will eliminate them from consideration for employment.

(f) Any Employee found possessing or using illegal drugs and/or alcohol, or purchasing or transferring illegal drugs on Company premises or while on Company business will be discharged.

## ARTICLE 24
## TERM OF AGREEMENT

This Agreement shall be in full force and effect from December 12, 2021, to December 24, 2025, and shall continue from year to year thereafter unless written notice of desire to cancel or terminate the Agreement is served by either party upon the other at least sixty (60) days prior to date of expiration.  In addition, the Employer may terminate this Agreement prior to that date by providing at least sixty (60) days' notice to the Union if the Employer determines (1) that it is necessary to renegotiate the Agreement due to pending lawsuits concerning how Route Sales Persons are compensated, or (2) that an Employer that represents more than 5% of the Employer contributions to the Western Pennsylvania Teamsters Pension Fund has taken actions that will cause it to incur a complete withdrawal from the Fund.

This Agreement signed and sealed by the parties hereto this 8th day of September, 2023.

FOR THE EMPLOYER:                      FOR THE UNION:

SCHWEBEL BAKING COMPANY          TEAMSTERS LOCAL UNION NO. 926
OF PA

By: _____          By: _____

38