Exhibit I

COLLECTIVE BARGAINING AGREEMENT
EXTENSION AGREEEMNT BY AND BETWEEN
TEAMSTERS LOCAL NO. 926
And
SCHWEBEL BAKING COMPANY

Teamsters Local No. 926 and Schwebel Baking Company, party to the Collective Bargaining Agreement (CBA) expiring on December 24, 2025 herewith agree to extend the CBA in accordance with the following terms:

1. The CBA shall be extended through December 31, 2026. Either party seeking to terminate this Extension Agreement must provide written notice of their intent to terminate, which will be effective five (5) calendar days upon receipt of written notice.

2. During the Extension period, it is agreed that the existing CBA shall continue to place without exception or modification unless otherwise agreed to in writing by the parties to include:
   a. RSRs to receive a $5.00 /wk increase in base pay (retro to w.e. 1/3/26)
   b. Hourly Employees to receive a .25¢ /hr increase (retro t w.e. 1/3/26)

3. Provided there is no strike activity or work stoppage during the extension period, Health & Welfare and Pension Benefits will be paid.

_____ 2/11/26
Teamsters Local No. 926

_____
Schwebel Baking Company  2/01/26