Exhibit J

## VERIFICATION

I, David Dudas, state that I am employed by Teamsters Local Union No. 52 as its Secretary-Treasurer, the principal officer of the Local Union, and am the business representative of the Union assigned to administer Local 52's contract with Schwebel Baking Co. Since 2003 I have served as the Ohio Conference of Teamsters Bakery Division Chairperson. I have personal knowledge of the facts contained in this Complaint. I hereby verify and attest, and declare under penalty of perjury, that its contents are true and correct to the best of my knowledge and belief. I further attest that the exhibits attached to this Complaint are true and correct copies of documents maintained by the Unions in the ordinary course of its business or provided to the Unions by the Defendant Schwebel Baking Company.

David Dudas

Signed this 2ND day of July, 2026.