# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT COURT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **TEAMSTERS LOCAL UNION NO. 52,** *et al.,* | : | CASE NO. _____ |
| | : | |
| Plaintiffs, | : | JUDGE _____ |
| | : | |
| v. | : | |
| | : | |
| **SCHWEBEL BAKING CO.,** | : | **ATTORNEY CERTIFICATION** |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

---

I, John R. Sauter, after being duly cautioned and sworn, hereby state:

1.      I am an attorney duly licensed to practice law in the State of Ohio and before this Court. I am a partner in the law firm of Doll, Jansen & Ford in Dayton, Ohio, which represents the Plaintiffs in the above-captioned matter currently pending before the Court.

2.      On July 1, 2026, at approximately 12:55 P.M., I contacted Amy Ryder Wentz and Jason Hartzell, via email, to confirm that they represent Defendant Schwebel Baking Company. Ms. Ryder Wentz replied in the affirmative.

3.      On July 1, 2026, at approximately 2:55 P.M., I contacted Ms. Ryder Wentz and Mr. Hartzell, via email, and asked if they would be available for a telephone call to discuss whether a

resolution of the grievances filed by the Local Unions would be possible absent a filing of a Motion for a Preliminary Injunction.

4. Ms. Ryder Wentz replied on the afternoon of July 2, 2026, indicating that John Cerilli also handled labor law matters for Schwebel and that they could be available the week of July 6, 2026 for a telephone conference.

5. On July 6, 2026, I informed Ms. Ryder Wentz, Mr. Hartzell and Mr. Cerilli, via email, that I would be filing with this Court a Verified Complaint seeking a Temporary Restraining Order and Preliminary Injunction and an accompanying Motion seeking the same with a supporting memorandum. I sent the notice, referenced Pleading, Motion, and memorandum in support to Ms. Ryder Wentz, Mr. Cerilli, and Mr. Hartzell via email at approximately 12:00 P.M. on July 6, 2026.

I state under penalty of perjury that the foregoing is true and correct.

_____
John R. Sauter

_____*July 6, 2026*_____
Date

-2-